IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**[PROPOSED] ORDER**

The Court has considered the consent motion to extend the deadline for motions to add parties or amend pleadings in light of discovery stay filed by Plaintiff Yanping Chen. The motion is supported by good cause. The Court hereby **GRANTS** the motion and **ORDERS** that the deadline for motions to add parties or amend pleadings is extended to June 25, 2020.

Dated: _____              _____

                                                                  Christopher R. Cooper
                                                                  UNITED STATES DISTRICT JUDGE

1