IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YANPING CHEN,<br><br>              Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>              Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**DECLARATION OF MATTHEW T. JONES IN SUPPORT OF**
**<u>PLAINTIFF YANPING CHEN'S MOTION TO COMPEL</u>**

I, Matthew T. Jones, hereby declare and state as follows:

1.     I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Plaintiff Dr. Yanping Chen in this matter. I am admitted to practice before this Court.

2.     I submit this declaration in support of Plaintiff's motion to compel. This declaration also attaches certain documents that are cited in the memorandum of law in support of Plaintiff's motion to compel.

3.     Attached hereto as Exhibit 1 is a true and correct copy of an Application for Search Warrant and supporting Affidavit in Support of Two Applications for Search Warrants filed in *In the Matter of the Search of 2122 21st Road North, Arlington, Va.*, Case No. 1:12-sw-01002-JFA (E.D. Va. Dec. 3, 2012), ECF No. 1.

1

4. Attached hereto as Exhibit 2 is a true and correct copy of an April 11, 2013 email from Stephen J. Rhoads to Special Agent Timothy Pappa, Bates-numbered RHOADS 000008.

5. Attached hereto as Exhibit 3 is a true and correct copy of a February 9, 2014 email chain between Mr. Rhoads, ▇▇▇▇▇▇ (labeled IA#1 by Defendants), ▇▇▇▇▇▇ Bates-numbered RHOADS (GOVT) 000008.

6. Attached hereto as Exhibit 4 is a true and correct copy of a February 9, 2014 email chain between Mr. Rhoads and IA #1, Bates-numbered RHOADS (GOVT) 000006 - RHOADS (GOVT) 000007.

7. Attached hereto as Exhibit 5 is a true and correct copy of a February 10, 2014 email chain between Mr. Rhoads and IA #1, Bates-numbered RHOADS (GOVT) 000010.

8. Attached hereto as Exhibit 6 is a true and correct copy of a September 8, 2014 email chain between Mr. Rhoads, ▇▇▇▇▇▇, Bates-numbered DOD_00000057 - DOD_00000058.

9. Attached hereto as Exhibit 7 is a true and correct copy of a February 20, 2014 email chain between Mr. Rhoads and ▇▇▇▇, Bates-numbered DOD_00000089 - DOD_00000090.

10. Attached hereto as Exhibit 8 is a true and correct copy of a February 16, 2017 email chain between Mr. Rhoads, ▇▇▇▇▇▇▇▇▇▇▇▇, Bates-numbered DOD_00000146 - DOD_00000148.

11. Attached hereto as Exhibit 9 is a true and correct copy of a screenshot of Mr. Rhoads and Catherine Herridge that appeared in the February 24, 2017 Fox News broadcast *Taxpayer-funded School Suspected of Chinese Military Ties*, available at https://www.youtube.com/watch?v=jh2Xk42PVA8.

12. Attached hereto as Exhibit 10 is a true and correct copy of a screenshot of Mr. Rhoads that appeared in the April 28, 2017 Fox News broadcast (updated May 1, 2017) *Congress Investigating Taxpayer-Backed School Over Alleged Ties to Chinese Military After Fox News Report*, available at https://www.foxnews.com/politics/congress-investigating-taxpayer-backed-school-over-alleged-ties-to-chinese-military-after-fox-news-report.

13. My review of communications produced by the government as discovery in this case reveals that on February 16, 2017, Mr. Rhoads forwarded at least 41 emails related to Dr. Chen from his DOD email account to his personal email account.

14. Attached hereto as Exhibit 11 is a true and correct copy of a February 16, 2017 email chain between Mr. Rhoads and Ms. Herridge, Bates-numbered RHOADS (GOVT) 000203 - RHOADS (GOVT) 000205.

15. Attached hereto as Exhibit 12 is a true and correct copy of a February 20, 2017 email chain between Mr. Rhoads and Ms. Herridge, Bates-numbered RHOADS 000018.

16. Attached hereto as Exhibit 13 is a true and correct copy of Dr. Chen's September 2, 2020 First Set of Requests for Admission ("RFA") to Defendant FBI.

17. Attached hereto as Exhibit 14 is a true and correct copy of the Federal Bureau of Investigation's October 2, 2020 Responses to Dr. Chen's First Set of RFAs.

18. Attached hereto as Exhibit 15 is a true and correct copy of an October 28, 2020 letter from me to Garrett Coyle and Carol Federighi (U.S. Department of Justice).  In that letter, I request that the FBI reconsider its position that the information sought by RFA No. 5 is protected by the law enforcement privilege.

19. Attached hereto as Exhibit 16 is a true and correct copy of a November 10, 2020 letter from Ms. Federighi and Mr. Coyle to me. In that letter, Ms. Federighi and Mr. Coyle assert that the information sought by RFA No. 5 is protected by the law enforcement privilege.

20. Attached hereto as Exhibit 17 is a true and correct copy of Dr. Chen's October 5, 2020 Second Set of Requests for Production ("RFPs") to the FBI.

21. Attached hereto as Exhibit 18 is a true and correct copy of the FBI's November 3, 2020 Responses to Dr. Chen's Second Set of RFPs.

Dated: January 15, 2021  /s/ *Matthew T. Jones*
Matthew T. Jones