IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>           Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>           Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**CONSENT MOTION TO EXTEND THE DEADLINE FOR MOTIONS
TO ADD PARTIES OR AMEND PLEADINGS**

Plaintiff Yanping Chen moves to extend the current deadline for motions to add parties or amend pleadings by 11 days, from August 23, 2021 to September 3, 2021. Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security ("Defendants") consent to this requested extension. This request is supported by good cause, as set forth below:

1.      On March 2, 2020, Plaintiff issued interrogatories and requests for production to Defendants aimed at, among other things, determining whether additional parties needed to be added to the complaint because other federal agencies had access to the records about Plaintiff disclosed to Fox News.

2.      On March 11, 2020, the Court issued a scheduling order setting May 11, 2020 as the deadline for motions to add parties or amend pleadings. ECF No. 18.

1

3. This Court extended the deadline several times at the request of the parties due to delays in discovery responses from COVID-19 and ongoing negotiations between the parties over the scope of discovery. *See, e.g.*, ECF Nos. 28, 33, 45.

4. Most recently, pursuant to Defendants' motion, ECF No. 47, the Court issued a minute order on June 14, 2021, setting August 23, 2021 as the new deadline for motions to add parties or amend pleadings. The Court also extended deadlines for expert disclosures and fact discovery.

5. On July 23, 2021, Defendant FBI produced a binder of materials provided to the U.S. Department of Veterans Affairs about Dr. Chen.

6. On August 10, 2021, Plaintiff's counsel conducted a deposition of Douglas Baker, an employee at the U.S. Department of Veterans Affairs ("VA") who had temporary possession of the binder. Mr. Baker testified that other VA employees also had possession of the binder.

7. Based on the contents of Mr. Baker's testimony, as well as review of documents produced by the defendant agencies, Plaintiff's counsel is working to determine whether the complaint should be amended to include the U.S. Department of Veterans Affairs as a defendant in this matter.

8. Plaintiff's counsel has been negotiating with Defendants regarding the additional discovery needed as to the other VA employees who had possession of the binder. Plaintiff's counsel requires additional time to continue good faith negotiations with the government to resolve this issue before the deadline for motions to add parties or amend pleadings.

9. In accordance with Local Civil Rule 7(m), the parties have conferred and agreed that, in light of the unresolved issue relating to the U.S. Department of Veterans Affairs, the

deadline to add parties or amend pleadings should be extended by 11 days, to September 3, 2021. This will not affect any other deadlines in the Court's June 14, 2021 minute order.

WHEREFORE, the parties respectfully ask that the Court grant this motion and extend the deadline to amend pleadings or add parties by 11 days, to September 3, 2021.

Dated: August 23, 2021

/s/ Matt Jones

Matt Jones (D.C. Bar No. 502943)
Patrick Carome (D.C. Bar No. 385676)
Jessica Lutkenhaus (D.C. Bar No. 1046749)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
matt.jones@wilmerhale.com
patrick.carome@wilmerhale.com
jessica.lutkenhaus@wilmerhale.com

*Counsel for Plaintiff*