**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

YANPING CHEN,

       Plaintiff,

  v.

FEDERAL BUREAU OF
INVESTIGATION, UNITED STATES
DEPARTMENT OF JUSTICE, UNITED
STATES DEPARTMENT OF DEFENSE,
and UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

       Defendants.

Civil Action No. 1:18-cv-3074-CRC

---

## CONSENT MOTION TO EXTEND DEADLINES FOR
## DISCOVERY RELATED TO ECONOMIC DAMAGES EXPERTS

Plaintiff Yanping Chen moves to extend by three weeks the current deadlines for discovery related to economic damages experts.  Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security ("Defendants") consent to this requested extension.  This request is supported by good cause, as set forth below:

    1.      On March 11, 2020, the Court issued a scheduling order setting July 9, 2020 as the deadline for Proponent's Rule 26(a)(2) Statements and August 10, 2020 as the deadline for Opponent's Rule 26(a)(2) Statements.  ECF No. 18.

    2.      This Court extended the deadline several times at the request of the Parties due to delays in discovery responses from COVID-19 and ongoing negotiations between the Parties

over the scope of discovery.  *See, e.g.*, Minute Order (July 2, 2020), Minute Order (Aug. 27, 2020), Minute Order (Mar. 25, 2021).

3.      Most recently, pursuant to Defendants' motion, ECF No. 47, the Court issued a minute order on June 14, 2021, setting September 3, 2021 as the deadline for Proponent's Rule 26(a)(2) Statements and October 1, 2021 for Opponent's Rule 26(a)(2) Statements.  The Court also set November 1, 2021 as the close of fact discovery.

4.      The Parties have continued to serve and respond to discovery requests, as well as to negotiate in good faith over the scope of discovery.

5.      In order to provide sufficient time to analyze and incorporate recent financial data that non-party the University of Management and Technology anticipates producing, Plaintiff respectfully requests that the Court extend by three weeks the deadline for Proponent's Rule 26(a)(2) Statements with respect to any economic damages experts, to September 24, 2021. Plaintiff does not seek to extend the deadline as to any other type of expert.  Plaintiff also requests that the deadline for Opponent's Rule 26(a)(2) Statements be extended by three weeks, to October 22, 2021, with respect to any economic damages experts.

6.      In addition, in light of these requested extensions of the disclosure deadlines for economic damages experts, Plaintiff also requests that the Parties be permitted to take the deposition of any economic damages experts after the close of fact discovery on November 1, 2021, but no later than November 22, 2021.  Plaintiff does not seek to extend the deadline for fact discovery more generally.

7.      In accordance with Local Civil Rule 7(m), the Parties have conferred and Defendants consent to Plaintiff's request.  This extension will not affect any other deadlines.

2

WHEREFORE, Plaintiff respectfully asks that the Court grant this motion and extend the deadline for Proponent's Rule 26(a)(2) Statements with respect to economic damages experts to September 24, 2021, and for Opponent's Rule 26(a)(2) Statements with respect to economic damages experts to October 22, 2021; and permit the Parties to take the deposition of any economic damages experts after the close of fact discovery on November 1, 2021, but no later than November 22, 2021.

Dated:  September 1, 2021

/s/ Matt Jones

Matt Jones (D.C. Bar No. 502943)
Patrick Carome (D.C. Bar No. 385676)
Jessica Lutkenhaus (D.C. Bar No. 1046749)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
matt.jones@wilmerhale.com
patrick.carome@wilmerhale.com
jessica.lutkenhaus@wilmerhale.com

*Counsel for Plaintiff*