IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | Civil Action No. 1:18-cv-3074-CRC |

### NOTICE OF APPEARANCE

Please take notice that Laurel H. Lum hereby enters her appearance as counsel of record for defendants the Federal Bureau of Investigation, the United States Department of Justice, the United States Department of Defense, and the United States Department of Homeland Security. Undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

Dated: September 20, 2021            Respectfully submitted,

                                                                           BRIAN M. BOYNTON
                                                                           Acting Assistant Attorney General

                                                                           ELIZABETH J. SHAPIRO
                                                                           Deputy Branch Director

                                                                           */s/ Laurel H. Lum*
                                                                           CAROL FEDERIGHI
                                                                           Senior Trial Counsel

GARRETT COYLE
LAUREL H. LUM (NY Bar No. 5729728)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8177
Fax: (202) 616-8470
Email: laurel.h.lum@usdoj.gov

*Counsel for Defendants*