IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**CONSENT MOTION TO EXTEND DEADLINES FOR
ECONOMIC DAMAGES EXPERT DISCLOSURES**

Plaintiff Yanping Chen moves to extend by one week the current deadlines for economic damages expert disclosures. Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security ("Defendants") consent to this requested extension. This request is supported by good cause, as set forth below:

1. On March 11, 2020, the Court issued a scheduling order setting July 9, 2020 as the deadline for Proponent's Rule 26(a)(2) Statements and August 10, 2020 as the deadline for Opponent's Rule 26(a)(2) Statements. ECF No. 18.

2. This Court extended the deadline several times at the request of the Parties due to delays in discovery responses from COVID-19 and ongoing negotiations between the Parties over the scope of discovery. *See, e.g.*, Minute Order (July 2, 2020), Minute Order (Aug. 27, 2020), Minute Order (Mar. 25, 2021), Minute Order (June 14, 2021).

1

3. Most recently, pursuant to Plaintiff's consent motion, ECF No. 49, the Court issued a minute order on September 2, 2021, setting September 24, 2021 as the deadline for Proponent's Rule 26(a)(2) Statements with respect to economic damages and October 22, 2021 for Opponent's Rule 26(a)(2) Statements with respect to economic damages. The Court also permitted the Parties to take the deposition of any economic damages experts after the close of fact discovery on November 1, 2021, but not later than November 22, 2021.

4. The Parties have continued to serve and respond to discovery requests, as well as to negotiate in good faith over the scope of discovery.

5. On September 14, 2021, Defendants proposed bifurcation of future proceedings into a liability phase and a damages/recoverability phase. Defendants suggested that such bifurcation may permit the Parties to avoid litigating issues involving the state secrets privilege. The Parties continue to negotiate over the potential bifurcation of proceedings.

6. In light of ongoing negotiations as to the potential bifurcation of damages from liability, and to provide the Parties with sufficient time to discuss the proposal prior to Plaintiff's disclosure of economic damage expert(s), Plaintiff requests that the deadline for economic damage expert disclosure be extended by one week.

7. In accordance with Local Civil Rule 7(m), the Parties have conferred and Defendants consent to Plaintiff's request. This extension will not affect any other deadlines.

WHEREFORE, Plaintiff respectfully asks that the Court grant this motion and extend the deadline for Proponent's Rule 26(a)(2) Statements with respect to economic damages experts to

October 1, 2021, and for Opponent's Rule 26(a)(2) Statements with respect to economic damages experts to October 29, 2021.

Dated:  September 22, 2021

*/s/ Matt Jones*

Matt Jones (D.C. Bar No. 502943)
Patrick Carome (D.C. Bar No. 385676)
Jessica Lutkenhaus (D.C. Bar No. 1046749)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
matt.jones@wilmerhale.com
patrick.carome@wilmerhale.com
jessica.lutkenhaus@wilmerhale.com

*Counsel for Plaintiff*
