IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>      Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**[PROPOSED] ORDER**

The Court has considered the Consent Motion to Extend Deadlines for Economic Damages Expert Disclosures filed by Plaintiff Yanping Chen. The motion is supported by good cause. The Court hereby **GRANTS** the motion and **ORDERS** that the deadline for Proponent's Rule 26(a)(2) Statements with respect to economic damages experts is extended to October 1, 2021, and the deadline for Opponent's Rule 26(a)(2) Statements with respect to economic damages experts is extended to October 29, 2021.

Dated: _____                    _____

                                                                                                Christopher R. Cooper
                                                                                                UNITED STATES DISTRICT JUDGE