UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YANPING CHEN,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**FEDERAL BUREAU OF INVESTIGATION et al.,**<br><br>　　　　　Defendants. | Case No. 18-cv-3074 (CRC) |

**AMENDED SCHEDULING ORDER**

Upon consideration of the parties' [54] Joint Motion to Modify the Scheduling Order, the Court GRANTS the motion. It is hereby ORDERED that the Court's March 11, 2020 Scheduling Order (ECF No. 18), the June 14, 2021 Minute Order, and the October 11, 2021 Minute Order, be amended as follows:

　　　1.　　The case shall be bifurcated into two phases. The first phase will address liability on plaintiff's Privacy Act claim. The second phase, which will occur if and only if plaintiff prevails on liability in the first phase, will address the extent of plaintiff's recoverable damages, if any.

　　　2.　　Absent agreement of the parties, the following limits on the number of depositions shall apply: no more than 15 depositions for plaintiff during the liability phase; no more than 15 depositions for defendants collectively during the liability phase; no more than 20 total depositions for plaintiff across both phases; and no more than 20 depositions for defendants collectively across both phases.

　　　3.　　These limits shall not apply to any attempt by plaintiff to depose third-party media entities or journalists regarding the source(s) of the alleged disclosure(s).

　　　4.　　Notwithstanding the provision in Federal Rule of Civil Procedure 30(d)(1) that a deposition is generally limited to one day, the deposition of any party or any party's current

employee started during the liability phase after the date of the parties' [54] motion may be continued on a second day during the damages phase, subject to the provision in Rule 30(d)(1) that the entirety of the deposition is limited to seven hours.

5. The fact discovery deadline for the liability phase shall be November 19, 2021.

6. The post-discovery status conference scheduled for November 9, 2021, at 11:00 AM is continued to a date to be determined. A separate Minute Order will be forthcoming.

7. The deposition of Stephen Rhoads may be taken after the November 19, 2021 liability phase fact discovery deadline, but no later than December 31, 2021.

8. The parties are ordered to file a joint status report within 14 days after the conclusion of the liability phase of the case setting forth their proposed schedule(s) for the damages phase of the case. The deadlines for Rule 26(a)(2) statements and depositions with respect to damages experts are adjourned until the parties' submission of the proposed schedule(s) for the damages phase.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   October 15, 2021