IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>       Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**CONSENT MOTION TO EXTEND THE DEADLINE FOR
THE DEPOSITION OF STEPHEN J. RHOADS**

      Plaintiff Yanping Chen moves to extend by one week the current deadline for the deposition of Stephen J. Rhoads. Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security ("Defendants") consent to this requested extension. This request is supported by good cause, as set forth below:

      1.      On October 15, 2021, the Court issued an amended scheduling order setting the close of fact discovery for the liability phase as November 19, 2021. ECF No. 55. The Court permitted the deposition of Mr. Rhoads to take place after the November 19, 2021 liability phase fact discovery deadline, but no later than December 31, 2021. *Id.*

      2.      The Court scheduled a post-discovery status conference for January 20, 2022. Minute Order (Oct. 19, 2021).

3. The parties and Mr. Rhoads' counsel have been negotiating to find a mutually convenient date and time for Mr. Rhoads' deposition. Due to Mr. Rhoads' circumstances (*see* ECF No. 39, No. 20-mc-107) and multiple scheduling conflicts—including a 2-week trial for Mr. Rhoads' counsel in early December—Plaintiff, Defendants, and Mr. Rhoads' counsel have agreed, subject to Court approval, to conduct Mr. Rhoads' deposition on January 6, 2022.

4. In accordance with Local Civil Rule 7(m), the parties have conferred and Defendants consent to Plaintiff's request. This extension will not affect any other deadlines.

WHEREFORE, Plaintiff respectfully asks that the Court grant this motion and extend the deadline for Mr. Rhoads' deposition by one week, to January 7, 2021.

Dated: October 27, 2021

*/s/ Matt Jones*

Matt Jones (D.C. Bar No. 502943)
Patrick Carome (D.C. Bar No. 385676)
Jessica Lutkenhaus (D.C. Bar No. 1046749)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
matt.jones@wilmerhale.com
patrick.carome@wilmerhale.com
jessica.lutkenhaus@wilmerhale.com

*Counsel for Plaintiff*