IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| YANPING CHEN, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 1:18-cv-3074-CRC |
| FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

## ORDER

The Court has considered the Joint Motion to Extend the Deadline for Certain Discovery Motions and to Conduct Certain Discovery After Fact Discovery Deadline. The motion is supported by good cause. The Court hereby **GRANTS** the motion and **ORDERS** that Plaintiff's motion for further searches and Defendants' motion for protective order shall proceed according to the following revised schedule:

| Filing | Deadline |
|---|---|
| Plaintiff's motion for further searches | November 23, 2021 |
| Defendants' motion for protective order | December 3, 2021 |
| Defendants' opposition to motion for further searches | December 14, 2021 |
| Plaintiff's opposition to Defendants' motion for protective order | December 17, 2021 |
| Plaintiff's reply in support of motion for further searches | December 23, 2021 |
| Defendants' reply in support of motion for protective order | January 6, 2022 |

2

The Court **FURTHER ORDERS** the Rule 30(b)(6) deposition(s) of Defendant Federal Bureau of Investigation as to the parties' agreed-upon topics may take place after the November 19, 2021 liability phase fact discovery deadline, but no later than December 17, 2021.

Dated: November 19, 2021

                                                    Christopher R. Cooper
                                                    UNITED STATES DISTRICT JUDGE