IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**JOINT MOTION FOR LEAVE TO CONDUCT DEPOSITIONS OUT OF TIME**

  Plaintiff Yanping Chen and Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security jointly move for leave to conduct Rule 30(b)(6) deposition(s) of Defendant Federal Bureau of Investigation as to certain of the parties' agreed-upon topics after December 17, 2021, but no later than January 28, 2022. This request is supported by good cause, as set forth below:

  1. On October 15, 2021, the Court issued an amended scheduling order setting the close of fact discovery for the liability phase as November 19, 2021. ECF No. 55. The Court scheduled a post-discovery status conference for January 20, 2022. Minute Order (Oct. 19, 2021).

  2. On November 19, 2021, the Court granted the parties' motion to extend the deadline for certain discovery motions and to conduct certain discovery after the liability phase

fact discovery deadline.  As relevant here, the Court set December 3, 2021 as the deadline for Defendant FBI's motion for a protective order as to Rule 30(b)(6) deposition topics.  The Court also granted leave to conduct FBI 30(b)(6) deposition(s) as to the parties' agreed-upon topics after the close of fact discovery, but no later than December 17, 2021.  ECF No. 58.

3. On December 3, 2021, Defendant FBI moved for a protective order as to certain topics for the FBI 30(b)(6) deposition(s).  ECF No. 60.  However, the parties continued to negotiate in good faith, and were able to come to agreement as to the scope of several additional topics which ultimately were not raised in the FBI's motion.

4. The parties have conferred and scheduled the deposition of one FBI 30(b)(6) designee to testify as to three agreed-upon topics prior to the December 17, 2021 deadline.  Additionally, the FBI has designated two witnesses to testify as to additional agreed-upon topics.  Counsel have confirmed that all parties are available on December 21, 2021 for the deposition of one witness, and are working to schedule the deposition of the remaining witness.

5. In order to accommodate the parties' schedules and to provide time for sufficient preparations, the parties respectfully request that the Court grant leave to conduct the FBI 30(b)(6) deposition of the second and third designated FBI witnesses after the December 17, 2021 deadline, but no later than January 28, 2022.

6. The relief requested will not necessarily affect any other deadlines.  The Court has a post-discovery status conference scheduled for January 20, 2022.

WHEREFORE, the parties respectfully ask that the Court grant this motion.

Dated: December 17, 2021                                Respectfully submitted,

*/s/ Matt Jones*                                        BRIAN D. NETTER
Matt Jones (D.C. Bar No. 502943)                        Deputy Assistant Attorney General
Patrick Carome (D.C. Bar No. 385676)
Jessica Lutkenhaus (D.C. Bar No. 1046749)               ELIZABETH J. SHAPIRO
Wilmer Cutler Pickering Hale and Dorr LLP               Deputy Branch Director
1875 Pennsylvania Avenue, NW
Washington, DC 20006                                    */s/ Garrett Coyle*
Tel.: (202) 663-6000                                    CAROL FEDERIGHI
Fax: (202) 663-6363                                     Senior Trial Counsel
matt.jones@wilmerhale.com                               GARRETT COYLE
patrick.carome@wilmerhale.com                           LAUREL H. LUM
jessica.lutkenhaus@wilmerhale.com                       Trial Attorney
                                                        U.S. Department of Justice
*Counsel for Plaintiff*                                 Civil Division, Federal Programs Branch
                                                        1100 L Street NW
                                                        Washington, DC 20005
                                                        Phone: (202) 616-8016
                                                        Fax: (202) 616-8470
                                                        Email: garrett.coyle@usdoj.gov

                                                        *Counsel for Defendants*