IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendants. | Civil Action No. 1:18-cv-3074-CRC |

## **JOINT MOTION FOR LEAVE TO CONDUCT DEPOSITION OUT OF TIME**

Plaintiff Yanping Chen and Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security jointly move for leave to conduct one Rule 30(b)(6) deposition of Defendant Federal Bureau of Investigation as to certain of the parties' agreed-upon topics after January 28, 2022, but no later than February 18, 2022. This request is supported by good cause, as set forth below:

　　1.　On October 15, 2021, the Court issued an amended scheduling order setting the close of fact discovery for the liability phase as November 19, 2021. ECF No. 55.

　　2.　On November 19, 2021, the Court granted the parties' motion to extend the deadline for certain discovery motions and to conduct certain discovery after the liability phase fact discovery deadline. As relevant here, the Court granted leave to conduct FBI 30(b)(6) deposition(s) as to the parties' agreed-upon topics after the close of fact discovery, but no later

1

than December 17, 2021.  ECF No. 58.  The parties conducted one 30(b)(6) deposition of an FBI designee on December 17, 2021.

       3.       On December 20, 2021, the Court granted leave to conduct depositions of two of the FBI's 30(b)(6) designees after the deadline of December 17, 2021, but no later than January 28, 2022.  Minute Order (Dec. 20, 2021).  The parties conducted the deposition of one of the two remaining 30(b)(6) witnesses on December 21, 2021.

       4.       On January 21, 2022, counsel for Defendants notified Plaintiff that the FBI would be changing its 30(b)(6) designee for the remaining agreed-upon topics, and accordingly that the FBI would require additional time to prepare for the new witness's deposition.  Plaintiff and Defendants have been negotiating to find a mutually convenient date and time to reschedule the deposition of the FBI's third 30(b)(6) designee, and agreed upon February 18, 2022.

       5.       The parties therefore respectfully request that the Court grant leave to conduct the FBI 30(b)(6) deposition of the FBI's third designated witness after January 28, 2022, but no later than February 18, 2022.

       6.       In accordance with Local Civil Rule 7(m), Plaintiff and Defendants have conferred and agreed, subject to Court approval, to an extension of the deadline to depose the FBI's 30(b)(6) designee to February 18, 2022.

       7.       The relief requested will not affect any other deadlines.  The deadline to conduct the deposition of Stephen Rhoads is February 28, 2022.  Minute Order (Jan. 7, 2022).  The Court has a post-discovery status conference scheduled for March 29, 2022.  Minute Order (Jan. 13, 2022).

WHEREFORE, the parties respectfully ask that the Court grant this motion.

Dated: January 25, 2022

Respectfully submitted,

/s/ Matt Jones
Matt Jones (D.C. Bar No. 502943)
Patrick Carome (D.C. Bar No. 385676)
Jessica Lutkenhaus (D.C. Bar No. 1046749)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
matt.jones@wilmerhale.com
patrick.carome@wilmerhale.com
jessica.lutkenhaus@wilmerhale.com

*Counsel for Plaintiff*

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Carol Federighi
CAROL FEDERIGHI
Senior Trial Counsel
GARRETT COYLE
LAUREL H. LUM
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-1903
Fax: (202) 616-8470
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*