UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANPING CHEN,

        Plaintiff,

        v.

FEDERAL BUREAU OF
INVESTIGATION, *et al.*,

        Defendants.

Case No. 18-cv-3074 (CRC)

**ORDER**

     Before the Court are two discovery motions. First, Plaintiff Yanping Chen has filed a [62] Second Motion to Compel, seeking an order overruling the FBI's assertion of law-enforcement privilege as to certain deposition questions and discovery material. Second, Defendants have filed a [60] Motion for a Protective Order to Limit Rule 30(b)(6) Deposition Topics. For each motion, Defendants filed an unclassified declaration and an *ex parte* classified declaration in support of their positions on the motions, as well as other *ex parte* classified material. On February 9, 2022, the Court held two hearings. One was an *ex parte* hearing in a classified setting with only government counsel, at which the Court addressed the classified submissions; the other was a status conference in open court with both sides.

     As stated on the record at the status conference with both parties, the Court largely upholds the Defendants' privilege assertions. The Court bases its conclusion on the classified submissions, which the Court reviewed *in camera*, thoroughly considered, and discussed with government counsel. There are two limited exceptions. Defendants must un-redact and produce to Plaintiff the specific portions of the two documents noted by the Court at the *ex parte* hearing (Bates numbers FBI006979 and FBI007645). On the whole, however, the Court finds that the

Defendants have appropriately asserted the law-enforcement privilege as to the material in dispute. The Court will also grant Defendants' motion for a protective order, again based on its review and consideration of the classified submissions.

Accordingly, it is hereby

**ORDERED** that [62] Plaintiff's Second Motion to Compel is GRANTED IN PART and DENIED IN PART. It is further

**ORDERED** that [60] Defendants' Motion for Protective Order to Limit Rule 30(b)(6) Deposition Topics is GRANTED.

**SO ORDERED**.

CHRISTOPHER R. COOPER  
United States District Judge

Date: February 9, 2022