IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**JOINT MOTION TO EXTEND THE DEADLINE FOR
THE DEPOSITION OF STEPHEN J. RHOADS**

Plaintiff Yanping Chen and Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security jointly move to extend the time to conduct the deposition of non-party Stephen J. Rhoads no later than March 24, 2022. This request is supported by good cause, as set forth below:

  1. On October 15, 2021, the Court issued an amended scheduling order setting the close of fact discovery for the liability phase as November 19, 2021. ECF No. 55. The Court permitted the deposition of Mr. Rhoads to take place after the November 19, 2021 liability phase fact discovery deadline, but no later than December 31, 2021. *Id*.

  2. On October 29, 2021, in light of scheduling conflicts and Mr. Rhoads' circumstances, No. 20-mc-107 (D.D.C.), ECF No. 39, the Court granted Plaintiff's consent motion to extend the deadline for the deposition of Mr. Rhoads by one week and issued a minute

1

order allowing the deposition to take place no later than January 7, 2022. ECF No. 56 (Plaintiff's consent motion); Minute Order (Oct. 29, 2021).

3. On January 6, 2022, Plaintiff and Defendants jointly moved for leave to conduct the deposition of Mr. Rhoads after January 7, 2022 but no later than February 28, 2022, in order to provide additional time for Defendant FBI's new lead counsel to become acquainted with the matter and to prepare for Mr. Rhoads' deposition. ECF No. 71. The Court granted the motion the next day. Minute Order (Jan. 7, 2022).

4. Plaintiff and Defendants have been negotiating to find a mutually convenient date and time to reschedule Mr. Rhoads' deposition.

5. In addition, the Court recently ordered Mr. Rhoads to provide certain redacted T-Mobile phone logs to Plaintiff's counsel by March 17, 2022. No. 20-mc-107 (D.D.C.), ECF No. 52.

6. In accordance with Local Civil Rule 7(m), Plaintiff and Defendants have conferred and agreed, subject to Court approval, to an extension of the deadline to depose Mr. Rhoads to March 24, 2022.

7. The relief requested will not affect any other deadlines. There is currently a post-discovery status conference set for March 29, 2022.

WHEREFORE, the parties respectfully ask that the Court grant this motion and extend the deadline for Mr. Rhoads' deposition to March 24, 2022.

Dated: February 14, 2022                                              Respectfully submitted,

*/s/ Matt Jones*                                                            BRIAN D. NETTER
Matt Jones (D.C. Bar No. 502943)                           Deputy Assistant Attorney General
Patrick Carome (D.C. Bar No. 385676)
Jessica Lutkenhaus (D.C. Bar No. 1046749)          ELIZABETH J. SHAPIRO
Wilmer Cutler Pickering Hale and Dorr LLP          Deputy Branch Director
1875 Pennsylvania Avenue, NW
Washington, DC 20006                                           */s/ Garrett Coyle*
Tel.: (202) 663-6000                                                 CAROL FEDERIGHI
Fax: (202) 663-6363                                                 Senior Trial Counsel
matt.jones@wilmerhale.com                                  GARRETT COYLE
patrick.carome@wilmerhale.com                           LAUREL H. LUM
jessica.lutkenhaus@wilmerhale.com                     Trial Attorney
                                                                               U.S. Department of Justice
*Counsel for Plaintiff*                                              Civil Division, Federal Programs Branch
                                                                               1100 L Street NW
                                                                               Washington, DC 20005
                                                                               Phone: (202) 616-8016
                                                                               Fax: (202) 616-8470
                                                                               Email: garrett.coyle@usdoj.gov

                                                                               *Counsel for Defendants*