**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**[PROPOSED] ORDER**

The Court has considered the Joint Motion to Extend the Deadline for the Deposition of Stephen J. Rhoads. The motion is supported by good cause. The Court hereby **GRANTS** the motion and **ORDERS** that the deposition of non-party Stephen J. Rhoads may take place no later than March 24, 2022.

Dated: ________________ ______________________________

Christopher R. Cooper
UNITED STATES DISTRICT JUDGE