AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| YANPING CHEN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-03074-CRC |
| FEDERAL BUREAU OF INVESTIGATION, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yanping Chen, Plaintiff                                                                                                  .

Date:     05/10/2022                                                        /s/ Andrew C. Phillips
                                                                                     *Attorney's signature*

                                                                    Andrew C. Phillips (Bar No. 998353)
                                                                         *Printed name and bar number*

                                                                                 Clare Locke LLP
                                                                                 10 Prince Street
                                                                              Alexandria, VA 22314
                                                                                       *Address*

                                                                               andy@clarelocke.com
                                                                                   *E-mail address*

                                                                                  (202) 628-7404
                                                                                *Telephone number*

                                                                                    *FAX number*