AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| YANPING CHEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:18-cv-03074-CRC |
| FEDERAL BUREAU OF INVESTIGATION, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yanping Chen, Plaintiff                                                                                                  .

Date:      06/06/2022

/s/ Shannon B. Timmann
*Attorney's signature*

Shannon B. Timmann (Bar No. 1614929)
*Printed name and bar number*

Clare Locke LLP
10 Prince Street
Alexandria, VA 22314
*Address*

shannon@clarelocke.com
*E-mail address*

(202) 899-3872
*Telephone number*

*FAX number*