UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Yanping Chen**, <br><br> Plaintiff, <br><br> v. <br><br> **Federal Bureau of Investigation**, **U.S. Department of Justice**, **U.S. Department of Defense**, and **U.S. Department of Homeland Security**, <br><br> Defendants. | No. 18-cv-3074 <br><br> Hon. Christopher R. Cooper <br> United States District Judge |

**GOVERNMENT'S RESPONSE TO
PLAINTIFF'S MOTION FOR LEAVE TO ISSUE
SECOND DEPOSITION SUBPOENA TO STEPHEN RHOADS**

Plaintiff Yanping Chen has moved for leave to issue a second deposition subpoena to Stephen Rhoads. Because Rhoads is not a party to this case, he has indicated that he does not intend to file a response to Chen's motion, and instead anticipates moving to quash any second deposition subpoena in Illinois, where he now lives. Mot. at 2, ECF No. 83; Matthew T. Jones Decl. Ex. 1 at 1, ECF No. 83-3.

To promote judicial efficiency by presenting all arguments for and against a second deposition to the same court at the same time, the government takes no position on Chen's present motion but reserves the right to oppose a second deposition in the context of a motion to quash filed by either Rhoads or the government. The parties agree that this procedure will not waive any arguments that the government might make concerning a second deposition, including any argument that a second deposition is

1

unwarranted and any argument that the operative scheduling order should not be modified to allow a second deposition.

The government respectfully submits a proposed order on Chen's motion. Chen's counsel has indicated that she consents to the government's proposed order.

Dated: June 16, 2022

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Garrett Coyle*
CAROL FEDERIGHI
Senior Trial Counsel
GARRETT COYLE
LAUREL H. LUM
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8016
garrett.coyle@usdoj.gov

*Counsel for Defendants*