**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 1:18-cv-3074-CRC |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR**
**LIMITED DEPOSITION OF STEPHEN RHOADS**

The Court has considered Plaintiff Yanping Chen's motion to conduct a limited second deposition of Stephen Rhoads. It is hereby **ORDERED** that the motion is granted. Plaintiff may notice a two-hour remote deposition of Stephen Rhoads for the limited purpose of obtaining testimony related to the recent disappearance of the relevant phone as well as his search of that phone for messages responsive to the subpoena issued to him under Federal Rule of Civil Procedure 45.

Dated: ___________________

_________________________
Christopher R. Cooper
UNITED STATES DISTRICT JUDGE