**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 1:18-cv-03074-CRC |

**DECLARATION OF MATTHEW T. JONES IN SUPPORT OF PLAINTIFF YANPING CHEN'S MOTION FOR LIMITED DEPOSITION OF STEPHEN RHOADS**

I, Matthew T. Jones, hereby declare and state as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Plaintiff Dr. Yanping Chen in this matter. I am admitted to practice before this Court.

2. I submit this declaration in support of Plaintiff's motion for a limited second deposition of Mr. Stephen Rhoads. This declaration attaches certain documents cited in Plaintiff's memorandum of law in support of her motion.

3. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence between Plaintiff's attorneys and Mr. Rhoads's attorneys, from March 2 to May 24, 2022, concerning the discovery discrepancies and disappearance of Mr. Rhoads's phone at issue in this

motion. The most recent email in the correspondence also copies Garrett Coyle, counsel for Defendants.

4. Attached hereto as Exhibit 2 is a true and correct copy of the subpoena issued by Plaintiff to Mr. Rhoads on April 7, 2020.

5. Attached hereto as Exhibit 3 is a true and correct copy of email correspondence between Plaintiff's attorneys and Mr. Rhoads's attorneys, from May 6 to May 7, 2020, concerning Mr. Rhoads's agreement to preserve the phone at issue in this motion.

6. Attached hereto as Exhibit 4 is a true and correct copy of a March 2, 2022 letter and appendix sent by Plaintiff's attorney Matt Jones to Mr. Rhoads's attorneys Paul J. Orfanedes and Michael Bekesha. This letter and its appendix describe the discovery discrepancies referenced in this motion.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Mr. Rhoads's March 24, 2022 deposition.

8. I understand that WilmerHale paid Judicial Watch $432.31 on January 15, 2021 via ACH electronic payment, as reimbursement for Mr. Rhoads to retain and preserve the phone at issue in this motion.

Dated: June 3, 2022

<u>/s/ *Matthew T. Jones*</u>
Matthew T. Jones