# Exhibit 4

WILMERHALE

**CONTAINS CONFIDENTIAL INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

**Matthew T. Jones**

+1 202 663 6018 (t)
+1 202 663 6363 (f)
matt.jones@wilmerhale.com

March 2, 2022

**By Email**

Paul J. Orfanedes
Michael Bekesha
Judicial Watch
425 Third St., SW, Suite 800
Washington, DC 20024

Re: *Chen v. Federal Bureau of Investigation*, 18-CV-3074 (CRC) (D.D.C.)

Dear Mr. Orfanedes and Mr. Bekesha:

We are writing because it appears that your client, Stephen Rhoads, did not produce certain text messages that would be responsive to the Rule 45 subpoena that we issued to him on behalf of our client, Yanping Chen. We respectfully request that you undertake a further search to ensure that Mr. Rhoads has produced all communications in his custody or control, including—if necessary—a forensic search of the personal cell phone he used during the relevant period. If you or Mr. Rhoads are unable to perform such a search, we are willing to pay for a third-party vendor to conduct this forensic search and share the results directly with you for review and production.

**Productions in Response to Rule 45 Subpoenas**

As you will recall, on April 7, 2020, Plaintiff Dr. Yanping Chen served a subpoena to Mr. Rhoads under Rule 45 of the Federal Rules of Civil Procedure. The subpoena sought "all documents related to, concerning, or reflecting any communication to or from . . . Catherine Herridge . . . and/or any other person employed by or otherwise affiliated with Fox News," including "records showing the dates, times, numbers, and addresses used for any . . . text . . . to or from any such person." Pl.'s Subpoena to Stephen Rhoads Ex. A, at 6 (Apr. 7, 2020). The relevant time period for the requests was January 1, 2010 through the present. *Id.* at 4.

In our email correspondence dated May 6, 2020, you informed us that Mr. Rhoads would be producing "screen shots of what he believes are potentially responsive text messages" in PDF format. We responded on the same date that it was essential for a backup image of Mr. Rhoads' phone to be created to preserve all responsive data, and that we were willing to cover costs incurred. Your response email stated, "[w]e can discuss . . . your request about imaging the phone at a later point," and we agreed to review Mr. Rhoads' screen capture productions. In

order to ensure that Mr. Rhoads' phone was preserved, we paid the amount that he otherwise would have received from his phone carrier upon returning that phone to it.

On May 21, 2020, we received Mr. Rhoads' first production in response to the subpoena, including screen captures from his personal cell phone. RHOADS 000067–RHOADS 000104. Nearly all of the produced screen captures reflected text messages between Mr. Rhoads and Ms. Herridge, dated December 16, 2016 to November 1, 2019. RHOADS 000067–RHOADS 000101. On June 18, 2020, Mr. Rhoads produced an additional screen capture reflecting four text messages exchanged with Ms. Herridge in May 2019 and February 2020.[1]

On September 30, 2020, Plaintiff served a Rule 45 subpoena on T-Mobile, Mr. Rhoads' cellular telephone carrier, seeking documents "sufficient to identify the transmission of all incoming and outgoing text or SMS messages sent to and received by" Mr. Rhoads' personal cell phone number. Pl.'s Subpoena to Stephen Rhoads Ex. A, at 4 (Sept. 28, 2020). On June 2, 2021, Defendants produced the T-Mobile phone logs, with redactions applied by Mr. Rhoads and Defendants. RHOADS 000286–RHOADS 1059. The logs reflected calls and text messages sent and received by Mr. Rhoads' personal cell phone number from September 14, 2014 to June 28, 2017. *Id.*

Since that time, as you know, there has been further litigation over the scope of the produced logs, and the Court ordered T-Mobile to provide additional logs. T-Mobile has produced the additional logs to you, and you are to provide those logs to us by March 17, 2022. *See* Order, 1:20-mc-00107 (D.D.C. Feb. 10, 2022), ECF No. 52.

**<u>Discrepancies Between May and June 2020 Productions and T-Mobile Logs</u>**

After months of painstaking review, Dr. Chen has identified many text messages between Mr. Rhoads and Ms. Herridge that are reflected in the phone logs obtained from T-Mobile but missing from the screen captures produced by Mr. Rhoads. These text messages are responsive to the subpoena to Mr. Rhoads.

Examples of these discrepancies are illustrated in further detail at Appendix A to this letter. The images shown at Appendix A are side-by-side excerpts from Mr. Rhoads' May 21 and June 18, 2020 productions, RHOADS 000067–RHOADS 000101, compared to Mr. Rhoads' T-Mobile phone logs, RHOADS 000286–RHOADS 1059. Text messages with Ms. Herridge that are listed

[1] Mr. Rhoads also reproduced screen captures from his first production with certain redactions removed (while maintaining the same Bates numbering).

in the T-Mobile phone logs, but which are not reflected in the screen captures produced by Mr. Rhoads, are marked with red boxes for ease of reference.[2]

Further, separate from Appendix A, the T-Mobile phone logs reflect another 186 missing text messages Mr. Rhoads exchanged with Ms. Herridge's [redacted] number between November 12, 2014 and November 16, 2016—a time period altogether excluded from the screen captures—as well as eight text messages exchanged with another number belonging to Ms. Herridge, [redacted], from January 21, 2017 to May 4, 2017.

It is of critical importance that efforts be made to recover the missing messages. We respectfully request that Mr. Rhoads conduct a search of his phone to collect and produce the responsive text messages identified in his phone logs. To the extent he has previously deleted those messages, we ask that you conduct a forensic search of his personal phone to recover the deleted messages. If you and Mr. Rhoads are unable to do so, we will pay for a third-party vendor to conduct a forensic recovery of Mr. Rhoads' phone and provide the results directly to you for review and production.

We look forward to your prompt response and are available by phone for further discussion. We ask that you respond on or before March 4, 2022 so that we may engage a third-party vendor if necessary.

Sincerely,

Matthew T Jones/JL

Matthew T. Jones

[2] The text message entries in the T-Mobile phone logs state that they were produced in Pacific Time (PST/PDT). The screen captures of Mr. Rhoads' phone appear to be in Eastern Time (EST/EDT). For example, the screen captures produced at RHOADS 000076 show one incoming text message from Ms. Herridge on February 25, 2017 at 8:40 AM, and two response messages from Mr. Rhoads at 10:56 AM and 11:01 AM. The T-Mobile phone logs reflect a corresponding incoming message from Ms. Herridge at 5:40 AM PT, and two outgoing messages from Mr. Rhoads at 7:56 AM PT and 8:01 AM PT. Two additional incoming messages from Ms. Herridge on the same date—one at 8:00 AM PT / 11:00 AM ET, and another at 8:01 AM PT / 11:01 AM ET—are inexplicably omitted from the corresponding screen capture.

# Appendix A

19% 11:44 AM

Catherine Hettridge
[redacted]

Wednesday, February 8, 2017

10:37 PM Still on for the 20th? (S)

Thursday, February 9, 2017

(C) Catherine .Herridge@foxnews.com 12:38 PM

1:14 PM Got it. Thank you (S)

Thursday, February 16, 2017

(C) Just tried you hope you are not sick still 10:45 AM

(C) Catherine .Herridge@foxnews.com 11:45 AM

11:45 AM Got it (S)

(C) Or cvdh64@hotmail.com 11:45 AM

Friday, February 17, 2017

(C) Do you recognize him?

RHOADS 000074

*Continued...* [redacted]

**Text**

The date and time corresponds to Pacific Time (PST/PDT).

| Date and time | Number | Destination | Direction | Type |
|---|---|---|---|---|
| 02/13/17, 6:57 PM | [redacted] | Las Cruces, NM | Outgoing | Text |
| 02/13/17, 6:57 PM | [redacted] | El Paso, TX | Outgoing | Text |
| 02/13/17, 6:58 PM | [redacted] | El Paso, TX | Incoming | Text |
| [redacted] | | | | |
| 02/14/17, 6:48 AM | [redacted] | El Paso, TX | Incoming | Text |
| 02/14/17, 6:48 AM | [redacted] | El Paso, TX | Incoming | Text |
| 02/14/17, 7:17 AM | [redacted] | El Paso, TX | Outgoing | Text |
| [redacted] | | | | |
| 02/14/17, 12:28 PM | [redacted] | El Paso, TX | Incoming | Text |
| [redacted] | | | | |
| 02/14/17, 12:32 PM | [redacted] | El Paso, TX | Incoming | Text |
| 02/14/17, 12:35 PM | [redacted] | El Paso, TX | Incoming | Text |
| 02/14/17, 1:18 PM | [redacted] | San Teresa, NM | Incoming | Text |
| 02/14/17, 1:18 PM | [redacted] | San Teresa, NM | Incoming | Text |
| 02/14/17, 2:11 PM | [redacted] | El Paso, TX | Incoming | Text |
| 02/14/17, 5:10 PM | [redacted] | New York, NY | Incoming | Text |
| 02/14/17, 5:11 PM | [redacted] | New York, NY | Outgoing | Text |
| 02/14/17, 5:11 PM | [redacted] | New York, NY | Incoming | Text |
| 02/14/17, 5:11 PM | [redacted] | New York, NY | Incoming | Text |
| 02/14/17, 5:11 PM | [redacted] | New York, NY | Incoming | Text |
| 02/14/17, 5:12 PM | [redacted] | New York, NY | Outgoing | Text |
| 02/14/17, 5:12 PM | [redacted] | New York, NY | Incoming | Text |
| 02/14/17, 5:17 PM | [redacted] | Fredrcksbg, VA | Incoming | Text |
| 02/14/17, 5:17 PM | [redacted] | - | Incoming | Picture |
| | | | | Total: |

RHOADS 000958

Wednesday, February 22, 2017

Drop me a line. 2:54 PM

Saturday, February 25, 2017

We got cut off but let me know if you want to finish the conversation 8:40 AM

10:58 AM Ma'am, I have an hour long conf call I have to hop on. Call you later

11:01 AM You bet

Monday, February 27, 2017

4:02 PM Can you talk 1 hour from now?

I am free now or call in 15 4:45 PM

RHOADS 000076

[redacted]

| | | | | |
|---|---|---|---|---|
| 02/25/17, 6:40 AM | [redacted] | New York, NY | Incoming | Text |
| 02/25/17, 6:59 AM | | El Paso, TX | Incoming | Text |
| 02/25/17, 7:03 AM | | Tacoma, WA | Outgoing | Text |
| 02/25/17, 7:39 AM | | Tacoma, WA | Incoming | Text |
| 02/25/17, 7:39 AM | | Tacoma, WA | Incoming | Text |
| 02/25/17, 7:39 AM | | Tacoma, WA | Outgoing | Text |
| 02/25/17, 7:39 AM | | Tacoma, WA | Incoming | Text |
| 02/25/17, 7:56 AM | | New York, NY | Outgoing | Text |
| 02/25/17, 7:58 AM | | Tacoma, WA | Outgoing | Text |
| 02/25/17, 8:00 AM | | New York, NY | Incoming | Text |
| 02/25/17, 8:01 AM | | Tacoma, WA | Incoming | Text |
| 02/25/17, 8:01 AM | | Tacoma, WA | Outgoing | Text |
| 02/25/17, 8:01 AM | | New York, NY | Incoming | Text |
| 02/25/17, 8:01 AM | | New York, NY | Outgoing | Text |
| 02/25/17, 8:02 AM | | Tacoma, WA | Outgoing | Text |
| 02/25/17, 8:52 AM | | Silver Spg, MD | Outgoing | Text |
| 02/25/17, 8:52 AM | | Tacoma, WA | Outgoing | Text |
| 02/25/17, 8:54 AM | | Tacoma, WA | Incoming | Text |
| 02/25/17, 8:57 AM | | Silver Spg, MD | Incoming | Text |
| 02/25/17, 8:58 AM | | Silver Spg, MD | Outgoing | Text |
| 02/25/17, 8:58 AM | | Tacoma, WA | Outgoing | Text |
| 02/25/17, 9:09 AM | | Silver Spg, MD | Outgoing | Text |
| 02/25/17, 9:11 AM | | Fredrcksbg, VA | Outgoing | Text |
| 02/25/17, 9:26 AM | | Silver Spg, MD | Outgoing | Text |
| 02/25/17, 9:37 AM | | Tacoma, WA | Outgoing | Text |
| 02/25/17, 10:13 AM | | Fredrcksbg, VA | Incoming | Text |
| 02/25/17, 10:13 AM | | Fredrcksbg, VA | Incoming | Text |

RHOADS 000970

Tuesday, March 14, 2017

http://www.foxnews.com/politics/2017/02/24/fox-news-investigation-dod-funded-school-at-center-federal-probes-over-suspected-chinese-military-ties.html

Fox News investigation:
EXCLUSIVE: Based just four miles fr...
9:38 PM http://www.foxnews.com/politics/...

RHOADS 000078

11:45 AM

Catherine Herridge
[redacted]

Fox News investigation:
EXCLUSIVE: Based just four miles fr...
9:38 PM http://www.foxnews.com/politics/...

Wednesday, March 29, 2017

http://dailycaller.com/2017/03/29/feds-charge-state-department-official-in-chinese-spy-case/

RHOADS 000078–79

| | | | | |
|---|---|---|---|---|
| 03/16/17, 10:58 AM | [redacted] | New York, NY | Outgoing | Text |

[redacted]

| | | | | |
|---|---|---|---|---|
| 03/16/17, 12:24 PM | [redacted] | - | Outgoing | Picture |

Type: (A) Call Waiting (B) Call Forward (C) Conference Call (D) Data with DIGITS (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls (I) Intl Disc Call (J) Intl Disc Call to Mobile (K) WPS Call (M) AnyMobile (R) Roaming (T) T-Mobile Number (V) myFaves Call (W) Wi-Fi Call (X) T-Mobile @Home Call (Y) Subscription (Z) One-time Purchase

RHC

Confidential - Subject to Protective Order

| Statement for | Account number |
|---|---|
| STEPHEN J. RHOADS | [redacted] |

*Continued...* [redacted]

**Text**

The date and time corresponds to Pacific Time (PST/PDT).

| Date and time | Number | Destination | Direction | Type |
|---|---|---|---|---|
| 03/16/17, 12:24 PM | [redacted] | - | Incoming | Picture |
| [redacted] | | | | |
| 03/16/17, 12:31 PM | [redacted] | - | Outgoing | Picture |
| 03/16/17, 12:41 PM | [redacted] | - | Incoming | Picture |
| [redacted] | | | | |
| 03/16/17, 1:11 PM | [redacted] | Herndon, VA | Incoming | Text |
| 03/16/17, 1:11 PM | [redacted] | Herndon, VA | Incoming | Text |
| 03/16/17, 1:11 PM | [redacted] | Herndon, VA | Incoming | Text |
| 03/16/17, 1:11 PM | [redacted] | Americanfk, UT | Incoming | Text |
| 03/16/17, 2:07 PM | [redacted] | Tacoma, WA | Incoming | Text |
| 03/16/17, 2:07 PM | [redacted] | Tacoma, WA | Outgoing | Text |
| 03/16/17, 2:31 PM | [redacted] | New York, NY | Incoming | Text |
| 03/16/17, 2:34 PM | [redacted] | New York, NY | Outgoing | Text |

RHOADS 000986–87

Thursday, March 30, 2017

Perfect and thx 5:22 PM

Sunday, April 9, 2017

[redacted]

This message could not be reliably transcribed. Listen to voice message:

[redacted]

5:27 PM

Dod confirmed Friday UMT under review due Fox report. That review continues. Who can we contact in the reserves who showed interest 5:28 PM

I don't know, because none of the commanders will pull the trigger until something comes from the top down. I think the fact that they are under review is white wash. They have been under review before because of people accusing them of being a

RHOADS 000080

18% 11:46 AM

Catherine Herridge

[redacted]

before because of people accusing them of being a diploma mill. I would ask them what the review process

MMS 5:53 PM VIEW ALL

Wednesday, April 12, 2017

Check your email 6:39 PM

6:40 PM Yes Ma'am

RHOADS 000080–81

| | | | | |
|---|---|---|---|---|
| 04/09/17, 2:27 PM | [redacted] | New York, NY | Incoming | Text |
| 04/09/17, 2:28 PM | | New York, NY | Incoming | Text |
| 04/09/17, 2:53 PM | | New York, NY | Outgoing | Text |
| 04/09/17, 3:11 PM | | New York, NY | Incoming | Text |
| 04/09/17, 3:11 PM | | New York, NY | Outgoing | Text |

Type: (A) Call Waiting (B) Call Forward (C) Conference Call (D) Data with DIGITS (E) Data/Fax (F) Mobile2Mobile (G) Voicemail (H) Free Calls (I) Intl Disc Call (J) Intl Disc Call to Mobile (K) WPS Call (M) AnyMobile (R) Roaming (T) T-Mobile Number (V) myFaves Call (W) Wi-Fi Call (X) T-Mobile @Home Call (Y) Subscription (Z) One-time Purchase

onfidential - Subject to Protective Order

| Statement for | Account number |
|---|---|
| STEPHEN J. RHOADS | [redacted] |

*Continued...* [redacted]

**Text**

The date and time corresponds to Pacific Time (PST/PDT).

| Date and time | Number | Destination | Direction | Type |
|---|---|---|---|---|
| 04/09/17, 4:40 PM | (Pappa 1) | Washington, DC | Outgoing | Text |
| 04/09/17, 4:41 PM | [redacted] | New York, NY | Outgoing | Text |
| 04/09/17, 5:21 PM | | New York, NY | Incoming | Text |
| 04/09/17, 5:27 PM | | New York, NY | Outgoing | Text |

RHOADS 000995–96

Wednesday, April 12, 2017

Check your email 6:40 PM

6:40 PM

Tuesday, April 25, 2017

I have been told that a letter was sent to UMT, asking them to answer for the allegations in your report. Trying to get a copy of the document. They're suspense is 3 May

Rob Work is pressing for progress and answers from all agencies involved. It'd be nice if he or the SecDef would comment some day

| | | | | |
|---|---|---|---|---|
| 04/24/17, 1:04 PM | [redacted] | New York, NY | Outgoing | Text |
| 04/24/17, 1:04 PM | [redacted] | -- | Incoming | Picture |
| 04/24/17, 1:05 PM | [redacted] | Fredrcksbg, VA | Outgoing | Text |
| 04/24/17, 1:06 PM | [redacted] | El Paso, TX | Incoming | Text |
| 04/24/17, 1:06 PM | [redacted] | Americus, GA | Outgoing | Text |
| 04/24/17, 1:06 PM | [redacted] | Americus, GA | Outgoing | Text |
| [redacted] | | | | |
| 04/24/17, 1:09 PM | [redacted] | Americus, GA | Incoming | Text |
| [redacted] | | | | |
| 04/24/17, 1:11 PM | [redacted] | Americus, GA | Outgoing | Text |
| 04/24/17, 1:11 PM | [redacted] | Americus, GA | Incoming | Text |
| [redacted] | | | | |
| 04/24/17, 2:22 PM | [redacted] | Washington, DC | Outgoing | Text |
| 04/24/17, 2:22 PM | [redacted] | Washington, DC | Incoming | Text |
| 04/24/17, 2:23 PM | [redacted] | Washington, DC | Outgoing | Text |
| 04/24/17, 2:24 PM | [redacted] | Washington, DC | Incoming | Text |
| 04/24/17, 2:39 PM | [redacted] | New York, NY | Outgoing | Text |
| 04/24/17, 2:40 PM | [redacted] | Washington, DC | Incoming | Text |
| 04/24/17, 2:47 PM | [redacted] | New York, NY | Outgoing | Text |
| 04/24/17, 2:47 PM | [redacted] | New York, NY | Outgoing | Text |
| 04/24/17, 2:48 PM | [redacted] | Washington, DC | Outgoing | Text |
| 04/24/17, 2:53 PM | [redacted] | New York, NY | Incoming | Text |
| 04/24/17, 3:28 PM | [redacted] | New York, NY | Outgoing | Text |
| 04/24/17, 3:30 PM | [redacted] | New York, NY | Incoming | Text |
| 04/24/17, 3:30 PM | [redacted] | Washington, DC | Incoming | Text |
| 04/24/17, 4:29 PM | [redacted] | Fredrcksbg, VA | Incoming | Text |
| 04/24/17, 6:40 PM | [redacted] | El Paso, TX | Incoming | Text |
| [redacted] | | | | |

RHOADS 000081

RHOADS 001010

Thursday, April 27, 2017

Cvdh64@hotmail.com 6:10 PM

Friday, April 28, 2017

Barring breaking news it should go tonight around 62o easter or think 520! your time 6:06 PM

Did not air due to breaking news. Will update as i know more 6:33 PM

Saturday, April 29, 2017

http://www.foxnews.com/politics/2017/04/28/congress-looking-into-taxpayer-backed-school-over-alleged-ties-to

RHOADS 000084

| | | | | |
|---|---|---|---|---|
| 04/28/17, 3:07 PM | [redacted] | New York, NY | Incoming | Text |
| 04/28/17, 3:33 PM | | New York, NY | Incoming | Text |
| 04/28/17, 3:37 PM | | New York, NY | Outgoing | Text |

RHOADS 001014

11:47 AM

Catherine Herridge

[redacted]

[redacted]

This message could not be reliably transcribed.
Listen to voice message:
[redacted] 6:12 PM

Tuesday, May 2, 2017

9:17 PM Have info

Wednesday, May 3, 2017

In hearing will call on break 10:59 AM

Thursday, May 4, 2017

Will call between 12 and 1 10:34 AM

10:36 AM Sounds good

1:58 PM Sorry I missed you. Hit me back

RHOADS 000086

*Continued...* [redacted]

**Text**

The date and time corresponds to Pacific Time (PST/PDT).

| Date and time | Number | Destination | Direction | Type |
|---|---|---|---|---|
| 05/02/17, 9:09 AM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 12:31 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 12:31 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 12:31 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 12:32 PM | [redacted] | El Paso, TX | Outgoing | Text |
| 05/02/17, 1:11 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 1:11 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 1:34 PM | [redacted] | Great Bog, VA | Incoming | Text |
| [redacted] | | | | |
| 05/02/17, 5:21 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 5:22 PM | [redacted] | El Paso, TX | Outgoing | Text |
| 05/02/17, 5:23 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 5:23 PM | [redacted] | El Paso, TX | Outgoing | Text |
| 05/02/17, 5:23 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/02/17, 5:31 PM | [redacted] | Washington, DC | Incoming | Text |
| [redacted] | | | | |
| 05/02/17, 5:31 PM | [redacted] | Washington, DC | Outgoing | Text |
| 05/02/17, 5:32 PM | [redacted] | Washington, DC | Incoming | Text |
| [redacted] | | | | |
| 05/02/17, 5:32 PM | [redacted] | Washington, DC | Outgoing | Text |
| 05/02/17, 5:33 PM | [redacted] | Washington, DC | Incoming | Text |
| [redacted] | | | | |
| 05/02/17, 6:17 PM | [redacted] | New York, NY | Outgoing | Text |
| [redacted] | | | | |
| 05/03/17, 6:29 AM | [redacted] | New York, NY | Incoming | Text |
| 05/03/17, 6:29 AM | [redacted] | New York, NY | Incoming | Text |
| 05/03/17, 7:54 AM | [redacted] | Fredroksbg, VA | Incoming | Text |
| 05/03/17, 7:54 AM | [redacted] | Fredroksbg, VA | Incoming | Text |
| 05/03/17, 7:59 AM | [redacted] | New York, NY | Incoming | Text |
| [redacted] | | | | |
| 05/03/17, 8:21 AM | [redacted] | Fredroksbg, VA | Outgoing | Text |
| [redacted] | | | | |
| 05/03/17, 11:00 AM | [redacted] | El Paso, TX | Incoming | Text |
| [redacted] | | | | |
| 05/03/17, 11:48 AM | [redacted] | El Paso, TX | Incoming | Text |
| 05/03/17, 11:48 AM | [redacted] | El Paso, TX | Incoming | Text |
| 05/03/17, 1:01 PM | [redacted] | New York, NY | Outgoing | Text |
| 05/03/17, 1:12 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/03/17, 2:02 PM | [redacted] | El Paso, TX | Incoming | Text |
| 05/03/17, 4:15 PM | [redacted] | New York, NY | Incoming | Text |
| 05/03/17, 4:16 PM | [redacted] | New York, NY | Incoming | Text |
| [redacted] | | | | |

RHOADS 001016