## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YANPING CHEN,

      Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,
U.S. DEPARTMENT OF JUSTICE,
U.S. DEPARTMENT OF DEFENSE, U.S.
DEPARTMENT OF HOMELAND
SECURITY,

      Defendants.

Case No. 1:18-cv-03074-CRC

## NOTICE OF APPEARANCE

Please take note that Patrick F. Philbin hereby enters his appearance as counsel of record

for third party subpoena recipients Fox News Network, LLC and Catherine Herridge.


DATED:  July 20, 2022

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
    Patrick F Philbin (DC Bar No. 435620)
    1155 F St. NW
    Suite 750
    Washington, DC 20004
    Tel.: (202) 249-6633
    Fax: (202) 249-6899
    pphilbin@egcfirm.com



By:      /s/ Patrick F. Philbin
_____
      Patrick F. Philbin
Counsel for Fox News Network, LLC and Catherine
Herridge

Notice of Appearance