IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF DEFENSE, U.S.<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>          Defendants. | Case No. 1:18-cv-03074-CRC |

**JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

WHEREAS, on May 19, 2022, Plaintiff Yanping Chen served non-party Fox News Network, LLC ("FNN") with subpoenas under Rule 45 seeking both documents and a deposition of a corporate representative pursuant to Rule 30(b)(6);

WHEREAS, on June 16, 2022, Plaintiff Yanping Chen served non-party Catherine Herridge with subpoenas under Rule 45 seeking both documents and her appearance at a deposition;

WHEREAS, in order to allow non-parties Catherine Herridge and FNN ("Subpoena Recipients") time to review the confidential discovery in the case, Plaintiff has agreed to a number of extensions on all deadlines to respond or object to those subpoenas;

WHEREAS, Plaintiff has currently agreed to extend the deadlines to respond or object to all the subpoenas until July 29, 2022;

WHEREAS, the Subpoena Recipients intend to file motions to quash on July 29, 2022;

WHEREAS, Plaintiff and Subpoena Recipients agreed to submit a joint proposed briefing schedule to the Court as part of their earlier agreements to extend the subpoena deadlines;

-2-

THEREFORE, Plaintiff Yanping Chen and the Subpoena Recipients, by and through undersigned counsel, respectfully move this Court to establish the following briefing schedule for the Subpoena Recipients' forthcoming motions to quash to be filed on July 29:

1. The Plaintiff shall file its oppositions to the motions to quash by August 22, 2022; and

2. The Subpoena Recipients shall file replies in support of their motions to quash by September 6, 2022.

| | |
|---|---|
| DATED:  July 20, 2022 | ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP<br>　　Patrick F. Philbin (DC Bar No. 435620)<br>　　1155 F St. NW<br>　　Suite 750<br>　　Washington, DC 20004<br>　　Tel.: (202) 249-6633<br>　　Fax: (202) 249-6899<br>　　pphilbin@egcfirm.com<br><br>By:　　/s/ Patrick F. Philbin　　<br>　　　　Patrick F. Philbin<br>Counsel for Fox News Network, LLC and Catherine Herridge |
| DATED:  July 20, 2022 | CLARE LOCKE LLP<br>　　Andrew C. Phillips (DC Bar No. 998353)<br>　　10 Prince Street<br>　　Alexandria, VA 22314<br>　　Tel.: (202) 628-7404<br>　　andy@clarelocke.com<br><br>By:　　/s/ Andrew C. Phillips　　<br>　　　　Andrew C. Phillips<br>Counsel for Yanping Chen |