**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 1:18-cv-03074-CRC |

**[PROPOSED] ORDER GRANTING PLAINTIFF AND NON-PARTIES FOX NEWS NETWORK, LLC AND CATHERINE HERRIDGE'S JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

The Court has considered Plaintiff Yanping Chen and served non-parties Fox News Network, LLC and Catherine Herridge's joint motion to establish a briefing schedule. It is hereby **ORDERED** that the motion is granted. The Plaintiff shall file its oppositions to the served non-parties' motions to quash by August 22, 2022. Fox News Network, LLC and Ms. Herridge shall file replies in support of their motions to quash by September 6, 2022.

DATED: July _____, 2022

____________________________________
Christopher R. Cooper
UNITED STATES DISTRICT JUDGE