IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendants. | Case No.: 1:18-cv-3074-CRC |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(c)(2), the undersigned as a sponsoring member of the Bar of this Court respectfully moves for the admission and appearance of attorney Kyle West *pro hac vice* in the above-captioned action as counsel for non-parties Fox News Network, LLC and Catherine Herridge. This motion is supported by the Declaration of Kyle West, filed herewith. As set forth in Mr. West's declaration, he is admitted and an active member in good standing the following courts and bars: The District of Columbia Bar, the Texas Bar, the U.S. District Court for the District of Colorado, the U.S. District Court for the Northern District of Oklahoma, the U.S. District Court for the District of Maryland, and the U.S. Court of Appeals for the Tenth Circuit. This motion is supported and signed by Patrick F. Philbin, an active and sponsoring member of the Bar of this Court.

DATED:  July 28, 2022　　　　　　　ELLIS GEORGE CIPOLLONE
　　　　　　　　　　　　　　　　　　O'BRIEN ANNAGUEY LLP
　　　　　　　　　　　　　　　　　　　　Patrick F. Philbin (DC Bar No. 435620)
　　　　　　　　　　　　　　　　　　　　1155 F St. NW
　　　　　　　　　　　　　　　　　　　　Suite 750
　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 249-6633
　　　　　　　　　　　　　　　　　　　　Fax: (202) 249-6899
　　　　　　　　　　　　　　　　　　　　pphilbin@egcfirm.com


　　　　　　　　　　　　　　　　　　By:　　　/s/ Patrick F. Philbin
　　　　　　　　　　　　　　　　　　　　　　Patrick F. Philbin
　　　　　　　　　　　　　　　　　　Counsel for Fox News Network, LLC and Catherine Herridge

-2-