**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No.: 1:18-cv-3074-CRC |

**DECLARATION OF KYLE WEST IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Kyle West, declare as follows:

1. My name, office address, and telephone number are:

Kyle West
Ellis George Cipollone O'Brien Annaguey LLP
1155 F St. NW, Suite 750
Washington, D.C. 20004
(202) 249-6900

2. I am a member in good standing of the following courts and bars:

District of Columbia Bar (April 20, 2021) (No. 24093346)
State Bar of Texas (November 6, 2014) (No. 1687000)
U.S. Court of Appeals for the Tenth Circuit (March 17, 2015)
U.S. District Court, District of Colorado (April 20, 2021)
U.S. District Court, District of Maryland (January 2016)
U.S. District Court, Northern District of Oklahoma (October 2017)

3. I regularly practice in the District of Columbia have attached a Certificate of Good Standing from the District of Columbia Bar.

4. I have never been admitted *pro hac vice* to the U.S. District Court of the District of Columbia.

5. I have never been convicted of a felony.

6. I have never been disciplined, censured, suspended, disbarred or denied admission or readmission by any bar or court.

7. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 28, 2022

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Kyle T. West (DC Bar No. 1687000)
1155 F St. NW
Suite 750
Washington, DC 20004
Tel.: (202) 249-6900
Fax: (202) 249-6899
kwest@egcfirm.com

By: ______________________
Kyle West