**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANPING CHEN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No.: 1:18-cv-3074-CRC

**[PROPOSED] ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

The motion for the admission of Kyle West to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the District of Columbia Bar; and that his contact information is as follows:

Applicant's Name: Kyle West

Firm Name: Ellis George Cipollone O'Brien Annaguey LLP

Address: 1155 F Street NW, Suite 750

City/State/Zip: Washington / DC / 20004

Telephone/Fax: (202) 249-6900 / (202) 249-6899

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for non-parties Fox News Network, LLC and Catherine Herridge in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the District of Columbia. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

DATED: July _____, 2022

_________________________________________
Christopher R. Cooper
UNITED STATES DISTRICT JUDGE