**PUBLIC VERSION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANPING CHEN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,
U.S. DEPARTMENT OF JUSTICE,
U.S. DEPARTMENT OF DEFENSE, U.S.
DEPARTMENT OF HOMELAND
SECURITY,

Defendants.

Case No. 1:18-cv-03074-CRC

**ORAL ARGUMENT REQUESTED**

**CATHERINE V. HERRIDGE'S MOTION TO QUASH**

Non-party Catherine V. Herridge, by and through undersigned counsel, hereby moves this Court for an Order, pursuant to Rules 45 and 26(b) of the Federal Rules of Civil Procedure, quashing the subpoenas served upon her by the Plaintiff in the above-captioned case.

On June 16, 2022, Plaintiff's counsel served both a subpoena seeking production of documents and a subpoena seeking testimony at a deposition on Ms. Herridge.

Both subpoenas should be quashed. The grounds for this Motion are set forth in the accompanying Memorandum in Support of Catherine V. Herridge's Motion to Quash and the attached exhibits. Among other infirmities, the subpoenas are overbroad, seeking discovery of documents that have no relevance to Plaintiff's Privacy Act claims, and they impermissibly invade the journalist's privilege under the First Amendment. Plaintiff cannot meet the standard set in *Zerilli v. Smith*, 656 F.2d 705 (D.C. Cir. 1981), for overcoming the journalist's privilege, and accordingly she should not be permitted to seek discovery from Ms. Herridge—including discovery intended to uncover any confidential source(s) who contributed to reporting by Ms. Herridge related to Plaintiff.

Ms. Herridge respectfully requests a hearing on her Motion.

Pursuant to Local Rule 7(m), undersigned counsel has conferred with counsel for Plaintiff, who has advised that Plaintiff will oppose this motion.

DATED: July 29, 2022

Respectfully submitted,

ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Patrick F. Philbin (DC Bar No. 435620)
1155 F St. NW
Suite 750
Washington, DC 20004
Tel.: (202) 249-6633
Fax: (202) 249-6899
pphilbin@egcfirm.com

By: /s/ Patrick F. Philbin
Patrick F. Philbin
Counsel for Catherine V. Herridge