# CONFIDENTIAL—FILED UNDER SEAL

# EXHIBIT M