IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendants. | Case No. 1:18-cv-03074-CRC |

**JOINT MOTION TO EXTEND BRIEFING DEADLINES**

WHEREAS, on July 20, 2022, Plaintiff Yanping Chen and non-parties Fox News Network, LLC ("FNN") and Catherine Herridge filed a joint motion to establish a briefing schedule for FNN and Catherine Herridge's ("Subpoena Recipients") Motions to Quash;

WHEREAS, on July 21, 2022, the Court granted the joint motion and set an August 22, 2022 deadline for Plaintiff to respond to the Motions to Quash and a September 6, 2022 deadline for the Subpoena Recipients to file replies in support of the Motions to Quash;

WHEREAS, the Plaintiff and the Subpoena recipients have agreed to jointly propose a short extension of the pending deadlines to avoid conflicts with other obligations;

THEREFORE, Plaintiff Yanping Chen and the Subpoena Recipients, by and through undersigned counsel, respectfully move this Court to amend the briefing schedule for the Subpoena Recipients' Motions to Quash as follows:

  1.  Extending the Plaintiff's August 22, 2022 deadline to file its oppositions to the motions to quash to August 24, 2022; and

2. Extending the Subpoena Recipients' September 6, 2022 deadline to file their replies in support of their motions to quash to September 12, 2022.

| | |
|---|---|
| DATED:  August 19, 2022 | ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP<br>    Patrick F. Philbin (DC Bar No. 435620)<br>    1155 F St. NW<br>    Suite 750<br>    Washington, DC 20004<br>    Tel.: (202) 249-6633<br>    Fax: (202) 249-6899<br>    pphilbin@egcfirm.com<br><br>By:    /s/ Patrick F. Philbin<br>         Patrick F. Philbin<br>Counsel for Fox News Network, LLC and Catherine Herridge |
| DATED:  August 19, 2022 | CLARE LOCKE LLP<br>    Andrew C. Phillips (DC Bar No. 998353)<br>    10 Prince Street<br>    Alexandria, VA 22314<br>    Tel.: (202) 628-7404<br>    andy@clarelocke.com<br><br>By:    /s/ Andrew C. Phillips<br>         Andrew C. Phillips<br>Counsel for Yanping Chen |