# EXHIBIT 35

WILMERHALE

CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552(b)(4); 18 U.S.C. § 1905; 5 C.F.R. § 2635.703

**Jamie S. Gorelick**

+1 202 663 6500 (t)
+1 202 663 6363 (f)
jamie.gorelick@wilmerhale.com

February 9, 2018

The Honorable Patrick M. Shanahan
Deputy Secretary of Defense
1010 Defense Pentagon
Washington, DC 20301-1010

*Re: University of Management and Technology*
*Appeal of Notice of Cancellation of Memorandum of Understanding*

Dear Mr. Deputy Secretary:

We are writing in response to the Department of Defense's January 23, 2018 letter to the University of Management and Technology. That letter announced the Department's intention to cancel its Memorandum of Understanding ("MOU") with the University and to terminate the University's participation in the Tuition Assistance program on national security grounds. It is unfortunate that the University was not afforded notice and the opportunity to respond before the Department took action, particularly given how long the Department has been reviewing these issues. Nevertheless, we appreciate this opportunity to address the Department's concerns and to correct the inaccurate information underlying the Department's letter.

The University of Management and Technology has provided high-quality educational opportunities to military students for nearly two decades. Through the University's participation in the Tuition Assistance program, more than 2,585 military students have received degrees. Currently, more than 1,570 military students are pursuing their educational goals at the University. The University's programs provide extraordinary value to members of our military, which is why so many servicemembers enroll at the University on the recommendation of current or former students. The University has consistently been designated a "Top School" by the Military Advanced Education & Transition Guide to Colleges & Universities.

The University takes seriously the concerns raised in the Department's letter, but respectfully disagrees with its findings. Those findings are a near-verbatim recital of inaccurate and outdated claims provided by the Federal Bureau of Investigation ("FBI") based on an eight-year-old investigation of the University's President and Chief Executive Officer, Dr. Yanping Chen. The findings do not appear to reflect any independent assessment by the Department of the facts underlying its decision.

We ask the Department to reconsider. A full, fair, and independent evaluation of the facts will reveal that there is no national security threat warranting the termination of the University from the Tuition Assistance program. Military students deserve the freedom to use their tuition benefits to pursue their educational goals through the University. For the reasons set

forth below, we request that the Department rescind its cancellation of the MOU and allow the University's faculty to continue teaching servicemembers.

## I. Executive Summary

The University of Management and Technology was founded in 1998 by Dr. Yanping Chen, a naturalized U.S. citizen who arrived from China thirty years ago to pursue her graduate studies. Dr. Chen was trained as a cardiologist and was a medical researcher for the Chinese astronaut program before coming to the United States in 1987 as a visiting scholar at George Washington University, where she earned a Master's Degree and a Ph.D. in Public Policy.

While at George Washington, Dr. Chen met and married J. Davidson Frame. Dr. Frame served on the George Washington faculty for 19 years, during which time he established a degree program in project management and eventually became chairman of the Department of Management Science. Dr. Frame teamed with Dr. Chen to build the University of Management and Technology. He now serves as the University's academic dean.

Since its founding, the University has focused on nontraditional students, including active duty military students. It offers primarily online courses, open enrollment, and self-paced programs, each of which are particularly well-suited to the needs of members of our military. Many of the University's educational programs focus on project management. The University now offers more than forty degree and certificate programs, ranging from associate degrees to a doctorate in business administration. Its graduates have put those degrees to use in their military service, as well as in second careers as entrepreneurs, law enforcement officers, and teachers.

In 2010, the FBI launched an investigation into Dr. Chen consistent with its wide-ranging inquiries into the activities of many Chinese-American scientists.[1] The FBI sought to determine whether Dr. Chen had lied about her work in China in the 1980s and whether information about the University's military students could be electronically accessed from China. Its investigation included the 2012 execution of search warrants at Dr. Chen's home and the University's offices. In March 2016, following an exhaustive investigation, the Department of Justice informed Dr. Chen that no charges would be brought against her.

Throughout the investigation, the University remained an active participant in the Department's Tuition Assistance program, helping thousands of servicemembers achieve their educational goals. The Department never questioned the University's handling of student data, much less sought to cut off Tuition Assistance on grounds of national security. Between 2010 and 2016, nearly 1,900 military students earned degrees or certificates from the University.

---

1 Mara Hvistendahl, *Chinese-American Scientists in the Crosshairs*, Science Magazine (Nov. 12, 2015), *available at* http://www.sciencemag.org/news/2015/11/feature-chinese-american-scientists-crosshairs.

Although the FBI investigation did not result in any charges, it did result in unlawful leaks of government documents to the media. In February 2017, Fox News ran a report drawing heavily on selective leaks of FBI documents to attack Dr. Chen and the University. In response to that report, the Department told Fox News that it was reviewing its MOU with the University. Almost a year later, echoing claims that the FBI had investigated many years before, the Department notified the University that it intended to cancel the MOU. Specifically, the Department alleged that Dr. Chen had allowed the personal information of military students "to be accessed from a foreign country, creating a vulnerability to DoD personnel." The University respectfully submits that this allegation—the purported threat to national security posed by the University's participation in the Tuition Assistance program—lacks any factual basis.

*First*, to support its determination that the University's participation in the Tuition Assistance program threatens national security, the Department found that the University "collects personal and professional information on its students" that can be accessed from overseas. This finding—which appears to be based entirely on a 2012 FBI search warrant application—is simply wrong. The information collected by the University is no different from that collected by any other educational institution that serves military students. The University does not solicit information beyond that which is required to enroll students and to verify their eligibility for benefit programs. It collects only necessary administrative information, such as names, addresses, grades, and payment history, as well as transcripts required to award course credit for prior military training. The information it possesses is not the sort that, if released, would itself threaten national security and, in any event, the University goes to great lengths to protect it.

*Second*, contrary to the Department's findings, the information collected by the University cannot be accessed outside of the United States. Students' transcripts and training records are stored locally in Virginia on servers owned by a third party and are not available through the University's web interface. University contractors working outside the United States cannot access U.S. servicemember records. Those individuals can enter or view test scores for their local students, but otherwise have no access to the University's data.

*Third*, the FBI investigated Dr. Chen for at least six years, but the Department of Justice declined to bring any charges against her. The Department's letter omits that the FBI's exhaustive investigation, which examined the University's server activity logs, found no evidence that student information had been compromised. The Department's findings are drawn exclusively from the untested and unreviewed allegations in the FBI investigation rather than any independent evaluation. Despite the government's long-running investigation, until now the Department apparently found no national security threat that warranted restricting servicemember access to University courses. The Department has offered nothing more than the outdated and refuted allegations investigated by the FBI.

Terminating the University's MOU with the Department would greatly harm the University's military students. Some students are already suffering because their services

inappropriately gave the Department's decision immediate effect, despite the Department's determination that any action would be stayed for 30 days so that the University could appeal. Those students are now scrambling to take out loans or look for other options so that their educational progress is not derailed by the Department's abrupt action.

The University prides itself on the thousands of servicemembers who have graduated from its programs, and believes that it can continue to be a valuable participant in the Tuition Assistance program. It seeks an open and productive dialogue with the Department to address its full range of concerns. We believe that a fresh, objective look at the evidence—untainted by media or political pressure—will make clear that the University's participation in the Tuition Assistance program produces real benefits for military students and poses no threat to our national security.

## II. The University Provides High-Quality Educational Opportunities to Non-Traditional Students, Including Servicemembers

The University of Management and Technology offers innovative programs for working adult students, primarily through online courses led by faculty across the United States. The University is accredited by the Distance Education Accreditation Commission ("DEAC"), a U.S. Department of Education nationally recognized accrediting agency. DEAC recently reaffirmed the University's accreditation.[2] The State Council of Higher Education for Virginia has also authorized the University to operate as an institution of higher education in the Commonwealth. More than 12,330 students have received degrees from the University over its 20-year history.

The University was established to provide management and technology education to working adults seeking to obtain undergraduate- and graduate-level education without the confines, and schedule restrictions, of the traditional classroom. All of the University's programs can be pursued online or through other distance learning modalities. Many of the University's educational programs focus on project management. This focus is a natural reflection of the expertise of Dr. Chen and Dr. Frame, both of whom are active members of the Project Management Institute, a half-million-member association for the project management profession that has certified over 830,000 project and program management professionals. Dr. Frame currently serves on the PMI Board of Directors, and Dr. Chen served on the Board from 2005 to 2010. Owing to their contributions to the project management profession, each received the prestigious PMI Fellow award, the highest award given to an individual in the field.

Active duty military personnel comprise one of the key groups of non-traditional students served by the University. The University's flexible courses of study and its focus on practical management skills have long attracted a strong contingent of military students. In the two decades since the University was founded, more than 7,500 military and veteran students have enrolled in courses, and more than 3,000 have graduated with degrees or certificates. For eight consecutive years, the University has been designated a "Top School" by the Military Advanced

---

2 *See* Appendix A.

Education & Transition Guide to Colleges & Universities. Military students have overwhelmingly been satisfied with the University; the majority of new students are referred to the school by current or former students.

Through participation in the Department's Tuition Assistance program, the University has given military students an affordable path to further their education with the flexibility to meet the demands of military life. Similarly, the University participates in the U.S. Department of Veterans Affairs GI Bill program to support servicemembers as they return to civilian life. The University is committed to integrity and transparency in its work with servicemembers and veterans. Accordingly, the University participates in the President's Principles of Excellence program, which ensures that servicemembers and their families have all the information they need to make informed decisions about the use of their hard-earned educational benefits. The University is also a signatory to the "8 Keys to Veteran Success" program, which establishes concrete steps institutions of higher education can take to assist veterans and servicemembers in transitioning to higher education, completing their college programs, obtaining career-ready skills, and achieving success. To date, the University has received zero complaints through the VA's GI Bill Feedback system, and overall satisfaction among military students has been high.[3]

## III. The University's Participation in the Tuition Assistance Program Does Not Threaten National Security

To support its determination that the University's participation in the Tuition Assistance program threatens national security, as noted above, the Department found that the University "collects personal and professional information on its students" that Dr. Chen "allowed … to be accessed from a foreign country, creating a vulnerability to DoD personnel associated with [the University]." This finding, which appears to be based entirely on a refuted allegation that the FBI investigated in 2012, is wrong. The University collects only standard information from military students, and what it does collect is not accessible from China or any other foreign country. Moreover, there is no reason to believe that Dr. Chen's personal conduct—which resulted in no charges after a lengthy and exhaustive investigation—warrants terminating the MOU between the University and the Department.

### A. The University Does Not Collect Sensitive Information from Military Students

The Department's findings assert that the University "has access to extensive information on military students." The information collected by the University, however, is limited to the types of information typically collected by institutions of higher education, such as contact information, grades, and payment history. Consistent with the MOU, the University protects this information from unauthorized release as required by the Family and Educational Rights and Privacy Act.

3 *See* Appendix B.

The University does not solicit information from active servicemembers other than that required to enroll students and to determine eligibility for educational benefits like Tuition Assistance. It does not generally collect information about a student's service history unless the student is no longer actively serving, in which case the University requests a DD-214 to establish that the servicemember was honorably discharged, entitling them to financial assistance for veterans. And like other institutions of higher education that award college credit for prior military training and education, the University relies on the Joint Service Transcript and the corresponding Community College of the Air Force transcript. Those documents are sent to the University for the express purpose of validating a servicemember's American Council on Education-approved college credits earned through military training. The University does not believe that this basic information poses any threat to the national security of our country.

The FBI summary provided by the Department identifies three examples of ostensibly sensitive information collected by the University. Two of these examples (from 2010) are fax cover sheets that servicemembers happen to have used, which include information about the location from which the fax was sent.[4] The third example (from 2012) is an essay written by a Navy student for an English class that describes his work as a radio communications specialist. The University did not solicit any of this information. It does not ask active duty students for any information about their current units, and includes such information in its database only when a student volunteers it as part of his or her address. Coursework is available only to the relevant faculty, and so far as the University is aware no assignment has asked students to disclose any potentially sensitive military information. Notably, the FBI summary does not indicate that the FBI, despite its sweeping investigation, found any evidence that the University or any of its personnel had at any point solicited military information from students.

### B. The University's Systems Are Not Accessible Outside the United States

The University takes seriously its obligation to protect student information. Its data systems are overseen by Greg Marsh, an expert in information security who has been administering the University's systems for fifteen years. Mr. Marsh is a private contractor, and through his corporation he owns the servers and equipment on which the University's data is stored. Before working with the University, Mr. Marsh spent more than twenty-five years managing information technology and security systems as a defense contractor, most recently for seven years at U.S. military bases in Germany, and maintained Top Secret and Secure Compartmentalized Information clearances from approximately 1976 until 2001.

Mr. Marsh regularly monitors the University's systems for vulnerabilities and intrusions. According to the sworn affidavit[5] of Mr. Marsh filed in federal court, Mr. Marsh has "absolutely no reason to suspect that any UMT student information—particularly military information—is being or has been accessed by or shared with any foreign entity." Mr. Marsh further swore that

---

4 The University no longer receives physical faxes.

5 *See* Appendix C.

WILMERHALE

"[n]o overseas UMT staff or students have access to [the University's database interface] except that overseas staff may enter student course scores and have access limited to the input (limited to course scores) provided by them for the students they are teaching." The Department can and should rely on the expertise of the University's longtime chief of information security, whom the U.S. military trusted with closely guarded secrets for decades, rather than empty allegations.

The FBI's speculation that contractors in Beijing "may have administrator privileges" and "may be able to access the record of any enrolled U.S. DOD student" has no basis in fact. Very limited information—such as names, contact information, and course enrollments—is available through the University's web interface. Any other additional material—such as transcripts, military training records, and DD-214 forms—is stored in protected files accessible only to authorized staff in the University's Arlington office; that data cannot be accessed overseas. The University's overseas contractors can only see basic information on their own students on the web interface, and cannot see or access any U.S. student records—not even student names or addresses. After the FBI's 2012 search, Mr. Marsh upgraded the University's firewalls to protect against intrusions, and he has seen no evidence that the firewalls have been breached. Moreover, during the 2012 investigation Mr. Marsh provided the FBI with network logs and web logs detailing authorized access to the University's systems. As far as the University is aware, those logs did not reveal any improper activity.

The Department cannot rely on outdated, disproven allegations about the functioning of the University's information systems. It must instead rely on hard facts. The University would welcome the opportunity to demonstrate to the Department through an onsite visit how its information systems are secured. An independent review by the Department would reveal that the FBI's statements are unfounded and provide no legitimate basis for terminating the University's MOU.

### C. The Allegations Against Dr. Chen Are Based on An Eight-Year-Old Investigation That Resulted in No Charges

The bulk of the Department's findings—and the FBI investigation on which they are based—have nothing to do with the current operation of the University. Instead, they focus on Dr. Chen and whether she has accurately described her service in the Chinese astronaut program more than thirty years ago. This is a question of nomenclature rather than substance, as Dr. Chen has never denied that she spent more than a decade working for the Institute of Space-Medico Engineering; indeed, it is part of her professional biography. She was first invited to the United States as a visiting scholar by the Space Policy Institute at George Washington University's Elliott School of International Affairs because of this work, and later served as an International Fellow at the Smithsonian's National Air and Space Museum. Nor has she hidden that her father, Chen Bin, was a military officer and former head of the Commission for Science, Technology, and Industry for National Defense, the parent organization of the Institute of Space-Medico Engineering. She has always been proud of his role in the Chinese space program, and publicly thanked him in her Ph.D. dissertation, "China's Space Activities, Policy and

Organization 1956-1986," which was published in 1999. The FBI's investigation has focused on whether Dr. Chen's service in the astronaut program qualified as "military service" and whether she accurately described that service.

First, the Institute for Space-Medico Engineering at which Dr. Chen worked was a civilian research institution overseen by both civilian and military authorities but separate from the operational arms of the military. Doctors, scientists, researchers, and other professionals serving at the Institute or in similar roles were members of a civilian uniformed service but outside of the military chain of command. Second, China abolished the use of military ranks in 1965, and did not restore the rank system until the Chinese Congress passed a law in July 1988, which was not fully implemented until 1989, two years after Dr. Chen left China to study in the United States.[6]

The FBI thoroughly investigated allegations that Dr. Chen had a military title during her service in the Chinese astronaut program. On December 5, 2012, federal agents executed search warrants on Dr. Chen's home and on the University, seizing more than fifty boxes of material from her home as well as computers, files, and digital storage from the University. Agents also questioned Dr. Chen, her family, and University staff and students. The FBI's investigation resulted in no charges against Dr. Chen, nor does it appear to have revealed any evidence that Dr. Chen has ever engaged in any activities detrimental to our national security.

In February 2017—after the government advised that it did not intend to bring any charges—Fox News published an "exclusive" story drawing heavily on leaked FBI case files. In a grave violation of Dr. Chen's right to privacy, the story featured leaked personal photos and documents that the FBI obtained from Dr. Chen's home. Two follow-up stories included more leaked FBI information.[7] As a result of these stories, the University has suffered lasting harm for which Dr. Chen is seeking relief in federal court, where the judge overseeing the matter has described the leaks as "troubling."[8]

When Fox News began to ask questions, the Department responded that it would review its MOU with the University. The University was never notified of this review nor given any opportunity to respond before the Department announced its intention to cancel the MOU. In

---

6 *See* Regulations on the Military Ranks of Officers of the Chinese People's Liberation Army (July 1, 1988), *available at* http://english.mofcom.gov.cn/article/lawsdata/chineselaw/200211/20021100050344.shtml.

7 As you may be aware, Senator Charles Grassley wrote a June 14, 2017 letter on the basis of a Fox News article in which he claimed that Secretary of Defense James Mattis had voiced concern about Dr. Chen. Secretary Mattis made no such statement. The Fox News story actually quoted a researcher named Peter Mattis.

8 *In re* Search of 2122 21st Road North, Arlington, VA, No. 1:12-sw-01002-JFA, Docket No. 26 (E.D.V.A., Sept. 26, 2017).

doing so, the Department did not cite any new information, but instead relied almost entirely on information contained in the FBI's 2012 affidavit, which stated that the University's student information could potentially be accessed by University contractors in China.

The Department has provided no explanation for why it has now decided that these old and unfounded allegations justify immediate termination of the MOU. These stale allegations—which are easily disproven by a simple inspection of the University's information systems—have been around for at least six years. Over those six years, the University has provided thousands of military students with a quality education while creating no threat to national security. Rather than adopting the FBI's outdated assertions wholesale, the Department should allow the University the opportunity to prove those assertions wrong.

## IV. Terminating the University's Participation in the Tuition Assistance Program Will Harm Servicemembers

The January 23 letter cancelled the University's MOU and suspended the University from participation in the Tuition Assistance program, but purported to stay implementation of both actions for 30 days from the University's receipt of the letter. If these actions become final, the men and women of the Armed Forces will be deprived of the freedom to choose the University's high-quality academic programs and degree offerings.[9] The precipitous manner in which the Department cancelled the MOU has already caused significant harm, as current students are uncertain whether they will be able to finish their studies.

This confusion has been heightened by inconsistencies in what each of the Services has told students about the Department's actions. Even though the Department promised to stay its action for 30 days and to give the University the opportunity to appeal, messages from the services suggest that the decision was final and immediately effective. The Army, Navy, and Air Force have all informed University students that the University has already been suspended or terminated from the Tuition Assistance program.[10] Similarly, the Community College of the Air Force removed the University as a partner on the ground that the cancellation of the University's MOU had already taken effect.[11] These actions are inconsistent with the Department's own

---

9 The Department's abrupt action against the University has also caused considerable uncertainty for the University's faculty and staff in Arlington, Virginia and across the country.

10 *See* Message from AFAEMS Support, January 29, 2018; Message from GoArmyEd, January 29, 2018; Message from Ernest C. D'Antonio, Director, Navy Voluntary Education, February 1, 2018. *See* Appendix D.

11 *See* Appendix E.

procedures and stated desire to minimize harm to military students. They also raise serious concern about whether the University will be granted a full and fair hearing on its appeal.

The Services have provided University students with information that is at odds with what the University was told about the grounds for the Department's decision. The Army and Air Force have told students that the Department inquired into allegations that the University "was not in compliance with provisions contained in the MOU" and that the Department's "inquiry revealed that UMT staff acted in a manner that warrants termination of UMT's MOU, including on national security grounds."[12] But the Department's January 23 letter does not cite any non-compliance with the MOU by any University staff member as grounds for its actions. Such misinformation undermines student confidence in the University and will cause students to disrupt their educational program as they pursue opportunities at another institution or discontinue their studies entirely.

The confused interpretations of the Department's January 23 letter have unnecessarily caused scores of military students to cancel enrollment in upcoming courses. Others have sought to continue their education with funding from federal loan programs that require students to pay back borrowed funds with interest. Students have been barred from using their benefits to continue their course of study, even if they are only a few credits shy of a degree. The Department's decision has caused immediate harm to the University's students, staff, and faculty members.

The FBI's findings—which are easily refuted through independent examination—do not justify depriving military students of the freedom to use their benefits to take courses at the University. The Department should of course take action in the face of a genuine national security threat, but none exists here. The U.S. government has been aware of the issues underlying this decision for at least eight years; no more threat exists today than has over the past eight years, during which thousands of military students have benefitted from the University's unique educational offerings.

## V. Conclusion

The University understands that the Department can and should conduct a review in light of the information from the FBI. It is entirely appropriate for the Department to assess whether the University's possession of student data threatens national security. But the Department has cited no evidence, only dated speculation. An action so harmful to military students should only be taken after the Department has conducted its own objective review of the facts. The University is eager to work with the Department to provide the information needed to verify its compliance with the MOU and its commitment to protecting student information.

---

12 *See* Message from AFAEMS Support, January 29, 2018; Message from GoArmyEd, January 29, 2018.

We respectfully request an opportunity to meet with the Department to provide accurate information about the University's data management and to discuss ways in which the University can work with the Department to ameliorate any other concerns it may have regarding the University's operations. The University's goal, consistent with its mission, is to ensure that postsecondary educational opportunities remain available to servicemen and servicewomen, veterans, and other students seeking to achieve their professional goals.

We respectfully request that the Department reinstate the University's MOU and the University's participation in the Tuition Assistance Program, thereby returning to servicemen and servicewomen this educational opportunity.

* * *

This letter and its attachments contain proprietary and confidential competitively sensitive business information, the disclosure of which could be harmful to the University. Accordingly, the University respectfully requests confidential treatment of this information and any further information disclosed in connection with this submission, consistent with the Freedom of Information Act (5 U.S.C. § 552(b)(4)) and the Trade Secrets Act (18 U.S.C. § 1905). If a decision is made by your office or by any other U.S. Government agency to release this information despite this request for confidentiality, the University requests an opportunity to object before such release occurs.

Respectfully submitted,

Jamie S. Gorelick

Jamie S. Gorelick

Enclosures

cc: Robert Wilkie, Under Secretary of Defense for Personnel and Readiness

# APPENDIX

# A

DEAC
DISTANCE EDUCATION ACCREDITING COMMISSION

1101 17th Street NW, Suite 808
Washington, DC 20036
202.234.5100 | deac.org

February 7, 2018

Dr. Yanping Chen
President
University of Management and Technology
1901 Fort Myer Drive, Suite 700
Arlington, VA 22209-1609

Dear Dr. Chen:

This letter is to confirm that University of Management and Technology (UMT) is accredited by the Distance Education Accrediting Commission (DEAC or the Commission). UMT was first accredited in June 2002. The institution is currently an accredited member of DEAC.

UMT offers the following programs.

| |
|---|
| **Certificate Programs** |
| Certificate in Business Management |
| Certificate in Health Administration |
| Certificate in Homeland Security |
| Certificate in Human Resources Management |
| Certificate in Information Technology |
| Executive Certificate in Acquisition Management |
| Executive Certificate in Homeland Security |
| Executive Certificate in Information Technology |
| Executive Certificate in Project Management |
| Executive Certificate in Public Administration |
| Graduate Certificate in Project Management |
| **Associate Degrees** |
| Associate of Business Administration |
| Associate of Science in Computer Science |
| Associate of Science in Criminal Justice |
| Associate of Science in Engineering Management |
| Associate of Science in General Studies |
| Associate of Science in Homeland Security |
| Associate of Science in Information Technology |

| | 
|---|
| **Bachelor Degrees** |
| Bachelor of Business Administration |
| Bachelor of Health Administration |
| Bachelor of Science in Computer Science |
| Bachelor of Science in Criminal Justice |
| Bachelor of Science in Engineering Management |
| Bachelor of Science in General Studies |
| Bachelor of Science in Homeland Security |
| Bachelor of Science in Information Technology |
| **Master's Degree Programs** |
| Master of Business Administration |
| Master of Health Administration |
| Master of Public Administration |
| Master of Science in Computer Science |
| Master of Science in Criminal Justice |
| Master of Science in Engineering Management |
| Master of Science in Homeland Security |
| Master of Science in Information Technology |
| Master of Science in Management |
| **Doctoral Program** |
| Doctor of Business Administration |

Should you have any questions, please contact me at nan.ridgeway@deac.org or at 202.234.5100 extension 103.

Sincerely,



Nan Bayster Ridgeway
Director of Accreditation

# APPENDIX

# B

# UNIVERSITY OF MANAGEMENT AND TECHNOLOGY

**446** GI Bill students (Learn more)

ARLINGTON, VA

http://www.umtweb.edu

4 year program

For profit school

City locale

Small size

## Additional Resources

Get started with CareerScope

Get help choosing a school

Submit a complaint through our Feedback System

Apply for education benefits

## Estimate your benefits

**Edit eligibility details**

**Hide calculator fields**

Tuition and fees per year (Learn more)

$9,450

Scholarships (excluding Pell) (Learn more)

$0

Enrolled (Learn more)

Full Time

School Calendar (Learn more)

Semesters

Eligible for kicker bonus? (Learn more)

Yes

No

## Your estimated benefits

**GI Bill pays to school:**

**$9,450/yr**

Tuition and fees charged:

$9,450

**Out of pocket tuition:**

**$0**

**Housing allowance:**

**$2,312/mo**

**Book stipend:**

**$1,000/yr**

**Total paid to you:**

**$21,808**

## Estimated benefits per term

**Tuition and fees** (Learn more )

Fall: $4,725
Spring: $4,725
**Total per year:** **$9,450**

**Housing allowance** (Learn more )
Fall: $10,404
Spring: $10,404
**Total per year:** **$20,808**

**Book stipend** (Learn more )
Fall: $500
Spring: $500
**Total per year:** **$1,000**

## Veteran programs

### Available at this campus

- ✔ Principles of Excellence
- ✔ 8 Keys to Veteran Success
- ✔ Military Tuition Assistance (TA)

### Not available at this campus

- ✖ Yellow Ribbon
- ✖ Student Veteran Group
- ✖ VetSuccess on Campus

## Student outcomes

### Retention rate (Learn more)




### Graduation rate (Learn more)

| | |
|---|---|
| Veterans | No Data |
| All | No Data |

### Average salaries (Learn more)

| | |
|---|---|
| Veterans | No Data |
| All | No Data |

### Repayment rate (Learn more)

| | |
|---|---|
| Veterans | **No Data** |
| All | **No Data** |

National average

Access a comprehensive spreadsheet of Veteran Outcome Measures (Excel | 14.4 MB)

### Cautionary information

**0 student complaints** (Source )

### Additional information

### Institution summary

**Accredited:** Yes (See accreditors )
**Type of accreditation:** NATIONAL
**Veterans tuition policy:** View policy
**Single point of contact for veterans:** Yes
**Credit for military training:** Yes

### Historical Information

| Benefit | Recipients | Total paid (FY 2016) |
|---|---|---|
| Post-9/11 GI Bill | 340 | $1,523,767.32 |
| Yellow Ribbon | 0 | $0.00 |

### Historical Information

**Benefit:** Post-9/11 GI Bill
**Recipients:** 340
**Total paid (FY 2016):** $1,523,767.32
**Benefit:** Yellow Ribbon
**Recipients:** 0
**Total paid (FY 2016):** $0.00

### Institution codes

**VA facility code:** 21013246
**ED IPEDS code:** 00437097
**ED OPE code:** 04110300

About this Tool    Download Data on All Schools (Excel)

Please note: Content on this Web page is for informational purposes only. It is not intended to provide legal advice or to be a comprehensive statement or analysis of applicable statutes, regulations, and case law governing this topic. Rather, it's a plain-language summary. If you are seeking claims assistance, your local VA regional office, a VA-recognized Veterans Service Organization, or a VA-accredited attorney or agent can help. Search Accredited Attorneys, Claims Agents, or Veterans Service Organizations (VSO) Representatives.

# APPENDIX

# C

AFFIDAVIT

I hereby state under penalty of perjury:

I am Director of IT for University of Management and Technology ("UMT") and have been for 12 years.

The Affidavit in Support of Application for Search Warrant ("Aff") (1:16cw 1002, 1003) is incorrect in the following particulars. (Aff para 5)

UMT offers no distance education in mainland China, but does in Hong Kong. Classroom education only (with live teachers) is offered through a partner in mainland China. (Aff para 6)

To my knowledge, no UMT student or staffer can access any Center for Homeland Defense and Security database. (Aff para 7)

UMT's Memorandum of Understanding with the Dept. of Defense requires transfer credit for military education and training. UMT gets a Joint Service Transcript (or Comm. Coll. Of the Air Force transcript) as do all schools that educate military personnel. (Aff paras 8, 9)

UMT seeks a DD-214 only to establish whether a veteran applicant has been Honorably Discharged. UMT does not request DD-214s of active duty applicants. (Aff para 10)

Student records are not scanned into SONIS (UMT's database) which includes chiefly students' addresses, grades and payment history. DD-214 and military training records are not scanned or otherwise put in SONIS, but are scanned and stored in a local (Va.) protected file storage not accessible to other than authorized UMT staff. (Aff para 12)

UMT does not solicit students' official email addresses – and uses whatever email address a student provides. Nor does UMT solicit unit information from students and a student's unit would not be in SONIS unless a student chose unsolicited to include it in his or her address. (Aff para 13)

No overseas UMT staff or students have access to SONIS except that overseas staff may enter student course scores and have access limited to the input (limited to course scores) provided by them for the students they are teaching. (Aff para 14)

I no of absolutely no reason to suspect that any UMT student information – particularly military information – is being or has been accessed by or shared with any foreign entity to include the Government of the Peoples Republic of China.

Gregory J. Marsh

Alexandria:
Virginia:

Gergory J. Marsh subscribed the foregoing before me under oath this 5 May, 2017.

My Commission Expires: 10/31/19 ______ 7635725
NOTARY PUBLIC

BRITTNEY CORBETT
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION NUMBER 7635725

# APPENDIX

# D

-----Original Message-----
From: AFAEMS Support [mailto:afaems.support@pentagon.af.mil]
Sent: Monday, January 29, 2018 7:40 AM
To: [redacted]
Subject: TA Benefits for University of Management and Technology Students

Please do not reply to this email. If you have questions, please contact your education center. If you are no longer a student attending University of Management and Technology, please disregard this email.

Dear Tuition Assistance Student,

You are receiving this notification because our records show you are a current or recent student using Department of Defense (DoD) Tuition Assistance (TA) to attend the University of Management and Technology (UMT). It is important that you review and consider the below information as it will impact your use of TA to pursue a degree or certificate from UMT.

The DoD is committed to providing the best educational experiences for you, as well as protecting your educational interests. The Voluntary Education Partnership Memorandum of Understanding (MOU) was implemented to ensure educational institutions adhere to DoD educational requirements and appropriate protections for DoD students that safeguard their interests.

To this end, this letter serves as your notice that DoD has suspended UMT from participating in the TA program and terminated the DoD MOU between DoD and the UMT pursuant to Enclosure 3, paragraphs 1.r.(2) and 6.f. of DoD Instruction 1322.25, "Voluntary Education Programs," March 15, 2011, including on national security grounds.

The Department followed standard procedures to inquire into allegations that UMT was not in compliance with provisions contained in the MOU. This inquiry revealed that UMT staff acted in a manner that warrants termination of UMT's MOU with the DoD. Effective immediately, no tuition assistance is authorized for new or transfer UMT students. Courses for which tuition assistance has already been paid are unaffected by this termination.

What is the Impact on your TA benefits?

If you are using TA to attend UMT, you will need to contact a DoD professional education counselor to discuss how this may impact your educational plans and the options available to you. While you have the option of finding another school where you can complete your educational objectives, this may take time as not every school offers the same programs as UMT. Also, it is not guaranteed that another school offering the program you are pursuing will accept transfer credits from UMT.

DoD professional education counselors are available in person at a local education center or by phone to answer your questions, and can review and discuss all options, which could include transferring to a new institution or pausing your studies. Our education counselors can work with you to compare educational institutions that are approved for TA, and discuss the tuition costs, accreditation, and degree programs of educational institutions using DoD-supported information tools such as TA DECIDE, available at www.dodmou.com/TADECIDE. As needed, our education counselors can work with you to escalate non-compliance concerns you may have related to UMT's MOU with DoD.

What is DoD doing?

Our professional education counselors are standing by to help you and we will update you as necessary to ensure you are aware of the choices open to you with the best information available. You earned this important benefit, and DoD is working hard to protect it. As in all situations like this, it is important that you carefully consider all possible outcomes.

-----Original Message-----
From: GoArmyEd@GoArmyEd.com [mailto:GoArmyEd@GoArmyEd.com]
Sent: Monday, January 29, 2018 9:13 AM
Subject: [Non-DoD Source] Suspsension of TA for UMT

"On January 23, 2018, the Under Secretary of Defense for Personnel and Readiness notified the University of Management and Technology (UMT)that it is suspended from participating in the Tuition Assistance Program as DoD is terminating the MOU between DoD and UMT pursuant to Enclosure 3,paragraphs 1.r.(2) and 6.f. of DoD Instruction 1322.25, "Voluntary Education Programs," March 15, 2011, including on national security grounds.

The Department followed standard procedures to inquire into allegations that UMT was not in compliance with provisions contained in the MOU. This inquiry revealed that UMT staff acted in a manner that warrants termination of UMT's MOU, including on national security grounds. Effective immediately, no TA is authorized for new or transfer UMT students. Courses for which TA has already been paid are unaffected by this termination. At this time, DoD is in the process of notifying students using DoD TA to attend UMT of DoD's action in this matter.

TA students should know that, at this time, they are encouraged to contact their servicing professional education counselor to review and discuss options regarding their individual education goals. DoD professional education counselors are available in person at a local education center or by phone to answer questions, and can review and discuss all options, which could include transferring to a new institution or pausing studies. Our education counselors can work with students to compare educational institutions that are approved for TA, and discuss the tuition costs, accreditation, and degree programs of educational institutions using Via and GoArmyEd.

CLASSIFICATION: UNCLASSIFIED

---------- Forwarded message ----------
From: **Squibb, Don M CIV NETPDC, N221C Damneck** <don.squibb@navy.mil>
Date: Thu, Feb 1, 2018 at 7:48 AM
Subject: NOTIFICATION: SUSPENSION OF UNIVERSITY OF MGMT AND TECHNOLOGY (UMT)
To: [redacted]

Dear UMT Tuition Assistance Student,

You are receiving this notification because our records show you are a current or recent student using Department of Defense (DoD) Tuition Assistance (TA) to attend the University of Management and Technology (UMT). On January 23, 2018, the Under Secretary of Defense for Personnel and Readiness notified the University of Management and Technology (UMT) that it is suspended from participating in the Tuition Assistance Program because DoD is terminating the MOU between DoD and UMT in accordance with provisions of DoD Instruction 1322.25, "Voluntary Education Programs". Therefore, effective 26 January 2018, no TA is authorized for new or transfer UMT students. It is important that you review and consider the below information as it may impact your use of TA in pursuit of high education.

What is the Impact on your TA benefits?

Courses for which TA has already been paid are unaffected by this termination, but effective 26 January 2018 you will not be permitted to use TA to pay for any additional courses at UMT. At this point you should consider how this may impact your educational plans. You always have the option of finding another school where you can complete your educational objectives, however this may take time since not every school offers the same programs as UMT. Furthermore, it is not guaranteed that another school offering the program you are pursuing will accept transfer credits from UMT. You should contact the Navy's professional education counselors as soon as practical to discuss the options available to you.

What are Your Next Steps?

TA students should contact their Navy professional education counselors to review and discuss options regarding their individual education goals. Our professional education counselors are available in person at a local education center or by phone to review and discuss all options, including transfer to a new institution or pausing studies. Navy personnel should call the Navy College Virtual Education Center (NCVEC) at 1-877-838-1659, or visit the Navy College Website (www.navycollege.navy.mil) for additional ways to contact an education counselor. Navy education counselors can help compare educational institutions that are approved for TA, and discuss all details involved with transferring to another school, including information on virtual tools to assist Sailors with their decisions.

What Is DoD Doing?

We will keep you up-to-date on the choices open to you with the best information available, which you can access via the Navy College Website (www.navycollege.navy.mil), or by directly

contacting a Navy professional education counselor through the Navy College Virtual Education Center at telephone 1-877-838-1659. You earned this important benefit of Tuition Assistance, and DoD is working hard to protect it. In situations like this, it is important that you carefully consider all possible outcomes. Our professional education counselors are ready to help you do just that.

(signed) Ernest C. D'Antonio, Director, Navy Voluntary Education

# APPENDIX

# E

-----Original Message-----
From: GARTEN, MICHELLE G CTR USAF AETC CCAF/DECM [mailto:michelle.garten.ctr@us.af.mil]
Sent: Friday, February 02, 2018 2:58 PM
To: Hu, John
Cc: SEAWRIGHT, BENNY GS-12 USAF AETC CCAF/CCAF/DECM; HOUSER, BONNIE L GS-13 USAF AETC BARNES CENTER/CCAF/DEC; FOWLER, JASON A MSgt USAF AETC CCAF/DEC; BREEDING, ESTEL JR GS-13 USAF AETC CCAF/DEA
Subject: University of Management and Technology removal from the AU-ABC program

Hello Mr. Hu,

We have been informed that the Under Secretary of Defense for Personnel and Readiness has suspended the University of Management and Technology (UMT) from participating in the Tuition Assistance Program and that the Department of Defense (DoD) is terminating the memorandum of understanding (MOU) between DoD and UMT. Since having a current MOU is a major requirement for being an AU-ABC partner, we can no longer consider UMT an AU-ABC partner. We thank you for having been a part of our AU-ABC program in the past. For questions, please contact me via email or 334-649-5010.

Michelle Garten
Program Manager, AU-ABC & GEM
Media and Distance Learning Flight
Community College of the Air Force
Voice: 334-649-5010 DSN: 749-5010
http://www.airuniversity.af.mil/Barnes/CCAF/