# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF DEFENSE, U.S.<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>            Defendants. | Case No. 1:18-cv-03074-CRC |

## NOTICE OF APPEARANCE

Please take note that Kyle West hereby enters his appearance as counsel of record for third party subpoena recipients Fox News Network, LLC and Catherine V. Herridge.

DATED:  September 12, 2022    ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
    Kyle West (DC Bar No. 24093346)
    1155 F St. NW
    Suite 750
    Washington, DC 20004
    Tel.: (202) 249-6900
    Fax: (202) 249-6899
    kwest@egcfirm.com


By:     /s/ Kyle West
          Kyle West
Counsel for Fox News Network, LLC and Catherine V. Herridge