UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Yanping Chen**,<br><br>                         Plaintiff,<br><br>   v.<br><br>**Federal Bureau of Investigation**, **U.S. Department of Justice**, **U.S. Department of Defense**, and **U.S. Department of Homeland Security**,<br><br>                         Defendants. | No. 18-cv-3074<br><br>Hon. Christopher R. Cooper<br>United States District Judge |

**JOINT STATUS REPORT RE: MEDIATION**

In accordance with the Court's July 7, 2022 minute order, the parties submit this joint status report on the general progress of mediation.

The parties participated in a mediation session with Judge Harvey on October 26, 2022. Although the case did not settle at the mediation session, Judge Harvey is continuing to work with the parties to determine whether continued discussion would be fruitful. Further mediation calls are scheduled for November 16, 2022.

Pursuant to the Court's order in 1:22-mc-00074, ECF No. 18, Dr. Chen will take the supplemental deposition of non-party Stephen Rhoads on November 8, 2022.

Briefing on the motions to quash subpoenas issued by Dr. Chen to Fox News Network and Catherine Herridge, ECF Nos. 94-95, was completed on September 12, 2022. As resolution through mediation remains uncertain, Dr. Chen respectfully requests that the Court move forward with consideration of those motions.

Dated: November 3, 2022

_/s/ Matt Jones_
Matt Jones (D.C. Bar No. 502943)
Patrick Carome (D.C. Bar No. 385676)
Jessica Lutkenhaus (D.C. Bar No. 1046749)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
matt.jones@wilmerhale.com
patrick.carome@wilmerhale.com
jessica.lutkenhaus@wilmerhale.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

_/s/ Garrett Coyle_
CAROL FEDERIGHI
Senior Trial Counsel
GARRETT COYLE
LAUREL H. LUM
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8016
garrett.coyle@usdoj.gov

*Counsel for Defendants*