IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-03074-CRC |

### NOTICE OF WITHDRAWAL OF PATRICK CAROME AS COUNSEL

Pursuant to D.C. Local Civil Rule 83.6(b), Patrick Carome hereby withdraws his appearance as counsel for Plaintiff Dr. Yanping Chen in the above-captioned case. Matt Jones and Jessica Lutkenhaus have previously entered appearances and remain as counsel for Dr. Chen.

Dated: December 28, 2022

| | |
|---|---|
| */s/Yanping Chen*<br>Yanping Chen | */s/ Patrick Carome*<br>Patrick J. Carome (D.C. Bar No. 385676)<br>Matt Jones (D.C. Bar No. 502943)<br>Jessica Lutkenhaus (D.C. Bar No. 1046749)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6610<br>Fax: (202) 663-6363<br>Patrick.Carome@WilmerHale.com |

1