**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil Action No. 1:18-cv-03074-CRC |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTE THAT as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Matt Jones and Jessica Lutkenhaus is:

> Wilmer Cutler Pickering Hale and Dorr LLP
> 2100 Pennsylvania Ave NW
> Washington, DC 20037

The firm's telephone number and the attorneys' email addresses have not changed.

Dated: January 26, 2023

Respectfully submitted,

*/s/ Matt Jones*

Matt Jones (D.C. Bar No. 502943)
Jessica Lutkenhaus (D.C. Bar No. 1046749)
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

Tel.: (202) 663-6000
Fax: (202) 663-6363
matt.jones@wilmerhale.com
jessica.lutkenhaus@wilmerhale.com

*Counsel for Plaintiff*