UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Yanping Chen**,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security**,<br><br>　　　　　　　　Defendants. | No. 18-cv-3074<br><br>Hon. Christopher R. Cooper<br>United States District Judge |

## NOTICE OF APPEARANCE

Please take notice that Leslie Cooper Vigen hereby enters her appearance as counsel of record for Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated:  May 23, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Leslie Cooper Vigen*
　　　　　　　　　　　　　　　　　　　　LESLIE COOPER VIGEN
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel (D.C. Bar # 1019782)
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Phone: (202) 305-0727
　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　Email: Leslie.Vigen@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*