UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Yanping Chen**,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense,** and **U.S. Department of Homeland Security**,<br>　　　　　　　　　Defendants. | No. 18-cv-3074<br><br>Hon. Christopher R. Cooper<br>United States District Judge |

## JOINT STIPULATION

　　　　Plaintiff Yanping Chen; Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security; and non-parties Catherine V. Herridge and Fox News Network, LLC (FNN) jointly stipulate to allow undersigned counsel to obtain copies of the transcript of the sealed portion of the motion-to-quash hearing held before the Court on May 30, 2023, *see* Minute Entry of May 30, 2023, and to designate the copies of the sealed portion of the transcript as Confidential Protected Material pursuant to the Protective Order entered in this matter, *see* ECF No. 27. The undersigned hereby petition the Court to enter this stipulation. In support of this request, the undersigned state as follows:

　　　　1.　　In June 2022, Plaintiff served subpoenas for documents and testimony on non-parties Herridge and FNN. Herridge and FNN each filed separate motions to quash these subpoenas. ECF Nos. 94, 95. Plaintiff opposed the motions to quash. ECF Nos. 120, 121.

2.      The protective order in this case requires that any filing discussing material that has been designated confidential be filed under seal. Protective Order ¶ 17. In accordance with that provision, Herridge, FNN, and Plaintiff moved to file the briefs in support of and in opposition to the motions to quash under seal, *see* ECF Nos. 92, 93, 99, 113, 125, 126. The Court granted these motions. *See* Minute Orders of Aug. 1, 2022, Aug. 26, 2022, Sept. 12, 2022. Herridge, FNN, and Plaintiff subsequently filed public versions of the memoranda in support of and in opposition to the motions to quash, redacted to conceal information covered by the protective order. *See* ECF Nos. 96, 97, 122, 123.

3.      The Court held a hearing on the motions to quash on May 30, 2023. At the outset of the hearing, counsel for Herridge and FNN requested that the proceeding be conducted under seal given the amount of under seal material discussed in the briefs. *See* Hr'g Tr. 3–4. In response to this concern, the Court bifurcated the hearing into a public portion confined to legal standards and other public matters, and a sealed portion during which counsel could discuss sealed materials. *See id.* at 5.

4.      Counsel for the parties and for non-parties Herridge and FNN now stipulate to permit each of the undersigned to obtain copies of the transcript of the sealed portion of the hearing. Good cause exists to provide those copies to undersigned counsel, each of whom was present at the hearing and is already familiar with the confidential matters discussed therein.

5.      For the same reasons the Court ordered the motion-to-quash briefs to be filed under seal and redacted, good cause also exists for the sealed portion of the transcript to be designated as Confidential Protected Material upon its release to undersigned counsel. Counsel and the Court discussed matters designated as

2

confidential during the sealed portion of the hearing and hereby stipulate that the sealed portion of the transcript will be treated as Confidential Protected Material upon release to the undersigned.  See Protective Order ¶¶ 2, 10.

| | |
|---|---|
| Dated: June 21, 2023 | Respectfully submitted, |
| | /s/ Andrew C. Phillips_____<br>Andrew C. Phillips (DC Bar No. 998353) |
| IT IS SO ORDERED. | Shannon B. Timmann (DC Bar No. 1614929)<br>CLARE LOCKE LLP<br>10 Prince Street<br>Alexandria, VA 22314 |
| _____<br>CHRISTOPHER R. COOPER<br>United States District Judge | Phone: (202) 628-7400<br>Email: andy@clarelocke.com<br>Email: shannon@clarelocke.com |

Matt Jones (DC Bar No. 502943)
Jessica Lutkenhaus (DC Bar No. 1046749)
WILMER CUTLER PICKERING HALE & DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 663-6000
Email: matt.jones@wilmerhale.com
Email: jessica.lutkenhaus@wilmerhale.com

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Leslie Cooper Vigen_____
CAROL FEDERIGHI
LESLIE COOPER VIGEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20005

3

Phone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for Defendants*

/s/ *Patrick F. Philbin*
Patrick F. Philbin (DC Bar No. 435620)
Ellis George Cipollone O'Brien Annaguey LLP
1155 F St. NW
Suite 750
Washington, DC 20004
Tel.: (202) 249-6633
Fax: (202) 249-6899
Email: pphilbin@egcfirm.com

*Counsel for Non-Parties Catherine V. Herridge and Fox News Network, LLC*