IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>               **Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, and U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>               **Defendants.** | Civil Action No. 1:18-cv-03074-CRC |

## NOTICE OF FILING DEPOSITION SUBPOENA

Pursuant to the Court's July 31, 2023 Minute Order, Plaintiff Yanping Chen ("Chen"), by and through undersigned counsel, hereby submits for filing a copy of the Subpoena to Testify at a Deposition in a Civil Action served on non-party Catherine Herridge. On June 16, 2022, counsel for Ms. Herridge agreed to accept service on her behalf by email and, accordingly, Plaintiff served Ms. Herridge with a subpoena for production of documents and a subpoena for deposition testimony by email. That email and the attached deposition subpoena are being filed herewith as Exhibit A. (Emails between A. Phillips, C. Berg, P. Philbin, and K. West) (June 16, 2022) (Ex. A).)[1]

---

[1] Ms. Herridge included the subpoena for production of documents as Exhibit L to her Motion to Quash (ECF No. 92), thus Ms. Chen is only filing herewith a copy of the deposition subpoena that the Court requested. (Subpoena to Testify at Dep. Issued to Catherine Herridge) (June 6, 2022) (Attachment 1).)

Dated: July 31, 2023

Respectfully submitted,

  /s/ Andrew C. Phillips
Andrew C. Phillips (DC Bar No. 998353)
Shannon R. Timmann (DC Bar No. 1614929)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
andy@clarelocke.com
shannon@clarelocke.com

*Counsel for Plaintiff Yanping Chen*