**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

**NON-PARTY CATHERINE V. HERRIDGE'S MOTION TO AMEND ORDER TO INCLUDE CERTIFICATION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Non-party Catherine V. Herridge hereby moves, pursuant to 28 U.S.C. § 1292(b) and Federal Rule of Appellate Procedure 5(a)(3), to have the Court amend its Order of August 1, 2023 ("Order"), ECF No. 140, to state that the Order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. 28 U.S.C. § 1292(b); *see also* Fed. R. App. P. 5(a)(3) (authorizing parties to move to amend district court orders to include a section 1292(b) certification).

As explained in the accompanying memorandum in support of this motion, all three requirements for certification under section 1292(b) are met. First, the Order involves controlling questions of law concerning both (i) the proper application of *Zerilli v. Smith*, 656 F.2d 705 (D.C. Cir. 1981), for determining the application of the First Amendment reporter's privilege, and (ii) the existence of a federal common law reporter's privilege. Second, conflicting opinions from

judges of the D.C. Circuit demonstrate that substantial grounds for difference of opinion exist on those questions. Third, an immediate appeal will materially advance the ultimate termination of the litigation because, if the court of appeals were to reverse the Order, this litigation would come to a close. The fact that the Court's Order requires Ms. Herridge to disclose confidential sources and thereby overrides a First Amendment privilege confirms that this is an exceptional case warranting interlocutory review.

Pursuant to Local Rule 7(m), counsel for Plaintiff has advised that Plaintiff will oppose this motion and counsel for the government parties has indicated that the government parties take no position on this motion.

August 11, 2023

Respectfully submitted,

/s/ *Patrick F. Philbin*
Patrick F. Philbin (D.C. Bar No. 453620)
Kyle T. West (D.C. Bar No. 24093346)
ELLIS GEORGE CIPOLLONE
O'BRIEN LLP
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com

*Counsel for Catherine V. Herridge and Fox News Network LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2023, the forgoing document and attachments were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

August 11, 2023

Respectfully submitted,

/s/ *Patrick F. Philbin*

Patrick F. Philbin (D.C. Bar No. 453620)
Kyle T. West (D.C. Bar No. 24093346)
ELLIS GEORGE CIPOLLONE
O'BRIEN LLP
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com

*Counsel for Catherine V. Herridge and Fox News Network LLC*