**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANPING CHEN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

**Case No. 1:18-cv-03074-CRC**

**Hon. Christopher R. Cooper**
**United States District Judge**

**[PROPOSED] ORDER GRANTING CATHERINE V. HERRIDGE'S MOTION TO AMEND ORDER OF AUGUST 1, 2023 TO INCLUDE CERTIFICATION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

Upon consideration of non-party Catherine V. Herridge's Motion to Amend this Court's Order of August 1, 2023, ECF No. 140 ("Order"), and for good cause shown, it is hereby **ORDERED** this ___ day of _____________, 2023, that the motion is **GRANTED**. The Court's Order shall be amended to state that it involves controlling questions of law as to which there are substantial grounds for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

DATED: ______________________

______________________________
Christopher R. Cooper
United States District Judge

## SERVICE LIST

Pursuant to Local Civil Rule 7(k), the undersigned certifies that these are the names and addresses of the attorneys entitled to be notified of the entry of this order.

Yanping Chen:

**Andrew C. Phillips**
Meier Watkins Phillips Pusch LLP
1629 K Street NW, Suite 300
Washington, DC 20006
(947) 951-7093
andy.phillips@mwpp.com

Federal Bureau of Investigation et al,

**Garrett Joseph Coyle**
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 616-8016
Garrett.Coyle@usdoj.gov