**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF DEFENSE, U.S.<br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

**[PROPOSED] ORDER GRANTING MOTION FOR STAY PENDING APPEAL**

Non-party Catherine V. Herridge has moved for a stay pending appeal of the Court's August 1 Order, ECF No. 140. Upon consideration of the motion, the memorandum in support thereof, and the response thereto, it is hereby **ORDERED** this _________ day of _____________ that the motion is **GRANTED**, and the Order and any deposition of Ms. Herridge are stayed pending appeal.

DATE: ________________

____________________________
Hon. Christopher R. Cooper
United States District Judge

## SERVICE LIST

Pursuant to Local Civil Rule 7(k), the undersigned certifies that these are the names and addresses of the attorneys entitled to be notified of the entry of this order.

Yanping Chen:

**Andrew C. Phillips**
Meier Watkins Phillips Pusch LLP
1629 K Street NW, Suite 300
Washington, DC 20006
(947) 951-7093
andy.phillips@mwpp.com

Federal Bureau of Investigation et al,

**Garrett Joseph Coyle**
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 616-8016
Garrett.Coyle@usdoj.gov