**CONFIDENTIAL – FILED UNDER SEAL**

## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **Yanping Chen**, | |
| Plaintiff, | |
| v. | No. 18-cv-3074 |
| **Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense,** and **U.S. Department of Homeland Security,** | |
| Defendants. | |

## [PROPOSED] ORDER

The Court has considered the government's motion to seal. The motion is supported by good cause. It is hereby

**Ordered** that the motion is granted; and it is

**Further ordered** that any version of the Court's Memorandum Opinion and Order of August 1, 2023, released to the public will be redacted in the manner requested by the government.

**So ordered.**

Dated: _August 11, 2023_

_____
**Hon. Christopher R. Cooper**
United States District Judge