# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. WEN HO LEE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,

Defendants.

Civil Action No. 99-3380 (TPJ)

ORDER

Upon consideration of the motion of the non-party reporters to amend and certify the Order of October 9, 2003, for immediate appeal pursuant to 28 U.S.C. § 1292(b), it appearing that the Order neither involves a controlling question of law for purposes of this case, nor that an immediate appeal therefrom will materially advance the ultimate termination of the litigation, it is, this 13th day of November, 2003,

ORDERED, that the motion of the non-party reporters to amend and certify is denied.

It further appearing, upon the uncontroverted representation of counsel for plaintiff, that the non-party reporters have not responded to requests from plaintiff's counsel for commitments to dates certain for their respective depositions, it is, this 13th day of November, 2003,

ORDERED, that the non-party reporters appear before this Court, in person or by counsel, on December 4, 2003, at 9:30 a.m., at which time the Court shall appoint dates certain for their depositions upon oral examination in accordance with the Order of October 9, 2003. Counsel for the parties shall also be present.

/s/
Thomas Penfield Jackson
U.S. District Judge