**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YANPING CHEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FEDERAL BUREAU OF INVESTIGATION, et al.**<br><br>**Defendants.** | **Case No. 1:18-cv-03074-CRC** |

**[PROPOSED] ORDER DENYING CATHERINE V. HERRIDGE'S MOTION TO AMEND ORDER OF AUGUST 1, 2023 TO INCLUDE CERTIFICATION UNDER 28 U.S.C. § 1292(b) AND MOTION TO STAY PENDING APPEAL**

Upon consideration on non-party Catherine V. Herridge's Motion to Amend Order to Include Certification for Interlocutory Appeal Under 28 U.S.C. § 1292(b) (Aug. 11, 2023) [Dkt. 144] and Motion for Stay Pending Appeal (Aug. 11, 2023) [Dkt. 145] (collectively, the "motions"), as well as Plaintiff's August 16, 2023 Omnibus Opposition to those motions, it is hereby **ORDERED** this ____ day of __________________, 2023, that Ms. Herridge's motions are **DENIED**. Ms. Herridge is to sit for a deposition at an agreed-upon date in September 2023, consistent with the Court's Order of August 1, 2023 [Dkt. 140].

DATED: ____________________

______________________________
Christopher R. Cooper
United States District Judge