# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT

Pursuant to 28 U.S.C. § 1291 and the collateral order doctrine, Non-Party Catherine V. Herridge hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order of August 1, 2023, ECF No. 140 ("Order"), denying her Motion to Quash.

August 31, 2023

Respectfully submitted,

/s/ *Patrick F. Philbin*
Patrick F. Philbin (D.C. Bar No. 453620)
Kyle West (D.C. Bar No. 24093346)
ELLIS GEORGE CIPOLLONE
O'BRIEN LLP
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com

## CERTIFICATE OF SERVICE

      I, Patrick F. Philbin, hereby certify that, on August 31, 2023, the foregoing Notice of Appeal to the United States Court of Appeals for the D.C. Circuit was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

| | |
|---|---|
| August 31, 2023 | Respectfully submitted, <br> /s/ *Patrick F. Philbin* <br> Patrick F. Philbin (D.C. Bar No. 453620) <br> Kyle T. West (D.C. Bar No. 24093346) <br> ELLIS GEORGE CIPOLLONE <br> O'BRIEN LLP <br> 1155 F Street, N.W. <br> Suite 750 <br> Washington, DC 20004 <br> (202) 249-6633 <br> pphilbin@egcfirm.com <br><br> *Counsel for Catherine V. Herridge* |