# EXHIBIT A

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 12-8011** **September Term, 2012**

**1:12-cv-00048-BAH**

**Filed On:** December 7, 2012

In re: Cox Communications, Inc., et al.,

Petitioners

**BEFORE:** Garland, Brown, and Kavanaugh, Circuit Judges

**O R D E R**

Upon consideration of the petition for permission to appeal pursuant to 28 U.S.C. §1292(b), the response thereto, and the reply, it is

**ORDERED** that the petition for permission to appeal be granted. See 28 U.S.C. § 1292(b). Approval of the petition is without prejudice to reconsideration by the merits panel.

The Clerk is directed to transmit a certified copy of this order to the district court. The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5 and collect the mandatory fee from the appellants. Upon payment of the fees, the district court is to certify and transmit the preliminary record to this court, after which the case will be assigned a general docket number and proceed in the normal course.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: ________ Deputy Clerk