**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:18-cv-03074-CRC |

**NOTICE OF APPEARANCE**

Please take note that Chase Harrington hereby enters his appearance as counsel for third-party subpoena recipients Fox News Network, LLC and Catherine V. Herridge.

October 3, 2023

/s/ *Chase Harrington*
Chase Harrington (D.C. Bar No. 1619501)
ELLIS GEORGE CIPOLLONE
O'BRIEN LLP
1155 F Street, N.W.
Suite 750
Washington, DC 20004
TEL (202) 249-6633
FAX (202) 249-6899
charrington@egcfirm.com

*Counsel for Catherine V. Herridge and Fox News Network LLC*