IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.<br><br>Defendants. | Case No. 1:18-cv-03074-CRC |

**NOTICE TO CLERK OF CHANGE OF ATTORNEY AFFILIATION, EMAIL ADDRESS, MAILING ADDRESS, AND TELEPHONE NUMBER**

Please be advised that the undersigned counsel is now affiliated with the law firm of Meier Watkins Phillips Pusch LLP. Undersigned counsel will continue to represent the Plaintiff in this matter. The undersigned requests that service of all future notices, pleadings, motions, orders and other documents filed in these proceedings shall be addressed to the undersigned at the new firm.

**Name:** Shannon B. Timmann
**New Address:** Meier Watkins Phillips Pusch LLP
1629 K Street NW, Suite 300
Washington, DC 20006
**New Email Address**: shannon.timmann@mwpp.com
**New Telephone:** (202) 318-3655

The undersigned has submitted a request to update her address information with the Court via PACER, which request remains pending.

Dated: October 9, 2023

Respectfully Submitted,

*/s/ Shannon B. Timmann*

Shannon B. Timmann (DC Bar No. 1614929)
MEIER WATKINS PHILLIPS PUSCH LLP
1629 K. Street NW, Suite 300
Washington, DC 20006
Email: Shannon.timmann@mwpp.com

*Counsel for Plaintiff Yanping Chen*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court and served upon all counsel of record through the CM/ECF system.

*/s/ Shannon B. Timmann*
Shannon B. Timmann