# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>          Defendants. | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

## NON-PARTY CATHERINE V. HERRIDGE'S MOTION TO EXTEND BRIEFING DEADLINES AND MOTION TO EXPEDITE

Non-party Catherine V. Herridge, by and through counsel, respectfully moves this Court under Federal Rule of Civil Procedure 6(b) to amend the briefing schedule for Plaintiff Yanping Chen's Application for an Order to Show Cause, ECF No. 159-2 ("Application") to allow Ms. Herridge a total of 30 days to respond to the Application. That timing for a response is actually *shorter* than the total time periods courts in this district have allowed in prior similar cases involving motions to hold journalists in contempt. Ms. Herridge also seeks expedited consideration of this Motion. Ms. Herridge respectfully requests that the Court require Plaintiff to file any opposition to this Motion by **November 2, 2023**, so that the Court may rule as soon as possible.

As explained in the accompanying memorandum in support of this Motion, in every case of which counsel is aware, courts in this district have allowed journalists facing contempt or show

1

cause motions substantially more time to prepare their defenses than the fourteen days provided by the standard rule for ordinary motions. *See* LCvR 7(b). For example, the court did not require the journalists targeted by the first round of contempt briefing in *Lee* to respond until five-and-a-half months after the Plaintiff filed his Motion for an Order to Show Cause. Motion for Order to Show Cause, ECF No. 126, *Lee v. Dep't of Just.*, 1:99-cv-03380-RMC (D.D.C. Feb. 13, 2014); Order Granting Motion to Show Cause, ECF No. 134, *Lee*, 1:99-cv-03380-RMC (D.D.C. June 29, 2004) (ordering journalists to respond to motion by July 30, 2004). When the court set the journalists' response deadline in that case—which it did four-and-a-half months after the motion was originally filed—it allowed the journalists 31 additional days from the date of the order to respond. Order Granting Motion to Show Cause, ECF No. 134, *Lee*, 1:99-cv-03380-RMC (D.D.C. June 29, 2004).

The journalist targeted by the second round of contempt briefing in *Lee* received 47 days to respond. Application for Order to Show Cause, ECF No. 155, *Lee*, 1:99-cv-03380-RMC (D.D.C. Dec. 16, 2014); Order to Show Cause, ECF No. 156, *Lee*, 1:99-cv-03380-RMC (D.D.C. Jan. 4, 2005) (ordering journalist to respond to motion by February 3, 2005).

In *Hatfill*, the journalists were not required to respond until 78 days after the plaintiff had filed his motion for contempt. Motions to Hold Journalists in Contempt, ECF Nos. 204–05, *Hatfill v. Ashcroft*, 1:03-cv-01793-RBW (D.D.C. Oct. 2, 2007); Motions for Reconsideration or in Opposition to Plaintiff's Contempt Motions, ECF Nos. 211–12, *Hatfill*, 1:03-cv-01793-RBW (D.D.C. Dec. 19, 2007).

As the filings in *Lee* and *Hatfill* demonstrate, briefing a response to an application to show cause is substantially more time intensive than briefing a standard motion. Responses to Show Cause Order, ECF Nos. 136–42, *Lee*, 1:99-cv-03380-RMC (D.D.C. July 30, 2014); Response to

Order to Show Cause, ECF No. 160, *Lee*, 1:99-cv-03380-RMC (D.D.C. Feb. 3, 2015); Motions for Reconsideration or in Opposition to Plaintiff's Contempt Motions, ECF Nos. 211–12, *Hatfill*, 1:03-cv-01793-RBW (D.D.C. Dec. 19, 2007). Aside from preparing legal and factual defenses to the contempt issue, Ms. Herridge also intends—like the journalists in *Lee* and *Hatfill*—to secure affidavits to support her arguments concerning contempt and any appropriate sanctions.

An extension is further justified by the fact that the Plaintiff's Application has been filed under seal. *See* ECF No. 159. Pursuant to the Protective Order in this case, Ms. Herridge's counsel are prohibited from sharing the Application with her and will not be permitted to do so until Plaintiff files a public version. *See* Protective Order, ECF No. 27 at 7–8. Under the terms of the Protective Order, the public version can take up to six days to produce. *Id.* at 5. Requiring Ms. Herridge to respond to an Application seeking to sanction and hold her in contempt while she is unable to view the content of that Application raises serious due process concerns.

To that end, Ms. Herridge respectfully requests that the Court amend the briefing schedule for the Application so that Ms. Herridge would be allowed a total of 30 days to respond, making her opposition due on **November 29, 2023**.

In addition, Ms. Herridge respectfully requests that the Court set an expedited schedule for briefing and consideration of this Motion. Absent expedited treatment, the briefing on this Motion to Extend Briefing Deadlines would not even be complete until *after* the current deadline for Ms. Herridge's opposition papers has passed. In order to provide the Court with the benefit of completed briefing on this Motion, and to allow the Court the opportunity to rule sufficiently in advance of current deadlines, Ms. Herridge respectfully requests that the Court order Plaintiff to respond to this Motion by **Thursday, November 2**. Ms. Herridge will file a reply the following day, **November 3.**

3

Pursuant to Local Rule 7(m), counsel for Plaintiff has advised that Plaintiff will oppose the request to extend the briefing schedule on her Application for an Order to Show Cause and will also oppose Ms. Herridge's request for expedited briefing on this Motion. Counsel for the government parties has indicated that the government has no objection to the motion to extend deadlines and that it takes no position on the motion to expedite.

October 31, 2023

Respectfully submitted,

/s/ *Patrick F. Philbin*
Patrick F. Philbin (D.C. Bar No. 453620)
Kyle West (D.C. Bar No. 24093346)
Chase Harrington (D.C. Bar No. 1619501)
ELLIS GEORGE CIPOLLONE
O'BRIEN LLP
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com