# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendants. | Case No. 1:18-cv-03074-CRC |

# [PROPOSED] ORDER GRANTING NON-PARTY CATHERINE V. HERRIDGE'S MOTION TO EXTEND BRIEFING DEADLINES

The Court has considered non-party Catherine Herridge's Motion to Extend Briefing Deadlines. It is hereby **ORDERED** that the motion is granted. Ms. Herridge shall file her opposition to the Application for an Order to Show Cause, ECF No. 159-2 ("Application") by November 29, 2023.

DATED: November _____, 2023　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Christopher R. Cooper
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE