**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANPING CHEN,

Plaintiff,

vs.

FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 1:18-cv-03074-CRC

**[PROPOSED] ORDER GRANTING NON-PARTY CATHERINE V. HERRIDGE'S MOTION TO EXPEDITE**

The Court has considered non-party Catherine Herridge's Motion to Expedite the briefing schedule for her pending Motion to Extend Briefing Deadlines. It is hereby **ORDERED** that the motion is granted. Plaintiff shall file her opposition to the Motion to Extend Briefing Deadlines by November 2, 2023 and Ms. Herridge shall file any reply by November 3, 2023.

DATED: November _____, 2023

________________________________
Christopher R. Cooper
UNITED STATES DISTRICT JUDGE