# Exhibit 1

# CONFIDENTIAL FILED UNDER SEAL