**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YANPING CHEN**,<br><br>    Plaintiff,<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION,** *et al.*,<br><br>    Defendants. | Case No. 18-cv-3074 (CRC) |

### ORDER TO SHOW CAUSE

It is hereby ordered that Ms. Herridge show cause, in writing, by December 14, 2023, why she should not be found in civil contempt, and have sanctions imposed, for her alleged refusal to comply with the Court's Order of August 1, 2023.

**SO ORDERED**.

                                                                                                    _____
                                                                                                    CHRISTOPHER R. COOPER
                                                                                                    United States District Judge

Date: November 14, 2023