# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5198**  **September Term, 2023**

**1:18-cv-03074-CRC**

**Filed On: November 17, 2023** [2027539]

Yanping Chen,

    Appellee

  v.

Federal Bureau of Investigation, et al.,

    Appellees

Catherine Herridge,

    Appellant

## M A N D A T E

    In accordance with the order of September 25, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:    /s/
          Daniel J. Reidy
          Deputy Clerk

Link to the order filed September 25, 2023