# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Yanping Chen,<br><br>             Plaintiff,<br><br>        v.<br><br>Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security,<br><br>             Defendants. | No. 18-cv-3074 (CRC) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro hereby enters her appearance as counsel of record for Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security.  Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated:  Nov. 30, 2023

/s/Elizabeth J. Shapiro
ELIZABETH J. SHAPIRO
(D.C. Bar # 418925)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-5302
Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov

*Counsel for Defendants*