**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF DEFENSE, U.S.<br>DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper<br>United States District Judge** |

**NON-PARTY CATHERINE V. HERRIDGE'S CONSENT MOTION
TO EXTEND BRIEFING DEADLINE**

Non-Party Catherine V. Herridge hereby respectfully moves to extend the deadline for her to file a Reply in support of her Motion to Unseal Documents, ECF No. 165-2. Plaintiff and government Defendants consent to this requested extension. This request is supported by good cause, as set forth below.

1. On December 11, 2023, Plaintiff submitted an Opposition to Ms. Herridge's Motion to Unseal Documents and a related Cross-Motion to Unseal Documents. ECF Nos. 167-2, 167-3.

2. Ms. Herridge does not intend to oppose the Cross-Motion to Unseal Documents, and accordingly pursuant to Local Civil Rule 7(d), Ms. Herridge's Reply in support of her own Motion to Unseal Documents is currently due on December 18.

3. That due date falls two business days after the deadline for Ms. Herridge to submit her response to the Court's Order to Show Cause why she should not be held in contempt, which has fully engaged counsel's time.

4.       Accordingly, Ms. Herridge seeks an extension of time for the Reply on her Motion to Unseal.  Due to the intervening Christmas and New Year's Day holidays and prior travel plans of undersigned counsel over the holiday period, Ms. Herridge respectfully requests that the Court extend the deadline to **Wednesday, January 3, 2024.**

5.       In accordance with Local Civil Rule 7(m), counsel has conferred with counsel for Plaintiff and counsel for the government Defendants.  Both Plaintiff and the government Defendants have consented to the motion.

6.       A proposed order is attached.

December 13, 2023                              Respectfully submitted,

/s/ *Patrick F. Philbin*
Patrick F. Philbin (D.C. Bar No. 453620)
Kyle West (D.C. Bar No. 24093346)
Chase Harrington (D.C. Bar No. 1619501)
ELLIS GEORGE CIPOLLONE
O'BRIEN LLP
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 13, 2023, the forgoing document and attachments were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

| | |
|---|---|
| December 13, 2023 | Respectfully submitted, |
| | /s/ *Patrick F. Philbin* |
| | Patrick F. Philbin (D.C. Bar No. 453620) |
| | Kyle West (D.C. Bar No. 24093346) |
| | Chase Harrington (D.C. Bar No. 1619501) |
| | ELLIS GEORGE CIPOLLONE |
| | O'BRIEN LLP |
| | 1155 F Street, N.W. |
| | Suite 750 |
| | Washington, DC 20004 |
| | (202) 249-6633 |
| | pphilbin@egcfirm.com |