**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

**[PROPOSED] ORDER GRANTING NON-PARTY CATHERINE V. HERRIDGE'S CONSENT MOTION TO EXTEND BRIEFING DEADLINE**

The Court has considered Non-Party Catherine V. Herridge's Consent Motion to Extend Briefing Deadline. It is hereby **ORDERED** that the motion is granted. Ms. Herridge shall file her Reply in support of her Motion to Unseal Documents, ECF No. 165-2, by January 3, 2024.

Dated: December ___, 2023

________________________________
Christopher R. Cooper
UNITED STATES DISTRICT JUDGE