**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YANPING CHEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, and U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>**Defendants.** | **Civil Action No. 1:18-cv-03074** |

## PLAINTIFF YANPING CHEN'S CONSENT MOTION TO EXTEND BRIEFING SCHEDULE

Plaintiff Yanping Chen hereby respectfully moves to extend the deadline for her to file a Reply in support of her Application for an Order to Show Cause Why Non-Party Catherine Herridge Should Not be Found in Civil Contempt for Defiance of the Court's August 1, 2023 Order [Dkt. 159]. Non-party Herridge and the government Defendants consent to this requested extension. This request is supported by good cause, as set forth below.

1. On October 30, 2023, Chen filed her Application for an Order to Show Cause, seeking a finding of contempt with respect to non-party Catherine Herridge's non-compliance with the Court's August 1, 2023 Order [Dkt. 140] requiring her to provide deposition testimony.

2. On November 14, 2023, the Court issued an Order to Show Cause [Dkt. 162], which directed Herridge to respond within thirty days, by December 14, 2023.

3. On December 14, 2023, Herridge filed a Memorandum in Response to the Order to Show Cause [Dkt. 170].

4. Under the Local Rules, the default deadline for Chen to file a reply in support of her Application for an Order to Show Cause would be seven days—December 21, 2023. Local Civil Rule 7(d).

5. Herridge's Memorandum in Response to the Order to Show Cause is lengthy, totaling thirty-nine pages. Additionally, Herridge had thirty days from the Court's entry of the Order to Show Cause to prepare her Memorandum in Response (and forty-five days from the date Chen filed her Application for an Order to Show Cause).

6. Herridge recently requested Chen's consent to an extension of Herridge's deadline to file a reply in support of her Motion to Unseal [Dkt. 165]. Chen agreed to consent to extend Herridge's reply deadline to January 3, 2023, on the condition that Herridge also consent to extend Chen's reply deadline for her Application for an Order to Show Cause to January 5, 2023. Herridge so consented. The Court granted Herridge's extension request on December 15, 2023. (Dec. 15, 2023 Minute Order granting [169] Mot. for Extension.)

7. Accordingly, in light of the agreement of counsel and the length and complexity of Herridge's Memorandum in Response to the Order to Show Cause, Chen seeks an extension of time for the Reply in support of her Application for an Order to Show Cause. Chen respectfully requests that the Court extend the deadline to **Friday, January 5, 2024**.

8. In accordance with Local Civil Rule 7(m), counsel for Chen has conferred with counsel for Herridge and the government Defendants. As set forth above, Herridge has consented to the requested extension. Counsel for the government Defendants has consented as well.

9. A proposed order is attached.

Dated: December 15, 2023

Respectfully submitted,

*/s/ Andrew C. Phillips*

Andrew C. Phillips (DC Bar No. 998353)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th St NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com

*Counsel for Plaintiff Yanping Chen*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically by the Clerk of Court on December 15, 2023, using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew C. Phillips*
Andrew C. Phillips