**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YANPING CHEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, and U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>**Defendants.** | **Civil Action No. 1:18-cv-03074** |

**[PROPOSED] ORDER GRANTING PLAINTIFF YANPING CHEN'S CONSENT MOTION TO EXTEND BRIEFING SCHEDULE**

Upon consideration of Plaintiff Yanping Chen's Consent Motion to Extend Briefing Schedule, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall file her Reply in support of her Application for an Order to Show Cause Why Non-Party Catherine V. Herridge Should Not be Found in Civil Contempt for Defiance of the Court's August 1, 2023 Order [Dkt. 159] by January 5, 2024.

DATED: ____________________

________________________________
Christopher R. Cooper
United States District Judge