UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Yanping Chen**,<br><br>Plaintiff,<br><br>v.<br><br>**Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense,** and **U.S. Department of Homeland Security**,<br><br>Defendants. | No. 18-cv-3074<br><br>Hon. Christopher R. Cooper<br>United States District Judge |

**ERRATA GOVERNMENT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CROSS-MOTION TO UNSEAL[1]**

Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security, with the consent of counsel for Plaintiff Yanping Chen and for Ms. Herridge, move for a 30-day extension of their deadline to respond to Plaintiff's Cross-Motion to Unseal Judicial Records Relevant to the Court's Denial of Herridge's Motion to Quash (ECF No. 168). This motion is supported by good cause, as set forth below.

1. On December 11, 2023, Plaintiff Yanping Chen filed her cross-motion to unseal numerous documents currently filed under seal in this case. *See* ECF No. 168 at 1. According to Local Civil Rule 7(b), Defendants' deadline to respond to Plaintiff's motion is December 26, 2023.

[1] This errata corrects the missing signature in the previously filed Government's Consent Motion for Extension of Time to Respond to Plaintiff's Cross-Motion to Unseal, ECF No. 172, and is otherwise identical to that filing.

2. Plaintiff's cross-motion proposes unsealing nineteen documents that had been filed under seal because Defendants had designated them confidential under the protective order in this case. *See* ECF No. 168 at 1. Undersigned counsel has been working with the four defendant agencies to determine their positions on which portions of the documents should remain under seal and which portions can be unsealed. Based on preliminary discussions with Plaintiff's counsel and counsel for Ms. Herridge, Defendants are optimistic that the parties may be able to reach agreement on all or many of the documents at issue in Plaintiff's cross-motion, which could obviate the need for the Court to decide the cross-motion or could narrow the issues requiring judicial resolution. *See* Pl.'s Mem. in Opp'n to Non-Party Catherine Herridge's Mot. to Unseal Documents and Pl.'s Cross-Mot. to Unseal Judicial Records Relevant to the Court's Denial of Herridge's Mot. to Quash at 14 n.4, ECF No. 168 (indicating that if Plaintiff's cross-motion is granted, Plaintiff "agrees to redact from all of the exhibits that are at issue in her Cross-Motion any names or locations that Defendants maintain are confidential, classified or otherwise sensitive").

3. In the event that the parties are not able to reach agreement on this issue, Defendants would need additional time to draft their opposition to Plaintiff's motion along with any necessary declarations.

4. Undersigned counsel and relevant personnel at the agency Defendants also have pre-planned leave surrounding the holidays.

5. To allow time for Defendants to finish reviewing the nineteen documents at issue, continue meeting and conferring with counsel for Plaintiff and Ms. Herridge, and draft any necessary filings, Defendants respectfully request that the Court extend their deadline to respond by 30 days, from December 26, 2023, to January 25, 2024.

6. Defendants' counsel conferred with counsel for Plaintiff and counsel for Ms. Herridge via email, and both counsel have consented to the requested extension.

7. A proposed order is attached.

Dated: December 20, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Laurel H. Lum*
CAROL FEDERIGHI
GARRETT COYLE
LESLIE COOPER VIGEN
Senior Trial Counsel
LAUREL H. LUM
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8177
Fax: (202) 616-8470
Email: laurel.h.lum@usdoj.gov

*Counsel for Defendants*