**CONFIDENTIAL—FILED UNDER SEAL**

# EXHIBIT B