**PUBLIC VERSION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | ) | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

**[PROPOSED] ORDER GRANTING NON-PARTY CATHERINE V. HERRIDGE'S MOTION TO UNSEAL DOCUMENTS**

The Court has considered non-party Catherine Herridge's Motion to Unseal Documents. It is hereby **ORDERED** that the motion is granted. The Court directs Ms. Herridge to file unsealed versions of Exhibit A and K to the Memorandum in Support of Catherine V. Herridge's Motion to Quash ("Memorandum"), ECF Nos. 94-2, 94-12, along with updated public versions of her Memorandum, ECF No. 96-1, and Reply in Support, ECF No. 127. In addition, it is hereby **ORDERED** that (1) the [redacted], and (2) the [redacted] shall no longer be treated as Protected Material under the Court's June 2, 2020 Protective Order, ECF No. 27, or otherwise as sealed.

DATED: December _____, 2023

____________________________________
Christopher R. Cooper
UNITED STATES DISTRICT JUDGE