**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YANPING CHEN,<br><br>       *Plaintiff*,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE, U.S.<br>DEPARTMENT OF DEFENSE, U.S.<br>DEPARTMENT OF HOMELAND SECURITY,<br><br>       *Defendants*. | **Case No. 1:18-cv-3074-CRC** |

**[PROPOSED] ORDER GRANTING MOTION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO FILE AMICUS CURIAE BRIEF**

Upon consideration of the Unopposed Motion of the Reporters Committee for Freedom of the Press to File Amicus Curiae Brief in Support of Non-Party Catherine V. Herridge's Response to the Order to Show Cause, it is hereby

ORDERED that the Motion is GRANTED,

ORDERED that the brief of the Reporters Committee for Freedom of the Press as amicus curiae and attached Declaration of Toni Locy are hereby deemed filed in the above-captioned case.


Dated: _____                _____

                                      Hon. Christopher R. Cooper
                                      United States District Court Judge