**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

**NOTICE TO CLERK OF CHANGE OF ATTORNEY AFFILIATION, EMAIL ADDRESS, MAILING ADDRESS, AND TELEPHONE NUMBER**

Please be advised that the undersigned counsel is now affiliated with the law firm of Torridon Law PLLC. Undersigned counsel will continue to represent non-parties Catherine V. Herridge and Fox News Network, LLC in this matter. The undersigned requests that service of all future notices, pleadings, motions, orders, and other documents filed in these proceedings shall be addressed to the undersigned at the new firm.

| | |
|---|---|
| **Name:** | Kyle West |
| **New Address:** | Torridon Law PLLC<br>1155 F St. NW, Suite 750<br>Washington, DC 20004 |
| **New Email Address:** | kwest@torridonlaw.com |
| **New Telephone:** | (202) 249-6659 |

The undersigned has submitted a request to update his address information with the Court via PACER, which requests remains pending.

January 17, 2024

Respectfully submitted,

/s/ *Kyle West*
Kyle West (D.C. Bar No. 24093346)
TORRIDON LAW PLLC
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6659
kwest@torridonlaw.com

*Counsel for Non-Parties Catherine V. Herridge and Fox News Network, LLC*

**CERTIFICATE OF SERVICE**

I, Kyle West, hereby certify that, on January 17, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served upon all counsel of record through the CM/ECF system.

By: /s/ Kyle West
Kyle West

*Counsel for Non-Parties Catherine V. Herridge and Fox News Network, LLC*