UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**Yanping Chen**,

Plaintiff,

v.

**Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense,** and **U.S. Department of Homeland Security**,

Defendants.

No. 18-cv-3074

Hon. Christopher R. Cooper
United States District Judge

**JOINT STIPULATION**

Plaintiff Yanping Chen and Defendants Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security (collectively, the "Parties") hereby notify the Court that they have agreed to stipulate that redacted versions of the 19 documents Plaintiff moved to unseal in her cross-motion to unseal, ECF No. 167, may be filed on the public docket. In light of the Parties' agreement, Plaintiff also hereby stipulates to withdraw the cross-motion. In support of this stipulation, the Parties state as follows:

1. On November 27, 2023, non-party Catherine Herridge filed a motion to unseal two documents filed under seal in this matter. ECF No. 165; *see also* ECF No. 174 (public, redacted version). On December 11, 2023, Plaintiff filed a combined opposition and cross-motion to unseal 19 additional documents filed under seal in this matter. ECF No. 167. These documents were originally filed as exhibits to Herridge's motion to quash, ECF No. 94, and Plaintiff's opposition to the motion to quash, ECF No. 99. Herridge and Plaintiff moved to file these documents under seal

because they were designated as confidential under the Protective Order in this matter, ECF No. 27. The Court granted those motions to seal, *see* Minute Order (Aug. 1, 2022); Minute Order (Aug. 26, 2022), and the 19 documents (as well as the two documents that are the subject of Ms. Herridge's motion) currently remain under seal pursuant to Court order.

2. Although the Parties had cooperative discussions about whether the 19 documents could be unsealed prior to the filing of the cross-motion, Defendants' review of the documents at issue remained ongoing on the date the cross-motion was filed.

3. On December 19, 2023, Defendants filed a consent motion to extend their time to respond to the cross-motion to unseal until January 25, 2024. ECF No. 172. The Court granted the motion. *See* Minute Order (Dec. 20, 2023).

4. The Parties have since continued to meet and confer regarding Plaintiff's motion to unseal, and have reached agreement that redacted versions of the 19 documents at issue may be filed on the public docket.

5. Defendants' position is that these minimal redactions are necessary to protect the names of certain law enforcement and military personnel not publicly associated with this matter and law enforcement sensitive information concerning, for example, the storage of investigative files and access to those files. Plaintiff does not object to these redactions.

6. Two of the 19 documents at issue are deposition transcripts that were filed in their entirety under seal as exhibits to Plaintiff's opposition to non-party Herridge's motion to quash. As part of this stipulation, the Parties have agreed to file publicly only those portions of the transcripts that were cited in Herridge's motion to quash, Plaintiff's opposition, Herridge's reply, or the Court's order resolving the motion to

quash. The publicly filed versions of those deposition transcripts are also redacted under the same standards set forth in paragraph 5.

7. Pursuant to this stipulation, attached are redacted versions of the 19 documents that Plaintiff has moved to unseal, which Defendants agree can be made public. In light of the public filing of redacted versions of the 19 documents, Plaintiff stipulates to withdraw her cross-motion to unseal.[1]

**IT IS SO STIPULATED.**

Dated: January 18, 2024

Respectfully submitted,

*/s/ Andrew C. Phillips*
Andrew C. Phillips (DC Bar No. 998353)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th St. NW, Suite 650
Washington, DC 20006
Email: andy.phillips@mwpp.com

*Counsel for Plaintiff Yanping Chen*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Leslie Cooper Vigen*
GARRETT COYLE
LESLIE COOPER VIGEN
Senior Trial Counsel
LAUREL H. LUM
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20005
Phone: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for Defendants*

[1] Plaintiff maintains her opposition to non-party Herridge's motion to unseal, and the two documents at issue in that motion remain under seal.