# CONFIDENTIAL—FILED UNDER SEAL

# EXHIBIT M

```
 1

 2          IN THE UNITED STATES DISTRICT COURT

 3             FOR THE DISTRICT OF COLUMBIA

 4

 5   YANPING CHEN,                    )
                                      )
 6                  Plaintiff         )
                                      )
 7              vs.                   )Civil Action No.
                                      )1:18-cv-3074-CRC
 8   FEDERAL BUREAU OF                )
     INVESTIGATION, et al.,           )
 9                                    )
                    Defendants        )
10                                    )
     ----------------------------)
11

12

13

14

15             REMOTE DEPOSITION OF:

16         FEDERAL BUREAU OF INVESTIGATION,

17    By and through its Designated Representative,

18                 █████████████

19             Wednesday, April 27, 2022

20

21

22

23   Reported by:

24   KATHERINE P. FORD, RPR

25   JOB NO. 209538
```

Confidential – Subject to Protective Order

```
 1

 2

 3

 4                    April 27, 2022

 5                    9:40 a.m.

 6

 7

 8        Deposition of ██████████,

 9   before Katherine P. Ford, RPR, a Notary

10   Public of the Commonwealth of Virginia.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1 ████████████████████

2 now, Bates No. FBI0007480 through FBI0007611.

3 It was previously marked as Exhibit 202.  And

4 this is the FBI version of a document with

5 Bates No. DHF298, if that is helpful, a

6 PowerPoint file.

7         MS. LUTKENHAUS:  Please go to the

8     first page and scroll through a few pages.

9     Q.     ████████████████, are you familiar

10 with Exhibit 202?

11     A.     Give me just one minute.  Would you

12 tell me again the Bates number that was on

13 there?  You said DHS?

14     Q.     Yeah, the one we're showing you now

15 is Bates No. FBI7480.  DHS had an identical

16 copy that ends in Bates DHS298.

17     A.     Okay, yes.

18     Q.     I just wanted to reference -- okay,

19 page 4 of your chart.

20     A.     Yes.

21     Q.     So what is your understanding of

22 what Exhibit 202 is?

23     A.     So my understanding of this document

24 is the PowerPoint that was created by Special

25 Agent Pappa in March of 2015.

1                       ████████████████

2        Q.     Please turn your attention to page

3   FBI0007603 of Exhibit 202.  About page 124 of

4   the PDF if you have it in hard copy.

5        A.     Mine is not numbered, so just let me

6   find that page.  I have seen that before and I

7   recognize it, so you can go ahead.

8        Q.     Thank you.  So this is an excerpt

9   from the FD302 interview of Lele Wang; is that

10  right?

11       A.     It appears to be, yes.

12       Q.     Do you know where this version of

13  the Wang 302 used in Exhibit 202 was stored

14  prior to coming into this PowerPoint?

15       A.     So from this snapshot, I can't tell

16  you if this is an official record document.  In

17  reviewing Special Agent Pappa's testimony, I

18  know he discussed that this looked like a hard

19  copy of Lele -- the interview of Lele Wang in

20  302 form.

21       Q.     Thinking about the PowerPoint

22  containing the Wang 302 that is represented as

23  Exhibit 202, where was that document stored,

24  the PowerPoint?

25       A.     So, again, in reviewing Special

Page 27

1 ⬛⬛⬛⬛⬛⬛⬛⬛

2 Agent Pappa's testimony, it was stored on his

3 desktop computer where he created it.  He did

4 also burn the PowerPoint to CDs, and there are

5 a number of different versions of the

6 PowerPoint, so I'm not exactly sure which

7 version we're talking about.  But he did burn

8 several different versions to CDs, which were

9 kept in the squad area.

10              I think I covered all of the

11 different places where it may exist.  It was

12 also obviously a hard copy version as well.

13      Q.    Starting with Agent Pappa's desktop,

14 would anyone else have access to the PowerPoint

15 files stored on Agent Pappa's desktop besides

16 Agent Pappa?

17      A.    ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

18 ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

19 ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

20 ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

21 ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

22 ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

23 ⬛⬛⬛⬛⬛⬛⬛

24      Q.    All right.  So no other FBI agents

25 have access to Special Agent Pappa's profile?

1 ████████████████████████

2      A.     Right.

3      Q.     You mentioned also that the

4 PowerPoint or versions of the PowerPoint had

5 been stored on CDs in the squad area of the

6 Washington Field Office.  Were these CDs part

7 of the investigative case file?

8      A.     No, they were not.

9      Q.     How were they stored in the squad

10 area?

11      A.     According to Special Agent Pappa,

12 they were stored in a box in a room that

13 belonged to the squad area, and he may have

14 also kept them in his desk at a certain point

15 in time.

16      Q.     Is the room where the CDs were

17 stored the same room that contained the

18 investigative case file?

19      A.     I'm not sure.

20      Q.     Who had access to the room where the

21 CDs were stored?

22      A.     ███████████████████████████

23 █████████████████████████████

24 ██████████████████████

25      Q.     █████████████████████████



```
 1                 ██████████████████
 2        █████████████████████████████████
 3        ████████████████████████████████████
 4        ███████
 5          A.    ████████████████
 6          Q.    ██████████████
 7          A.    ██
 8          Q.    ████████████████████████████████████
 9        ████████████████████████████████
10        █████████████
11          A.    ███████████████████
12          Q.    █████████████████████████████
13      ██████████████████████████
14          A.    █████████████████████████████
15      █████████████████████████████
16        █████████████████████████████████
17          Q.    ███████████████████
18        ██████████████████████████████
19        ██████████████████  ██████████████
20        █████████████████████████████
21        ███████████████████
22          A.    ██████████████████████████████
23        ██████
24          Q.    I believe you said the CDs were
25      stored in a box in the room in the Washington
```

Page 30

```
 1    ████████████████████████████
 2    Field Office; is that right?
 3         A.    ████████████████████████
 4    ██████████████████████████████████████
 5    ██████████████████████████████████████
 6    ████████████████████
 7         Q.    █████████████████████████
 8         A.    ███████████████████
 9         Q.    I'd like to take a look at your
10    chart at FBI0008369.
11         A.    Could you tell me which page that's
12    on of the chart?
13         Q.    That's the first page of the chart
14    without the photos, the chart of the timeline.
15         A.    Okay.
16         Q.    The third entry on --
17              MS. LUTKENHAUS:  I guess we should
18         give this an exhibit number.  Ms. Ford, if
19         you would mark it as Exhibit 302.
20              (██████████ Exhibit 302,
21         FBI0008369-8370, marked for
22         identification.)
23         Q.    The third entry on Exhibit 302
24    indicates that Special Agent Pappa presented a
25    PowerPoint to ████████████, and it doesn't
```

1         ████████████████████████

2     this line.

3         MS. LUM:  Okay, fine.

4  BY MS. LUTKENHAUS:

5     Q.    And did you review SENTINEL to see

6  if there were any records of the attendee

7  meetings for the ███████████████ meeting?

8     A.    I myself did not review such, no.

9     Q.    Okay.  I want to direct you to entry

10  5 on your chart, which is an entry dated May

11  2013, and discusses briefing by SA Pappa at ███

12  ████████ with a PowerPoint.  Are you able to

13  determine which version of the PowerPoint was

14  presented at ██████████ meeting?

15     A.    So based on Special Agent Pappa's

16  testimony, based on an email that I advised,

17  Bates No. FBI0004343, it does appear that a

18  meeting was scheduled, but it's unclear whether

19  this meeting actually occurred, so I'm unable

20  to tell you exactly which PowerPoint may have

21  been used.  But the belief is, again, if this

22  meeting did occur, according to Special Agent

23  Pappa, it was the same PowerPoint presentation

24  that was created in close proximity to the

25  other two meetings.

**Confidential – Subject to Protective Order**

1   ██████████████████████████

2       Q.    Are you aware of whether the

3   attendees at ██████████ meeting were

4   memorialized in any way?

5       A.    I'm not.

6       Q.    Did you review either the hard copy

7   case file or SENTINEL to determine whether

8   there was a record of the attendees at the DoD

9   ██████ meeting?

10      A.    I did not.

11      Q.    Did you take any steps beyond

12  reviewing Agent Pappa's testimony and the email

13  you described in order to determine the

14  attendees at the DoD ██████ meeting?

15      A.    Just the other supervisory special

16  agents that I mentioned earlier, 2 and 15,

17  their testimony.

18      Q.    Are you aware of whether a copy of

19  the PowerPoint presentation was left behind at

20  any of the three meetings we've discussed

21  today?

22      A.    I'm not aware if it was, based on

23  reviewing Special Agent Pappa's testimony.

24      Q.    Do you mean you don't know one way

25  or the other?

1

2      A.     Correct, because he was -- because

3   he was unsure whether he did or not.

4      Q.     Are you aware of any other

5   presentations in which the PowerPoint we've

6   been discussing as Exhibit 202 was presented?

7      A.     So there was -- I'm sorry, this

8   specific PowerPoint?

9      Q.     Or versions thereof.

10      A.     Okay.  So there was another occasion

11   in which Department of Defense requested

12   presentation materials so that they could make

13   a determination as to whether to terminate the

14   memorandum of understanding with Dr. Chen and

15   UMT, and a version of the PowerPoint was

16   utilized for that.

17      Q.     When did that meeting take place?

18      A.     So if you look at the same chart --

19      Q.     Yes.

20      A.     -- there was a -- the short brief,

21   along with the binder, was provided to DoD in,

22   in between April and May of 2015.

23      Q.     Were you able to determine which

24   version of the PowerPoint was used at the 2015

25   briefing to DoD?

```
 1                    ████████████████████████

 2        A.     So there's a -- there's a

 3    document -- let me just look for the right one

 4    for you.  At this point I'm unable to determine

 5    exactly which version would have been

 6    presented.  It's just, you know, again, a short

 7    brief along with the binder which -- and the

 8    binder contains a number of the exhibits that

 9    are in the PowerPoint.

10        Q.     Do you know whether the PowerPoint

11    presented to DoD in 2015 contained any excerpts

12    or versions of the Wang 302?

13        A.     The binder did.

14        Q.     Did the PowerPoint as well?

15        A.     I can't say because I'm not sure

16    which version of the PowerPoint, if a

17    PowerPoint was presented as part of the short

18    brief.

19        Q.     So was a PowerPoint presented as

20    part of the short brief?

21        A.     I'm not sure.

22        Q.     Okay.

23               MS. LUTKENHAUS:  Off the record.

24               (A recess was taken.)

25               THE WITNESS:  Jessica, could I
```

1     ████████████████████████

2        of them.

3              THE WITNESS:  Is it 302?

4              MS. LUTKENHAUS:  No, just the -- the

5        timeline chart.

6              THE WITNESS:  Okay.

7              MR. KIM:  We have 302, Exhibit 302.

8              MS. LUTKENHAUS:  Yes, 302, sorry,

9        you're right.

10   BY MS. LUTKENHAUS:

11        Q.    Exhibit 302, not the 302.

12        A.    Right.

13        Q.    So does Exhibit 302 reflect every

14   request from DHS or DoD to the FBI for

15   materials related to the Chen investigation

16   between 2012 and 2017?

17              MS. LUM:  Objection, outside the

18        scope.

19              MS. LUTKENHAUS:  I can rephrase

20        that.

21        Q.    Does Exhibit 302 reflect every

22   request by DoD or DHS for the particular

23   materials you've been designated to testify

24   about today between 2012 and 2017?

25        A.    Yes, it does.

1　　　　　　　　　　███████████████████

2　　　　Q.　　Did the FBI make any requests

3　between 2012 through 2017 to DoD or DHS for any

4　of the materials you've been designated to

5　testify about today?

6　　　　A.　　So FBI Special Agent Tim Pappa

7　requested Dr. Chen's immigration file in August

8　of 2012.  I believe that covers the specific

9　requests from the FBI.  Again, there are other

10　indications of meetings, but as to who

11　requested the briefing, it's unclear whether

12　DoD requested the briefing from the FBI or the

13　FBI requested to brief DoD.

14　　　　Q.　　Uh-hmm.  Are those -- are the

15　briefings you're discussing where it's unclear

16　who requested the briefing also reflected on

17　Exhibit 302?

18　　　　A.　　They are.  Those are the May 2013

19　briefings at ████████████████████████

20　████████, the one that had the -- the ones with

21　████████████████ and then the ones at ████

22　████████, for example; and then again later in

23　February of 2014 when Special Agent Pappa

24　briefed ████████████████ ████████████████.

25　　　　Q.　　Uh-hmm.  Let me now switch gears

1        ███████████████████

2    briefly and talk about Stephen Rhoads, and then

3    maybe we could take a short break and see -- we

4    might be about at the end of what we have for

5    today.

6            ████████████████, are you familiar

7    with Stephen Rhoads?

8        A.    I'm familiar with him as part of

9    this, in my preparation for this testimony.

10       Q.    Did Stephen Rhoads act as a

11   confidential informant for the FBI during this

12   investigation of Dr. Chen?

13           MS. LUM:  Objection, that's outside

14       the scope and also law enforcement

15       privilege.

16           MS. LUTKENHAUS:  Are you instructing

17       the witness not to answer on the grounds of

18       law enforcement privilege?

19           MS. LUM:  I'm instructing for her

20       not to answer the question as phrased.  I

21       would allow her to answer the portion of

22       the question that doesn't require -- do you

23       want to ask if the witness knows the answer

24       to the question?

25           MS. LUTKENHAUS:  I would like to get

Confidential – Subject to Protective Order