# CONFIDENTIAL—FILED UNDER SEAL

# EXHIBIT N

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANPING CHEN,

Plaintiff,

vs.

FEDERAL BUREAU OF INVESTIGATION, et al.,

Defendants.

Civil Action

No. 1:18-cv-03074(CRC)

DEPOSITION OF SA-5

(Via Videoconference)

Wednesday, November 17, 2021

Reported by:
Margaret Lowe, RPR
Job No. 202632

November 17, 2021

8:02 a.m.

Deposition of SA-5, taken via videoconference with the witness and all parties appearing remotely, pursuant to the Federal Rules of Civil Procedure, subject to such stipulations as may be recited herein or attached hereto, before Margaret Lowe, a Registered Professional Reporter and Notary Public of the State of Florida, who officiated in administering the oath to the witness.

SA-5

later. But that's my best guess.

Q. Is your best reading of this document that from December 20, 2013, to October 16, 2014, you had possession of this item or the evidence room had possession of this item?

A. Based on my reading of it, I think it was the evidence room. Based also on my recollection, I can't recall ever having any item of evidence with this case at all, to be honest, much less having it for an extended period of time.

Q. Do you recall other than helping Agent Pappa take things to storage, at any time, did you possess documents from the searches of Dr. Chen's home or office?

A. Not to my recollection.

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

SA-5

[redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. Do you recall how Agent Pappa stored his files?

A. No. I have no recollection of ever seeing what he did with his files, no.

Q. Are you familiar with any rules in the WFO where members of the squad could store boxes of paper files?

SA-5

A. [redacted]

Q. Do you know if Agent Pappa kept anything in that conference room?

A. I don't know, no.

Q. Did Agent Pappa pass any files to you when he left the squad?

A. Can you rephrase the question?

Q. When Agent Pappa left the squad on which you served together, did he transfer to you any files?

A. Can I consult with counsel for a moment about privilege?

MR. JONES: Sure.

(Conferring.)

THE WITNESS: When Tim Pappa left, there were no Chen-related case files that were passed to me.

BY MR. JONES:

Q. So I'm not interested in the subject matter of the investigation. I'm trying to understand whether you could have learned anything about how Agent Pappa stored investigative material at the time of the -- based on

that transition.

So at the time that Agent Pappa left the squad, did you come -- did you learn anything about how he physically stored investigative materials?

A. When Tim left, there were some non-Chen-related things he was working on that were passed, not physically passed, not as in he picked them and handed them to me. But the cases themselves I assumed ownership of, so that would've included [redacted] I can't recall any of them being out of order or anything unusual about his files versus anything else.

Q. [redacted]; [redacted]

A. [redacted].

Q. [redacted]

A. [redacted]

Q. [redacted]

SA-5

A. [redacted]

Q. Did you ever become aware of CDs or DVDs related to the Chen investigation being stored anywhere in your office area?

A. I can't recall ever being made aware of that, no.

Q. All right. I want to direct you to a document that we previously marked as Exhibit 87. It's marked with FBI00001357 as the Bates number and the following page.

SA-5, do you see Exhibit 87?

A. I think I reviewed this one with counsel, but I'm not positive based on this snapshot of it.

Q. More generally, do you understand what it means when it says physical 1A/1C cover sheet for serial export?

A. I actually don't know what the "for serial export" is. I don't know what that means. I know what a physical 1A/1C is, and I can --