# EXHIBIT R

**Exhibit 40**

**From:** [redacted]
**Sent:** Wednesday, September 17, 2014 11:57 AM
**To:** [redacted]; [redacted]; [redacted]; Rhoads, Stephen J CIV (US)
**Cc:** [redacted]
**Subject:** Law Enforcement Sensitive vs. Classified (UNCLASSIFIED)

**Importance:** High

Classification: UNCLASSIFIED
Caveats: NONE

Gentlemen,

Apologies for the email blast.

BLUF: While it does not constitute a spillage, much of the information surrounding the 23 SEP meeting should be treated as if it is classified.

Discussion:

I met with the [redacted] this morning. The information we've been passed by the investigating agency is 'law enforcement sensitive,' and is not classified. That being written, if it had originated from Army sources, it would be classified. He recommended we cease NIPR communications on the subject and delete soft and hard copies.

On a related note, he could not verify that the investigating agency had coordinated with the Department of Defense on this investigation. He will be contacting the investigating officer and attending the briefing next week. Please stand by for further guidance.

Break.

Mr. Rhoads,

You will be contacted by a [redacted] representative who has expressed interest in this investigation.

v/r

[redacted]

COM: [redacted]
GBB: [redacted]

Classification: UNCLASSIFIED
Caveats: NONE