# CONFIDENTIAL—FILED UNDER SEAL

# EXHIBIT T

Exhibit 127

Message

**From:** [redacted] [/O=IRMMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HANNER, PHILIP C]
**Sent:** 5/8/2013 6:53:35 PM
**To:** Pappa, Timothy S. [Tim.Pappa@ic.fbi.gov]
**CC:** [redacted] [/O=IRMMAIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Hanner, Philip C]
**Subject:** RE: FBI/HSI Briefing

Wednesday, May 8, 2013

Tim,
I talked to [redacted] and got an ear full on your meeting yesterday. I'm so sorry. I'm not sure what to say about the meeting we have scheduled at [redacted]. I'll see if I can prepare people for the visit and see if we can get a better response from our group.

Regarding your CD. You can bring the Unclassified Brief on a CD, but there are some minor issues. If you bring it on a CD-R then you can take it with you when you leave. If it is on a CD-RW, then you have to leave the disc. (Trust me; I don't make this stuff up.)

[redacted]
[redacted]@associates.ice.dhs.gov
[redacted]@dhs.sgov.gov (SIPR)

---

**From:** Pappa, Timothy S. [mailto:Tim.Pappa@ic.fbi.gov]
**Sent:** Wednesday, May 01, 2013 3:31 PM
**To:** [redacted]
**Subject:** Re: FBI/HSI Briefing

[redacted] -- I'm going to have to bring the powerpoint on a CD. Will the room I'm briefing in allow me to put a cd in? Its all unclass.
Tim S. Pappa, Special Agent, Federal Bureau of Investigation, Washington DC Field Office

---

**From:** [redacted]@associates.ice.dhs.gov>
[redacted]
**Sent:** Tue Apr 30 08:27:17 2013
**Subject:** RE: FBI/HSI Briefing

Tuesday, April 30, 2013

Greetings everyone. Here is an update on the location and time for the briefing at the [redacted] on Wednesday, 15MAY2013:

Location: [redacted]
Room: 2501
Time: 1030-1200

Note: Change in time from 1000 to 1030. Resulted from complications with getting the room we wanted.

Thanks.

[redacted]@associates.ice.dhs.gov
[redacted]@dhs.sgov.gov (SIPR)

---

**From:** [redacted]
**Sent:** Monday, April 29, 2013 8:12 AM
[redacted]
**Subject:** RE: FBI/HSI Briefing

Monday, April 29, 2013

The FBI has confirmed the date and time (Wednesday, 15MAY2013 / 1000) for the briefing at the [redacted]. I'll let you know exactly where [redacted] we'll have that meeting once I hear back from [redacted]

Thanks.

[redacted]@associates.ice.dhs.gov
[redacted]@dhs.sgov.gov (SIPR)

---

**From:** [redacted]
**Sent:** Friday, April 26, 2013 2:50 PM
**To:** [redacted]@navy.mil; [redacted]@ogn.af.mil; [redacted]@ogn.af.mil; [redacted]@navy.mil; [redacted]@dodiis.mil; [redacted] (GOV) ( (S) @dodiis.mil [redacted] (S) @ic.fbi.gov; [redacted]@dodiis.mil); [redacted]@dodiis.mil; (S) ( (S) @ic.fbi.gov); [redacted]; tim.pappa@ic.fbi.gov;

[redacted]@navy.mil; [redacted]@dodiis.mil); [redacted]@dodiis.mil;
[redacted]@dodiis.mil; [redacted]; [redacted] CIV NCIS, [redacted]@navy.mil); [redacted]
DIA USA Government [redacted]@dodiis.mil); [redacted]@dodiis.mil)
**Subject:** RE: FBI/HSI Briefing

Hello everyone. I have another update for you on this briefing that the FBI is preparing for DoD.

Today I was told that the FBI intends to brief over at [redacted] to DoD Seniors there on 07MAY13. I was told that they plan to invite NCIS and OSI to that briefing, since both organizations were involved in the investigation during the earlier stages of the case. The FBI is offering to provide the rest of us with a separate briefing at [redacted] and we have a tentative date and time: Wednesday, 15MAY13, at 1000. ([redacted] of the [redacted] are making arrangements for the room.)

I have not locked this schedule [redacted] in with the FBI yet, but they gave me some latitude during the week of 13MAY13, so I hope this will work for the FBI Case Agent and HSI. The FBI told me that they plan to reach out to OSI and NCIS, so I don't know exactly who those individuals are. Please understand that those invites will be based on who the FBI includes and I will not be able to anticipate those contacts.

Thank you for your patience and understanding.

[redacted]
[redacted]@associates.ice.dhs.gov
[redacted]@dhs.sgov.gov (SIPR)

---

**From:** [redacted]
**Sent:** Monday, April 15, 2013 3:47 PM
**To:** [redacted]@navy.mil; [redacted]@ogn.af.mil; [redacted]@ogn.af.mil; [redacted]@navy.mil;
[redacted]@dodiis.mil; [redacted]@associates.ice.dhs.gov
**Cc:** (S) (GOV) ((S) @dodiis.mil); (S) @ic.fbi.gov; [redacted]@dodiis.mil);
[redacted]@dodiis.mil; '(S)' ((S) @ic.fbi.gov); [redacted]; tim.pappa@ic.fbi.gov;
[redacted]@navy.mil; [redacted]@dodiis.mil); [redacted]@dodiis.mil;
[redacted]@dodiis.mil; [redacted]; [redacted] DIA USA Government [redacted]@dodiis.mil);
[redacted]@dodiis.mil)
**Subject:** RE: FBI/HSI Briefing

Monday, April 15, 2013

Greetings.
I talked to the FBI Case Agent this afternoon and I was told that because of scheduling with the U.S. Attorney's Office, the meeting has been delayed again until the week of 06-09MAY13. As mentioned in earlier emails, I'll make every effort to provide you with the exact date/time of this meeting as soon as I know when it will be.

Thank you.

[redacted]

[redacted]@associates.ice.dhs.gov
[redacted]@dhs.sgov.gov (SIPR)

**From:** [redacted]
**Sent:** Monday, April 08, 2013 10:05 AM
**To:** [redacted]@navy.mil; [redacted]@ogn.af.mil; [redacted]@ogn.af.mil; [redacted]@navy.mil; [redacted]@dodiis.mil
**Cc:** (S) (GOV) ( (S) @dodiis.mil); (S) @ic.fbi.gov; [redacted] fbi.gov; [redacted]
**Subject:** RE: FBI/HSI Briefing

Monday, April 08, 2013

Hello everyone.
I received an update from the FBI this weekend, so here is the latest information I have on the upcoming briefing;

The FBI (Special Agent Tim Pappa) mentioned that the briefing will likely take place during the last week of April. It is their intent to invite some other DoD representatives [redacted] and hold the briefing at [redacted].

I will attempt to determine the exact date and time and provide that information to you as soon as possible so you can schedule accordingly. Thank you for your patience.

[redacted]
[redacted]@associates.ice.dhs.gov
[redacted]@dhs.sgov.gov (SIPR)

**From:** [redacted]
**Sent:** Monday, March 25, 2013 11:26 AM
[redacted]
**Subject:** RE: FBI/HSI Briefing

Monday, March 25, 2013

Hello everyone. This is another update on the status of the briefing being given by the FBI and HSI. I received an update today telling me that we are likely looking for a date around the second or third week of April. Leads are still coming in and both agencies want to give you the very best briefing possible.

I will make every effort to give as much notice as possible.

Thank you all.

[redacted]
[redacted]@associates.ice.dhs.gov
[redacted]@dhs.sgov.gov (SIPR)

---

**From:** [redacted]
[redacted]
**Subject:** FBI/HSI Briefing

Friday, March 15, 2013

Hello.
I wanted to give everyone an early update of what is happening with this briefing and when it might be held. Initially FBI/HSI were trying to get this done before the end of March, but additional evidence has apparently been coming in supporting the case and both the FBI and HSI are very interested in providing you the very best and most comprehensive briefing possible. Consequently, they are speculating now that the briefing will be in April. I will attempt to determine the exact date/time as soon as possible and provide that information as quickly as it comes to my attention.

Status update.

Thank you.

[redacted]
[redacted]@associates.ice.dhs.gov
[redacted]@dhs.sgov.gov (SIPR)