# CONFIDENTIAL—FILED UNDER SEAL

# EXHIBIT V

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

YANPING CHEN,

Plaintiff,

vs.

FEDERAL BUREAU OF INVESTIGATION, et al.,

Defendants.

Civil Action

No. 1:18-cv-3074(CRC)

DEPOSITION OF [redacted]

(Via videoconference)

October 27, 2021

Reported by: John L. Harmonson, RPR

Job No. 201304

October 27, 2021

8:58 a.m.

Deposition of [redacted], taken via videoconference with the witness and all parties appearing remotely, pursuant to the Federal Rules of Civil Procedure, subject to such stipulations as may be recited herein or attached hereto, before John L. Harmonson, a Registered Professional Reporter and Notary Public of the District of Columbia, who officiated in administering the oath to the witness.

[redacted]

A. I did.

Q. When did you learn that the FBI was looking into the university's founder?

A. I was -- I received one of the emails from Mr. Rhoads. He had copied a member of the FBI.

Q. And who was that member of the FBI?

A. I believe it was Tim Pappa.

Q. Prior to Agent Pappa being copied on that email from Mr. Rhoads, had you ever encountered Agent Pappa before?

A. No.

Q. Did you ever communicate with Agent Pappa?

A. I don't recall.

Q. How did you come to understand that the FBI was looking into Yanping Chen?

A. Just through that email.

Q. At any point in time were you provided with additional information regarding the FBI's inquiry into Dr. Chen?

A. Yes.

Q. When did you receive that additional information?

[redacted]

A. I don't recall the specific date but it was after, shortly thereafter.

Q. And how did you receive that information? Was it in a meeting? A memo? An email?

A. It was in a meeting.

Q. Who participated in that meeting?

A. DoD and the FBI, and I believe NCIS.

Q. Where did the meeting occur?

A. In [redacted].

Q. Do you happen to remember the room, the conference room or the part of the building?

A. I don't remember the conference room. I remember [redacted]

Q. Who from the DoD participated in that meeting?

A. I don't recall exactly who participated in the meeting.

Q. Was it more than you?

A. Yes.

Q. Any other particular person that you remember attending?

A. I recall [redacted] from the Legal

[redacted]
office. [redacted] I believe from the Legal office. [redacted] from my front office attended with me at the time.
Q. You didn't mention [redacted] earlier when we were going through your list of supervisors. Was he multiple rungs --
A. Yes, he was multiple legs up. Yes.
Q. And what was the organization that Mr. Milam was in the front office of?
A. He was [redacted]. That was our organization before we moved.
Q. So other than [redacted], [redacted], [redacted] and yourself, do you remember any other DoD employee who attended the FBI/NCIS meeting that you're describing?
A. I don't believe anyone else.
Q. Who from the FBI participated in that meeting at [redacted]?
MS. LUM: Objection; law enforcement privilege.
You can answer using the pseudonym sheet.
THE WITNESS: The only individual I

[redacted]

know that I can recall being at the meeting
was Tim Pappa.

BY MR. JONES:

Q. Do you recall if he had colleagues with him even if you don't remember who they are?

A. I don't.

Q. Who from NCIS participated in the meeting?

A. I don't recall.

Q. Do you remember how many of them there were?

A. I don't.

Q. What was the purpose of this meeting with FBI and NCIS?

A. My understanding was they were providing us with information on Dr. Chen.

Q. How did they provide that information to you?

A. I recall a briefing.

Q. Was it an oral briefing? Was it accompanied by any documents or materials they showed you?

A. I recall having a handheld slide deck.

Q. What, to your memory, was in that

[redacted]

slide deck?

A. The only things I remember are pictures. I know there were pictures. That's all I remember.

Q. Were you the only one with a copy of the slide deck?

A. There were multiple copies of the slide deck.

Q. Was the slide deck also being projected somewhere?

A. I don't recall.

Q. Did there come a point in time when you no longer had access to the slide deck?

A. Yes.

Q. When was that?

A. At the end of the meeting, they collected the slide deck.

Q. Who is "they"?

A. I don't recall.

Q. Did you understand who was going to take possession of the copies of the slide deck?

A. I did not.

Q. At any later point in time did you see that slide deck again?

[redacted]

A. Never.

Q. I want to direct your attention to a document that's previously been marked as Exhibit 32. It's Bates-numbered DHS_00000298 through 429.

(Exhibit 32 marked for identification and attached hereto.)

BY MR. JONES:

Q. We can zoom in or we can -- zoom out a little here.

So Exhibit 32 is a 132-page PDF document. I'll ask my colleague to scroll through maybe the first ten pages or so, so you can get a sense of the information on your end. There's some pages that have been redacted for privilege. We can stop here on page 8 of the PDF.

[redacted], have you ever seen Exhibit 32 before?

A. We haven't been through the whole document, but I don't believe so.

Q. Okay. Why do you believe that you have not seen this before?

A. While I recognize the cover, the