# CONFIDENTIAL—FILED UNDER SEAL

# EXHIBIT W

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - )
YANPING CHEN, )
Plaintiff, ) Civil Action No.:
vs. ) 1:18cv3074(CRC)
FEDERAL BUREAU OF )
INVESTIGATION, et al, )
Defendants. )
- - - - - - - - - - - - - - - - - )

VIRTUAL DEPOSITION OF [redacted]
Washington, DC
Tuesday, September 21, 2021

Reported by:
Kim M. Brantley, CSR
Job No: 199515

[redacted]

September 21, 2021

Time: 9:04 a.m.

Virtual Deposition of [redacted], held via Zoom Meeting, before Kim M. Brantley, C.S.R., a Court Reporter and Notary Public of the District of Columbia.

[redacted]

Q. I do want to show you a few documents and they may be familiar. The first one is a document that we have previously marked as Exhibit 20. It is a February 20th, 2014 email chain, which we will put on the screen with Bates numbers Rhoads (government) 000030 to Rhoads (government) 000031.

Let's scroll down to the bottom email in this chain, which is on Rhoads (Govt) 31. Do you recognize the email that's Exhibit 20?

A. Is that the email you're showing me now?

Q. Yes, sir.

A. That begins with, "Here is the briefing information that you requested"?

Q. Yes, sir.

A. Yes, I do recognize this.

Q. As you said, this is an email from February 19th, 2014 from Mr. Rhoads to you copying [redacted], [redacted], Jim Pappa and IA #1.

Who is [redacted]?

A. Other than the information provided, I do not know.

Q. Do you have an understanding as to what

[redacted]

his role in the Department of Defense was at this time?

A. And by "him" do you mean [redacted]?

Q. Yes, sir.

A. He would be a [redacted] commanded by [redacted].

Q. The email on Rhoads (Govt) 31 begins, "Here is the briefing information that you requested. It will take place at [redacted]".

Is the briefing Mr. Rhoads references in this email the same meeting you spoke about earlier with Mr. Rhoads and the two FBI agents?

A. Yes, ma'am.

Q. Do you have an understanding as to why [redacted] was included on this email?

A. It is a common practice to include your supervisors if you are involved in a meeting.

From reading this I would have assumed that [redacted] was somehow Mr. Rhoads'

[redacted]

supervisor.

Q. Did [redacted] attend the briefing you had with Mr. Rhoads, IA #1 and Special Agent Pappa?

A. No, ma'am.

Q. Did [redacted] attend the briefing you had with Mr. Rhoads, Special Agent Pappa and IA #1?

A. No, ma'am.

Q. Did anyone besides you, Mr. Rhoads, Special Agent Pappa and IA #1 attend that briefing?

A. [redacted]

Q. And who is [redacted]?

A. [redacted] was a member of my staff and I brought him along as a second set of ears and eyes as a witness.

Q. Why did you want to have a witness at that meeting?

A. Because I had never met with the FBI before and I was a little uncomfortable.

Q. What was [redacted]'s title?

A. [redacted].

Q. Mr. Rhoads' email at Exhibit 20