# CONFIDENTIAL - FILED UNDER SEAL

# EXHIBIT 13

Message

**From:** [redacted][/O=IRMMAIL/OU=MBX SERVERS - COW/CN=RECIPIENTS/CN=MBTARANT]
**Sent:** 11/8/2013 7:34:44 PM
**To:** 'Pappa, Timothy S.' [Tim.Pappa@ic.fbi.gov]
**Subject:** RE: Ypc PowerPoint

Yeah...either way...that's perfect...thx a ton.

[redacted]

-----Original Message-----
**From:** Pappa, Timothy S. [Tim.Pappa@ic.fbi.gov]
**Sent:** Friday, November 08, 2013 02:33 PM Eastern Standard Time
**To:** [redacted]
**Subject:** Re: Ypc PowerPoint

Yeah. Thur and fri I should be in the area. I will prob see [redacted] too, so I can always hand that to him if you want.
Tim S. Pappa, Special Agent, Federal Bureau of Investigation, Washington DC Field Office

---

**From:** [redacted]@ice.dhs.gov>
**To:** Pappa, Timothy S.
**Sent:** Fri Nov 08 14:31:44 2013
**Subject:** RE: Ypc PowerPoint

Cool can I grab it next week in manassaa some time?

[redacted]

-----Original Message-----
**From:** Pappa, Timothy S. [Tim.Pappa@ic.fbi.gov]
**Sent:** Friday, November 08, 2013 02:30 PM Eastern Standard Time
**To:** [redacted]
**Subject:** Re: Ypc PowerPoint

Unclass.
Tim S. Pappa, Special Agent, Federal Bureau of Investigation, Washington DC Field Office

---

**From:** [redacted]@ice.dhs.gov>
**To:** Pappa, Timothy S.

**Sent**: Fri Nov 08 14:28:59 2013
**Subject**: RE: Ypc PowerPoint

Perfect...is it class or no?

[redacted]

-----Original Message-----
**From:** Pappa, Timothy S. [Tim.Pappa@ic.fbi.gov]
**Sent:** Friday, November 08, 2013 02:25 PM Eastern Standard Time
**To:** [redacted]
**Subject:** Re: Ypc PowerPoint

I doubt it. Its massive. I can give you a CD copy.
Tim S. Pappa, Special Agent, Federal Bureau of Investigation, Washington DC Field Office

----- Original Message -----
From: [redacted]@ice.dhs.gov>
To: Pappa, Timothy S.
Sent: Fri Nov 08 14:20:20 2013
Subject: Ypc PowerPoint

The PowerPoint show you put together...would you be able to email that to me on the high side or low if it was low.

[redacted]