# CONFIDENTIAL - FILED UNDER SEAL

# EXHIBIT 18

STEPHEN J. RHOADS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

YANPING CHEN,

Plaintiff,

vs. Civil Action No.

FEDERAL BUREAU OF 1:18cv3074(CRC)

INVESTIGATION, et al.,

Defendants.

______________________________/

The Zoom deposition of STEPHEN J. RHOADS

8:53 a.m. - 6:35 p.m.

Thursday, March 24, 2021

REPORTED BY:

STEVEN POULAKOS, RPR

JOB NO. 206774

STEPHEN J. RHOADS

The deposition of STEPHEN J. RHOADS was held via Zoom videoconference on Thursday, March 24, 2021, commencing at 8:53 a.m., before Steven Poulakos, Notary Public.

REPORTED BY: Steven Poulakos, RPR

A Yes.

Q In what context had you seen those documents?

A They had -- that came out in '17, right, the live -- the article, whatever you call it, the news clip. So that was --

Q Yes, sir.

A -- actually like years before that, Ms. Herridge had all of that stuff.

Q And so in what context did you see portions of Ms. Yanping -- Yanping Chen's immigration document?

A On paper Xerox or printed media. I don't know what legal term you want to use for a piece of paper, but --

Q And who showed them to you?

A Catherine Herridge.

Q Do you understand where Catherine Herridge obtained those documents?

A I do not.

Q I want to ask you about the final sentence of this paragraph that says I have pictures of her in uniform.

Do you see that?

A Yes.

STEPHEN J. RHOADS

Q When did you -- when did you first review them?

A I believe -- I couldn't say. '14, '15, somewhere in there. It was many years ago, sir. It was a long time before the article came out.

Q And where did you review Yanping Chen's immigration documents or excerpts thereof?

A At Fox News.

Q Did Ms. Herridge show you those documents?

A Yes.

Q Was anyone else present when Ms. Herridge showed you those immigration documents?

A No.

Q In the next sentence, you say her entire family is in the PLA to include her parents. Her late father was a general grade officer. What was the basis for your statement regarding the PLA membership of Yanping Chen's family?

A Yes, sir. Information the FBI provided me verbally.

Q If we go down to the paragraph that begins she was accepted as a graduate student. You're discussing --

A Yeah, the Georgetown.

A No, not really. I don't believe so.
Q And -- and so you described your families had become friends over the years; is that right?
A Correct.
Q Have you ever provided Catherine Herridge with information as part of her reporting work?
A Yes, absolutely. Many -- well, many phone calls.
Q When was the first time that you provided Ms. Herridge with information in service of her work as a reporter?
A I didn't hear the last part of the question, sir.
Q Yeah. When was the first time you -- I just -- I want to make clear that I'm only -- I'm not asking about personal conversations or that sort of thing.
A Right.
Q When was the first time you gave her any information for her reporting purposes?
A For reporting purposes, after I found out she had information on this event or this situation. She was, hey, is this that thing you told me about? And holy crap, it most certainly is. So then there was

to be searched?

A Special Agent Pappa or SA2.

Q Did you let anyone know that those searches were going to occur?

A Not that I recall, sir, other than my wife.

Q Did you speak to Catherine Herridge about the searches?

A I may have, sir.

Q As I'll represent to you and I can show you the phone records if you like, but there's -- you had a dozen calls with Catherine Herridge the morning of the searches before 9:00 a.m. starting at 6:44 a.m. Do you believe that those conversations were about the searches that were ongoing?

A If they were the morning of, I'm sure they were, sir.

Q Why did you want to let Catherine Herridge know about the searches?

A Why? So she could cover it I reckon.

Q Do you know if she did?

A I don't think she did. I think some other news agencies did, but I don't think Fox did a thing on that. I believe it was ABC did a story on it.

Q Did you alert any news outlets other

than -- other than Catherine Herridge about the searches?

A Not that I recall, sir. I don't -- I don't really know anybody other than her in the media world.

Q You mentioned that there came a point in time when you learned that Catherine Herridge had obtained information about the investigation of Dr. Chen; is that right?

A That's correct.

Q How did you learn that Catherine Herridge had obtained such information?

A She showed me when I went to visit her at her office. We would meet from time to time for lunch or coffee or just whatever.

Q And when -- when was this meeting?

A I don't recall, sir. I mean, it was pre-2015 I would say.

Q Before 2015?

A Yes, because the interview -- I'm sorry. Go ahead.

Q Yeah. No. This is helpful for understanding the timeline. So the first -- the first time you learned that Ms. Herridge had obtained documents was during a meeting at her office at Fox

News; is that right?
A Correct. Yes, sir, that's correct.
Q And what did -- what did she show you?
A Pretty much same stuff that was in the -- the news feed, the article. What do you call that? I keep -- the news --
Q The broadcast or the news report?
A Okay. Looking for a standard terminology, so I don't look retarded every time you ask me that question. Okay. The broadcast, sir.
Q What do you remember later seeing in the broadcast that you saw from Ms. Herridge?
A I couldn't hear the first part of the question, sir.
Q Sure. What are the documents, the photos that you saw from Ms. Herridge that day prior to 2015 that you later saw in a Fox News broadcast?
A The same that were in the article, but there were -- I think there's a lot more there than actually got shown that didn't make the cut or whatever.
Q How did she show it to you? Was it something printed out or on a screen?
A Paper.

Q Paper. Did what Ms. Herridge show you include the photographs of Dr. Chen in what appears to be a uniform that later appeared on Fox News?

A Yes.

Q And did Ms. Herridge show you prior to 2015 immigration applications or excerpts thereof that later appeared in her Fox News reporting?

A Yes, ex -- I'm choking on my gum. Excerpts. Did I say that right?

Q Okay. But other than -- other than what actually appeared on the broadcast, you mentioned that there were additional materials that she showed you?

A Um-hmm. Yes, sir.

Q What were those additional -- what were those additional materials?

A More pictures, more documents. I don't remember specifically. Now we're probably talking seven, eight, nine years ago. Hell, I don't know, but there was more there than got put on the news. Certainly a lot more pictures.

Q Did Ms. Herridge have any recordings?

A Not that I recall, sir.

Q What was your reactions when you saw these materials that Ms. Herridge had obtained?

STEPHEN J. RHOADS

A Honestly I think I said holy shit.

Q Did that surprise?

A Yeah. Yeah. Wow. I don't -- it was just rather amazing how -- I don't know. I'm a simple creature from the midwest and wrapped up in all of this D.C. bull shit now, it was like being in a movie and this was just another, wow, are you kidding me.

Q Why were -- why were you surprised that she had obtained those materials?

A Why? I don't know why I was surprised. Just wow or I don't know, sir. I don't know how to answer that question. What was the question again?

Q I was just -- what was surprising about -- what was surprising to you? It seems like it elicited a pretty strong reaction. So I'm trying to understand what was it that was surprising?

A Oh, just the -- I don't know. Like who does this? How do you get this crap, you know? But I guess that's her --

Q Did you ask her how she got it?

A I don't recall asking her that, sir.

Q Did you ever come to learn where she got the --

A No. No, sir, I did not.

STEPHEN J. RHOADS

seen this document at -- on Catherine Herridge's desk?

A That's possible.

Q Do you understand why Ms. Herridge was showing you the documents that she had obtained?

A No, other than she was happy about it, I guess, or asking me to like, I don't know, verify it or something.

Q Did she ask you whether the information that is in the document is consistent with things that you knew?

A Yes, sir.

Q I think the third thing you mentioned was that Agent Pappa may have briefed using these materials or let me not put words in your mouth.

In what way do you connect Exhibit 13, page 4 with a briefing that Agent Pappa may have provided?

A Ask the last part of that question again. What --

Q Sure. I think -- I asked where you -- I believe I asked where you may have seen this before and you said --

A Right. I got that.

Q -- possibilities.

A What was last part of the question?

A I was present for part of it. At some point, I guess it was deemed inappropriate for me to be -- to stay in the room. So I got the boot and had to watch the door and make sure nobody came in.

Q Who participated in this briefing other than Agent Pappa, yourself, and [redacted]?

A I think it was just one time to the best of my recollection and I think Special Agent Pappa was there alone on that particular instance. I know they talked multiple times via telephone, I believe, but that was the date presentation to -- from the FBI to [redacted] was that particular interaction.

Q Where did this meeting occur?

A [redacted].

Q And how did -- how did the meeting come about?

A I don't recall, sir.

Q Did you suggest the briefing?

A I don't remember, sir.

Q What did you understand the purpose of the briefing to be?

A The purpose of the briefing was just to advise [redacted] on what was going on with certain aspects of the investigation insofar as touch points

STEPHEN J. RHOADS

got mentioned pretty regularly, but certainly not every time we met especially when it's family events, you know.

Q Did you ever share with Catherine Herridge confidential information that you obtained in your Defense Department employment?

A Confidential?

Q Sure.

A Not that I recall. I don't know what that means.

Q Nonpublic information, did you ever share with Catherine Herridge nonpublic information that you obtained in your Defense Department employment?

A Not that I remember, sir.

Q All right. I'd like to direct your attention to a document that we're going to mark as Exhibit 277. This is Bates labeled Rhoads government 000065 through 71.

(Rhoads Exhibit 277 was marked for purposes of identification.)

MR. JONES: Let's scroll down and scroll back up again so that Mr. Rhoads can see the recipients and senders of these emails.

BY MR. JONES:

to three, four, five years later. I don't know. Long time. So when you say put this thing in motion with the media, I mean, that was a pretty long span of time, you know.

Q How did you set this thing in motion with the media?

A I would presume I was alluding to that I had told Catherine Herridge about aspects of the case.

Q You then say I was able to get it delayed for a few days. Were you able to get the story delayed for a few days?

A I don't recall, sir.

Q Did you ask for the story to be delayed?

A I don't recall, sir.

Q You next say the stuff they put together is really worthless after seeing parts of the script. What parts of the script did you see?

A I don't remember seeing any parts of the script, sir, unless Ms. Brown provided something. I don't recall seeing that.

Q Would Ms. Herridge have provided you parts of the script?

A I don't -- no. That would -- the other lady is the one that did all the like writing and stuff

be?

A Yeah. Colonel Chen at UMT, yes, I did.

Q So let me repeat my question so it's clear for the record.

Did you ever tell Catherine Herridge that the FBI was involved in an investigation of Dr. Chen?

A Yes.

Q Who told you that the FBI was involved in an investigation of Dr. Chen?

A The FBI.

Q Was it Agent Pappa?

A Yes, it was Special Agent Pappa.

Q Did -- was -- did you ever tell Catherine Herridge that the Justice Department was involved in an investigation of Dr. Chen?

A I think that's anonymous. I don't know that I -- or maybe that's the wrong word. Synonymous, but DOJ, FBI, same -- same thing. I don't know if I ever drew a line in the sand.

Q Did you ever hear -- did you ever hear anything about whether the Justice Department was going to bring or considering criminal charges against Dr. Chen?

A Yes, I did.

prosecutor.

Q Did you ever tell Catherine Herridge about any of those -- about the possibility of criminal charges against Dr. Chen?

A Yeah. I don't know if I did or didn't, but I don't think the report really elaborated on much of that.

Q Did you tell Catherine Herridge that the Pentagon was focused on the University of Management and Technology or Dr. Chen?

A Those wouldn't have been my words, the Pentagon, no.

Q What about the Defense Department, did you explain to her -- did you ever tell her that the Defense Department was involved in looking at the university?

A I don't remember who specifically I told her was looking at the university.

Q What about Immigration and Customs Enforcement, to your knowledge, was Immigration and Customs Enforcement involved in any investigation of Dr. Chen?

A I was told that there was an immigration case against her.

STEPHEN J. RHOADS

Chen's home?

A I don't recall mention of photographs.

Q Let's continue to scroll down. This is the first part in which you appear in the story on the top of page 3. And it says Stephen Rhoads is a military veteran turned whistleblower who says he worked with the FBI on the case.

Do you see that?

A No, I don't see those --

Q That language?

A Yes, yes, yes. I'm sorry. I was reading the page above.

Q That's okay. Did you tell Catherine Herridge that you had worked with the FBI on the case?

A Yes.

Q The next sentence says Rhoads said he worked at UMT recruiting vets when the FBI approached him in 2012 regarding the federal investigation. Did you tell Fox News that you worked at UMT recruiting vets when the FBI approached you in 2012 regarding the federal investigation?

A Yes.

Q The next sentence says emails and other documents reviewed by Fox News corroborate key elements