# CONFIDENTIAL - FILED UNDER SEAL

# EXHIBIT 36

**From:** [redacted]
**Sent:** Monday, September 8, 2014 6:12 PM
**To:** [redacted] Rhoads, Stephen J CIV (US)
**Subject:** Re: Response to your RFI (UNCLASSIFIED)

[redacted] I can give you a bit of insight when we see each other face-to-face. Believe his decision to notify you was as a courtesy (aside from the fact that he has a lot of faith in you as a former commander) since the [redacted] has been actively involved.
I believe that I briefly mentioned this to you as something we were working to get into the right channels a couple years ago before it really came into focus. I anticipate that any subsequent USAR actions would probably fall in the training and/or acquisition arenas. [redacted]

----- Original Message -----
From: [redacted]
Sent: Monday, September 08, 2014 04:06 PM
To: Rhoads, Stephen J CIV (US)
Cc: [redacted]
Subject: RE: Response to your RFI (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Mr. Rhoads! Many Thanks for the explanation... I still do not know what this has to do with me or as my role as the [redacted] I just called your Office! No answer...

Many Thanks! [redacted]

I am An Army Reserve Soldier and I am Ready!

TWICE THE CITIZEN! ARMY STRONG!

-----Original Message-----
From: Rhoads, Stephen J CIV (US)
Sent: Monday, September 08, 2014 2:27 PM
To: [redacted]
Cc: [redacted]
Subject: Response to your RFI (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Sir,
There has been an ongoing investigation since 2009 involving The University of Management and Technology in Arlington, Virginia. The following information is unclassified.
A PLA (China) Colonel, Yan Ping Chen, has been found to have been operating here in the U.S. since the mid 90's. She is currently the President of the above mentioned university. She has compromised the identities and military training records of thousands of Soldier's. She is also receiving hundreds of thousands of dollars each month in T.A. funding

from the DoD, and G.I. bill funding from the V.A. The DoD just signed a new MOU with UMT back in July, that would allow COL Chen to continue her current operation for another 5 years. I aim to stop that from continuing. This matter will soon be in the public eye. As an Army Officer, I will not let my senior leaders be caught with their pants down on an issue of this importance. I am inviting you to this briefing, so that we can have the opportunity to put a fix it plan in place for the effected Soldiers and their dependants. I have generated an appropriate COA, which I can brief in person, or via a secured platform. I cannot advise you of my position in this investigation via email. If you are co-located with [redacted] he would be able to fill you in a bit better. It is my hope that with the other agencies involved we can be proactive instead of reactive in dealing with this situation.

I know it may be difficult to put together a good picture of what is going on from the little bit of information I mention above. Again, please feel free to call.

Thank you Sir.

STEPHEN J. RHOADS

[redacted]

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE