# CONFIDENTIAL - FILED UNDER SEAL

# EXHIBIT 37

CLASSIFIED BY: NSICG [redacted] (S)
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2040
DATE: 02-26-2021

**[redacted] (SSA-14) (WF) (FBI)**

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED EXCEPT WHERE SHOWN OTHERWISE

**From:** [redacted] (SSA-14) (WF) (FBI) <[redacted] (SSA 14)@fbi.sgov.gov>
**Sent:** Monday, May 18, 2015 7:58 AM
**To:** [redacted] (SSA-4) (CD)(FBI)
**Subject:** RE: Yanping Chen DoD binder --- ~~SECRET//~~NOFORN

Classification: ~~SECRET~~//NOFORN

~~Classified By: [redacted] (S)~~
~~Derived From: FBI NSIC dated 20130301~~
~~Declassify On: 20401231~~
==========================================================

Good morning [redacted] (SSA-4) Anything you can do to push this with [redacted] (G) would be appreciated. Next week will be Tim's last week at WFO, and both this and next week will be short due to the holiday. Thanks.
[redacted] (SSA-14)

---

**From:** [redacted] (SSA-4) (CD)(FBI)
**Sent:** Monday, May 18, 2015 7:54 AM
**To:** PAPPA, TIMOTHY S (WF) (FBI)
**Cc:** [redacted] (SSA 14) (WF) (FBI); [redacted] (SSA 15) (CD)(FBI); [redacted] (SSA 4) (CD)(FBI)
**Subject:** FW: Yanping Chen DoD binder --- ~~SECRET//~~NOFORN

Sorry, I was reading my email from the bottom up. I will speak to [redacted] (SSA-15) about this today.

Thanks,
[redacted] (SSA-4)

---

**From:** PAPPA, TIMOTHY S (WF) (FBI)
**Sent:** Friday, May 15, 2015 2:29 PM
**To:** [redacted] (SSA 15) (CD)(FBI)
**Cc:** [redacted] (SSA 4) (CD)(FBI); [redacted] (SSA-14) (WF) (FBI)
**Subject:** Yanping Chen DoD binder --- ~~SECRET~~//NOFORN

Classification: SE[redacted]RET//NOFORN

~~Classified By: [redacted] (S)~~
~~Derived From: FBI NSIC, dated 20120629~~
~~Declassify On: 20401231~~
==========================================================

[redacted] (SSA 15)

I left the binder on your seat.

To review, when we met with the relevant DoD components on April 28, 2015, (USDI Intelligence, etc), they requested all relevant unclassified case information on Yanping Chen from us, in particular relevant materials from the December 2012 search of Chen's residence and business.

The binder includes roughly 90% material from the search – the remaining content are transcripts of unclassified [redacted] consensual monitoring with Chen. EDVA is aware of us providing this material to DoD and encouraged us to do so, under our USG obligations and authorities (Privacy Act, etc).

All of this material is Unclassified.

We're requesting the green light from HQ to provide this binder to USDI etc with use authority to suspend and ultimately terminate its MOU with the University of Management and Technology, and pursue contract debarment, if they choose to do so.

In May 2014, DoD added a clause or provision to their MOU that allows them to suspend and terminate an MOU with a civilian school based on national security grounds. DoD made this change because of this case and in anticipation of material we could provide for their use. In doing so, they will be setting a precedent for use of the provision and ultimately change DoD policy regarding vetting and review of these MOUs with schools that may have a foreign nexus. As it is, Chen has made approximately $20 million since the late 1990s just from U.S. military Tuition Assistance and GI Bill funds, which she remains eligible for because of her MOU with DoD. If the MOU is suspended and terminated, that money will stop, and US military can no longer attend that school unless they want to pay their way. This will effectively neutralize UMT and Chen's targeting of US military personnel.

For backgroun[redacted] (S)

Please let us know if you have any questions. Can you please provide an estimate of how HQ will obtain approval for us to provide this binder to DoD (i.e. [redacted] review, etc?) so we can convey our estimate timeline in general terms to DoD.

We tentatively have a briefing with senior DoD USDI etc personnel on May 27, 2015, at [redacted] for them to make a determination. That will be based in part on the content in this binder and my briefing.

Tim

==========================================================
Classification: SEC[redacted]RET//NOFORN

==========================================================
Classification: SEC[redacted]RET//NOFORN