# Exhibit C

**From:** Rhoads, Stephen J CIV (US) <stephen.j.rhoads.civ@mail.mil>
**Sent:** Thursday, April 16, 2015 12:56 PM PDT
**To:** ████████████████████████████
**Subject:** FW: last week (UNCLASSIFIED)
**Attachment(s):** "attachment.00000"

Classification: UNCLASSIFIED
Caveats: NONE


-----Original Message-----
From: Pappa, Timothy S. (WF) (FBI) [mailto:Tim.Pappa@ic.fbi.gov]
Sent: Thursday, April 16, 2015 2:59 PM
To: Rhoads, Stephen J CIV (US)
Subject: last week

Stephen


This affidavit (another case) was publicly unsealed last week.  Not only was
this person not charged, but media has not picked up on this at all. I'm
kind of surprised.by the media's unawareness.




Classification: UNCLASSIFIED
Caveats: NONE

Confidential - Subject to Protective Order

# Unable to Process

Confidential - Subject to Protective Order

RHOADS (GOVT) 000040