# Exhibit D

| | |
|---|---|
| **From:** | Rhoads, Stephen J CIV (US) |
| **Sent:** | Wednesday, April 22, 2015 8:48 AM |
| **To:** | |
| **Subject:** | Case has gone public (UNCLASSIFIED) |

Classification: UNCLASSIFIED
Caveats: NONE

Sir,
    Phase 1 has gone public.  COL Chen's story hits next week.  I don't think you were briefed in depth on the Ms. Goa situation in the article below.  The two are related.  Thanks for all of your support.

Mr. Rhoads


http://video.foxnews.com/v/4186627891001/fbi-china-paid-state-dept-contractor-to-spy-on-us/#sp=show-clips&v=4186627891001

Classification: UNCLASSIFIED
Caveats: NONE

1