# Exhibit E

| | |
|---|---|
| **From:** | Pappa, Timothy S. (CYD) (FBI) <Tim.Pappa@ic.fbi.gov> |
| **Sent:** | Thursday, June 18, 2015 9:07 AM |
| **To:** | Rhoads, Stephen J CIV (US) |
| **Subject:** | RE: Security NewsWatch (UNCLASSIFIED) |

http://www.wsj.com/articles/former-cia-chief-says-government-data-breach-could-help-china-recruit-spies-1434416996

The UMT stuff would be very timely...now..

-----Original Message-----
From: Rhoads, Stephen J CIV (US) [mailto:stephen.j.rhoads.civ@mail.mil]
Sent: Friday, April 24, 2015 10:51 AM
To: Pappa, Timothy S. (WF) (FBI)
Subject: RE: Security NewsWatch (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

You're very welcome.

-----Original Message-----
From: Pappa, Timothy S. (WF) (FBI) [mailto:Tim.Pappa@ic.fbi.gov]
Sent: Friday, April 24, 2015 10:48 AM
To: Rhoads, Stephen J CIV (US)
Subject: RE: Security NewsWatch (UNCLASSIFIED)

Thanks for sharing this with me.

-----Original Message-----
From: Rhoads, Stephen J CIV (US) [mailto:stephen.j.rhoads.civ@mail.mil]
Sent: Friday, April 24, 2015 10:39 AM
To: Pappa, Timothy S. (WF) (FBI)
Subject: FW: Security NewsWatch (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

You are the top story, and mentioned by name in the DoD restricted daily news brief.  That's a big deal on this side of the fence.   Good job brother.

Stephen

ALCON,

Good Afternoon,

In this issue — April 23, 2015

1

Confidential - Subject to Protective Order

DOD_00000262

*   State Dept. contractor allegedly paid by China to spy on Americans
*   Prosecutors urge 'severe' sentence for ex-CIA officer in leak case
*   Feds Heighten Scrutiny of TSA Screeners to Thwart Insider Threat
*   Employee Training Key to Cyber Threat Detection
*   Key trends and opportunities in the information security profession
*   Securing the E-Workplace: Understanding the New Threats
*   Five Simple Steps to Protect Corporate Data
*   Russian cyber attackers used two unknown flaws: security company
*   Cyber spies hacked Israeli army networks, security researchers say
*   1 in 4 employees enable cloud attacks
*   If You Think Security Awareness Education is Expensive, Try Ignorance
*   Ramp up cyber security on boardroom agenda or face investor flight

---

State Dept. contractor allegedly paid by Chinese agent to spy on Americans – yet no charges filed (Foxnews.com, 4/22/15)

Newly unsealed court documents obtained by Fox News show a State Department contractor allegedly was paid thousands by an individual thought to be a Chinese agent in exchange for information on Americans -- but despite an FBI probe, the Justice Department declined to prosecute. A November 2014 FBI affidavit, filed in the U.S. District Court for the District of Maryland, shows the bureau investigated the contractor for her admitted contact with individuals she believed to be Chinese intelligence officers.

The affidavit from agent Timothy S. Pappa states the translator, Xiaoming Gao, was paid "thousands of dollars to provide information on U.S. persons and a U.S. government employee." According to the documents, she admitted these meetings took place in hotel rooms in China for years, where she reported on her "social contacts" in the U.S. to an individual who went by the name of "Teacher Zhao." he detailed affidavit even goes on to say the translator briefly lived, "for free," with a State Department employee -- who held a top-secret clearance and designed high-security embassies, including the U.S. compound in Islamabad, Pakistan. More <http://www.foxnews.com/politics/2015/04/21/state-dept-contractor-allegedly-paid-by-chinese-agent-to-spy-on-americans-yet/>

Federal prosecutors urge 'severe' sentence for ex-CIA officer in leak case (Wash. Post, 4/21/15)

Federal prosecutors on Monday urged a judge to impose a "severe" sentence on a former CIA officer convicted of giving classified information to a New York Times reporter, arguing that the officer's case was unique and that a stiff penalty would dissuade others with access to government secrets from giving them away.

Prosecutors did not recommend a prison term for Jeffrey Sterling, 47, but they said they thought the probation office had correctly calculated the range in the federal sentencing guidelines as 19 years 7 months on the low end and 24 years 5 months on the high end. Sterling was convicted of nine criminal counts in January after jurors determined unanimously that he gave a Times reporter classified information about a secret operation to put faulty nuclear plans in the hands of Iranian officials. More <http://www.washingtonpost.com/local/crime/federal-prosecutors-urge-severe-sentence-for-ex-cia-agent-in-leak-case/2015/04/21/4c8d1f5e-c001-4757-9b2a-50adf23b8d3c_story.html>
<http://www.hstoday.us/briefings/daily-news-analysis/single-article/usis-breach-may-open-door-to-foreign-agent-recruitment/a4a16d060a14ef76dbb85dc96c4750df.html>

---

Feds Heighten Scrutiny of TSA Screeners and Aviation Staff to Thwart Insider Threat (Nextgov.com, 4/20/15)

2

Transportation Security Administration and aviation industry employees will be subjected to heightened electronic surveillance following several incidents involving insiders who abused their badges to traffic guns, federal officials announced Monday. Among the actions that kick in immediately are random passenger-like screening of airline employees throughout the workday and biennial criminal history checks, until there is a system in place for "real-time recurrent" FBI background checks for all aviation workers, officials said.

TSA potentially also might monitor social media communications of individuals near certain airports, as well as suspect employees. And threat assessments of employees could be expanded to include cross-checks of employee information against additional U.S. and international watch lists. The new and prospective measures stem from an advisory panel report the Department of Homeland Security requested after a former baggage handler last December allegedly helped smuggle loaded guns aboard a Hartsfield-Jackson Atlanta International Airport plane bound for New York City. More <http://www.nextgov.com/defense/2015/04/big-brother-oversee-tsa-screeners-and-other-airport-employees/110590/?oref=nextgov_today_nl>

_____

FireEye's Kevin Mandia: Employee Training Key to Cyber Threat Detection (Executivebiz.com, 4/20/15)

FireEye President Kevin Mandia has recommended enterprises emphasize training of employees in order to build up the human aspects of cyber threat detection efforts, CNBC reported Sunday. The goal is for 10 percent of a tainted email's recipient to alert security staff to a potential threat, Mandia told CNBC.

He told the network one factor that helps hackers to succeed is an insider threat, which sees an employee click on links contained in malicious e-mails. "If you have a company of 100,000 people, you're never gonna get all 100,000 people to never open that link," he told CNBC. Mandia also said mobile devices are less vulnerable to cyber attacks than computers, according to the report. More <http://blog.executivebiz.com/2015/04/fireeyes-kevin-mandia-employee-training-key-to-cyber-threat-detection/>

_____

Key trends and opportunities in the information security profession (HelpNet Security, 4/20/15)

Companies and organizations are increasingly struggling to manage threats, avoid errors and are taking longer to recover from cyberattacks. The results of the (ISC)2 Global Information Security Workforce Study (GISWS) conducted by Frost & Sullivan reveal that the security of businesses is being threatened by reports of understaffed teams dealing with the complexity of multiple security technologies.

Security spending is increasing across the board for technology, personnel and training. Further, companies are planning to invest more in tools and technologies. However, complexity due to threats evolving faster than vendors can advance their products led two-thirds of respondents to suggest that a new phenomenon known as "technology sprawl" is undermining effectiveness. Frost & Sullivan estimate that the global workforce shortage will widen to 1.5 million in five years; with the variety and sophistication of cyber-threats expected to continue. More <http://www.net-security.org/secworld.php?id=18239>

_____

Securing the E-Workplace: Understanding the New Threats (NSI.org, 4/20/15)

Today's workplace is as mobile as the electronic devices that we use.  As the use of mobile devices and cloud computing explodes around the globe, concerns about the security of sensitive information are increasing. Data breaches are occuring with alarming frequency throughout the mobile device environment, in all industry sectors and among governments around the world.

3

Confidential - Subject to Protective Order

While the field of information security has always been volatile, technology changes are now faster and more threatening than ever.  Cybersecurity consultant Robby Ann Carter, will analyze emerging cyberthreats, threat actors, attack surfaces, and their vectors of choice at the upcoming NSI IMPACT '15 Conference on April 27-29 at the Westfields Marriott in Chantilly, VA. Attendees will gain expert advice on how their organizations can better prepare for, defend against, and respond to cyber risks.

To learn more, go to: http://www.nsi.org/impact-2015.html

---

Five Simple Steps to Protect Corporate Data (WSJ.com, 4/19/15)

Maybe stopping hackers isn't always that hard. That may be difficult to imagine if you follow the headlines. In late 2013, America entered the age of the megabreach when Target Corp. lost 40 million credit-card numbers to Russian-speaking hackers. Since then there's been Home Depot Inc., Adobe Systems Inc., J.P. Morgan Chase & Co., eBay Inc., Anthem Inc., to name just a few.

The menace isn't going away—it's too profitable for those behind it. But there are a lot of smart people in computer security who think this barrage of headlines doesn't have to be the new normal.And a lot of their suggestions have nothing to do with spy-grade technology, unplugging everything from the Internet or turning cyberspace into a battlefield. (And there are credible executives, scholars and Army generals who propose all three.) More <http://www.wsj.com/articles/five-simple-steps-to-protect-corporate-data-1429499477>

---

Russian cyber attackers used two unknown flaws: security company (Reuters, 4/18/15)

A widely reported Russian cyber-spying campaign against diplomatic targets in the United States and elsewhere has been using two previously unknown flaws in software to penetrate target machines, a security company investigating the matter said on Saturday. FireEye Inc, a prominent U.S. security company, said the espionage effort took advantage of holes in Adobe Systems Inc's Flash software for viewing active content and Microsoft Corp's ubiquitous Windows operating system.

The campaign has been tied by other firms to a serious breach at U.S. State Department computers. The same hackers are also believed to have broken into White House machines containing unclassified but sensitive information such as the president's travel schedule. FireEye has been assisting the agencies probing those attacks, but it said it could not comment on whether the spies are the same ones who penetrated the White House because that would be classified as secret. More <http://www.reuters.com/article/2015/04/18/us-russia-cyberattack-idUSKBN0N90RQ20150418>

---

Cyber spies hacked Israeli army networks, security researchers say (Haaretz.com, 4/17/15)

Hackers have managed to penetrate computer networks associated with the Israeli military in an espionage campaign that skillfully packages existing attack software with trick emails, according to private security researchers. The Israel Defense Forces said it had no knowledge of the alleged hacking. According to the researchers, the 4-month-old effort, most likely by Arabic-speaking programmers, shows how the Middle East continues to be a hotbed for cyber espionage and how widely the ability to carry off such an attack has spread.

Confidential - Subject to Protective Order

DOD_00000265

Waylon Grange, a researcher with security firm Blue Coat Systems Inc who discovered the campaign, said the vast majority of the software was cobbled together from widely available tools, such as the remote-access Trojan called Poison Ivy. The hackers were likely working on a budget and had no need to spend much on tailored code, Grange said, adding that most of their work appears to have gone into so-called social engineering, or human trickery. The hackers sent emails to various military addresses that purported to show breaking military news, or, in some cases, a clip featuring "Girls of the Israel Defense Forces." Some of the emails included attachments that established "back doors" for future access by the hackers and modules that could download and run additional programs, according to Blue Coat More <http://www.haaretz.com/news/diplomacy-defense/1.652349>

---

1 in 4 employees enable cloud attacks (HelpNet Security, 4/17/15)

While businesses are clearly embracing the power of cloud applications with each organization collaborating with an average of 865 other organizations - internal users, external collaborators and third-party apps are dramatically increasing the threat surface for new cloud cyberattacks.

CloudLock examined more than 750 million files, 77,500 apps and six million users in the cloud. Their research indicates that nearly one in four employees, unknowingly or not, violates corporate data security policy in public cloud applications. On average, each organization has a staggering 4,000 instances of exposed credentials. These usernames and passwords were either accessible across the entire company, externally, or, in the most severe cases, publicly - a cybersecurity attack waiting to happen. More <http://www.net-security.org/secworld.php?id=18232>

---

If You Think Security Awareness Education is Expensive, Try Ignorance (Exchangemagazine.com, 4/16/15)

Facts surrounding spear phishing all point to employees as the most cited culprits and security awareness training as the most effective remedy. Recent research sponsored by KnowBe4 shows email spear phishing is now the number one source of data breaches with human error at the bottom of it all. A new study released from Osterman Research says 67% of respondents say malware has successfully penetrated their corporate networks through email with web surfing a close second at 63%. Another 23% say malware has infiltrated their networks but they still don't know how.

With 91% of successful data breaches coming from a phishing or spear-phishing email, KnowBe4 has increased its toolset to include more advanced anti-phishing tools with good results. In a 12 month period of time, KnowBe4 analyzed 3600 phishing tests sent out to 291,000 seats. The results showed the top 4 click-bait emails which all bring in double-digit clicks: LinkedIn Inmail at 19.9%, an email from "IT" to change your password at 18.8%, Amazon at 13.7%, and UPS at 11.4%. While a recent Proofpoint study says 1 in 10 users typically click on a malicious URL, the most recent Verizon report puts the open rate of phishing emails average at 23% and the click-through rate at 11%. More <http://www.exchangemagazine.com/morningpost/2015/week15/Thursday/15041609.htm>

---

Ramp up cyber security on boardroom agenda or face investor flight, KPMG survey shows (Financialdirector.co.uk, 4/16/15)

Eight out of ten global institutional investors would not invest in a hacked business, a KPMG survey has revealed. The Big Four firm's research found that 79% of the 133 institutional investors with over $3 trillion n under management taking part in the exercise would be discouraged from financially backing a business that has been subjected to a cyber attack. Investors believe that under half the boards of the companies they invest in have the appropriate skills to manage cyber risk or manage innovation and risk in the digital world.

Confidential - Subject to Protective Order

DOD_00000266

Such sentiment was mirrored in a recent KPMG survey of FTSE 350 businesses which found that 39% of boards and management agreed they were severely lacking in their understanding of this area. Malcolm Marshall, global head KPMG's cyber security practice, said: "Investors see data breaches as a threat to a company's material value and feel discouraged in investing in a business that has had its sensitive information compromised." He suggests that boards need to take a number of steps to improve the situation such as understanding and approaching cyber security as a business risk issue, not just a problem for IT. More <http://www.financialdirector.co.uk/print_article/financial-director/news/2404333/ramp-up-cyber-security-on-boardroom-agenda-or-face-investor-flight-kpmg-survey-shows>

_____

V/r,



Comm: ▉▉▉▉▉   or ▉▉▉▉▉
SDO: ▉▉▉▉▉
FAX (UNSECURE) ▉▉▉▉▉
NIPR: ▉▉▉▉▉
SIPR: ▉▉▉▉▉

IMPORTANT: The electronic message is exclusively for use by the person to whom it is addressed. This message may contain information that is confidential or privileged and exempt from disclosure under applicable law.
If the reader of this message is not the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or use of its contents, is prohibited. If you have received this message in error, please immediately notify the sender and delete this message from all data storage systems. Thank you.



Classification: UNCLASSIFIED
Caveats: NONE



Classification: UNCLASSIFIED
Caveats: NONE



Classification: UNCLASSIFIED
Caveats: NONE

Confidential - Subject to Protective Order

DOD_00000267