# Exhibit I

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 08-03-2021 BY (S)  NSICG

| Date UTC | Internal Phone Number | Type of Message | From (Formatted) | To (Formatted) | Body | Type |
|---|---|---|---|---|---|---|
| 2015-04-28 17:26:46, Tue | | INBOX | (SSA-7) | | Tim,\n\n (G), (K), (I)  (G), (K), (I)  (G), (K), (I)  (S)  (G), (K), (I)  (S)  (G), (K), (I)  (SSA-7)  (G), (K), (I) | mms |
| 2015-04-30 23:17:16, Thu | | OUTBOX | | | Can you send me ███ cell number? | sms |
| 2015-04-30 23:19:53, Thu | | OUTBOX | | | Thanks | sms |
| 2015-05-09 22:34:57, Sat | | OUTBOX | | | Btw, I got selected for an hq position, starting June 1. I'm making the yanping package for dod my priority until I leave | sms |
| 2016-11-22 22:25:36, Tue | | INBOX | | | A 1 hour special will air in December on the Fox News Channel called Sex, lies, and Chinese Spies. Commercials will hot the air around the first. I think | sms |
| 2016-11-22 22:26:13, Tue | | INBOX | | | you will find this show quite interesting. | sms |
| 2017-01-30 01:14:50, Mon | | INBOX | | | Feb 20th | sms |
| 2017-01-31 13:14:34, Tue | | OUTBOX | | | Stephen everyone involved on this case is against this story, including myself. It's going to do far more harm than good. | sms |
| 2017-01-31 13:17:22, Tue | | OUTBOX | | | I don't think it will accomplish anything before it disappears in the 24 hour news cycle. But the impact on our side will be lasting on several different fronts, and all negative. | sms |
| 2017-01-31 13:17:57, Tue | | OUTBOX | | | I know there's nothing that can be done to stop them, but, I don't support it. | sms |
| 2017-01-31 16:05:07, Tue | | INBOX | | | I don't want anything bad to happen. I'll try to back out. | sms |
| 2017-01-31 16:26:41, Tue | (Pappa 1) | INBOX | | | always be held in my highest regard. I hope that your and your family continue to be blessed. You will be in my prayers. You're a great American Tim. I t | sms |
| 2017-01-31 16:26:41, Tue | | INBOX | | | I understand Sir. Trust me, I get the big picture. You are a man and investigator of the highest caliber. My level of respect for you and your team will | sms |
| 2017-01-31 16:26:43, Tue | | INBOX | | | hank you for all that you have and will do in your career. God bless. I will still try to quiet things down. | sms |
| 2017-02-21 22:38:13, Tue | | INBOX | | | You were absolutely right. I set this thing in motion with the media years ago and can't turn it off now. I was able to get it delayed for a few days. Th | sms |
| 2017-02-21 22:39:19, Tue | | INBOX | | | e stuff they put together is really worthless after seeing parts of the script. All that's going to happen is people will get pissed off, and the story w | sms |
| 2017-02-21 22:39:28, Tue | | INBOX | | | ill disappear just like you said. Story airs on Special Report with Brett Baird at 6 p.m. tomorrow or Thursday night. This sucks. Sorry Sir. | sms |
| 2017-02-25 00:15:30, Sat | | OUTBOX | | | It's the top story on fox news. It's a pretty incredible story. | sms |
| 2017-02-25 00:23:19, Sat | | INBOX | | | I hope and pray it doesn't screw anything up. I tried very hard to turn it off. | sms |
| 2017-02-25 00:32:24, Sat | | OUTBOX | | | No its pretty awesome, including the quote about dod saying they were going to review the mou | sms |
| 2017-02-27 20:30:44, Mon | | OUTBOX | | | Interested in reaction from military circles ...? | sms |
| 2017-02-27 20:31:27, Mon | | OUTBOX | | | Wondering if you've heard anything | sms |

| Date | | Folder | | Message | Type |
|---|---|---|---|---|---|
| 2017-02-27 20:34:12, Mon | | INBOX | | Phones been blowing up. Meet with some generals on 21 Mar in Texas. Congress members have contacted Fox news. I think the MOU is getting suspended very s | sms |
| 2017-02-27 20:34:16, Mon | | INBOX | | oon. All good things. I was a bit scared, but feel a bit at ease now. | sms |
| 2017-02-27 20:34:41, Mon | | OUTBOX | | Me too | sms |
| 2017-02-27 20:34:51, Mon | | OUTBOX | | The story was fantastic | sms |
| 2017-02-27 20:35:33, Mon | | OUTBOX | | I appreciate them not naming me | sms |
| 2017-02-27 20:35:45, Mon | | INBOX | | Tried not to point fingers. They took most of my suggestions | sms |
| 2017-02-27 20:37:04, Mon | | OUTBOX | | Time to talk now? | sms |
| 2017-02-28 16:51:01, Tue | | INBOX | | I'll be available to talk all day long. | sms |
| 2017-04-04 01:26:09, Tue | | INBOX | | The follow-up story airs on 13 Apr. Finally got a home run. You will be very happy with what happen in the next couple weeks. I thank you again for all t | sms |
| 2017-04-04 01:26:14, Tue | | INBOX | | hat you have done. You will finally be able to smile about all of this. | sms |
| 2017-04-04 01:26:46, Tue | | INBOX | | It finally got to the top | sms |
| 2017-04-09 23:40:27, Sun | | INBOX | | Dod confirmed Friday UMT under review due  Fox report. | sms |
| 2017-04-12 23:33:09, Wed | | INBOX | | Check your email Tim. You are about to be a very happy man. God bless you brother | sms |
| 2017-04-12 23:34:22, Wed | | INBOX | | I hope I have the right address \ntim.pappa@ci.fbi.gov | sms |
| 2017-04-13 00:58:33, Thu | | OUTBOX | | Tim.pappa@ic.fbi.gov | sms |
| 2017-04-13 00:58:47, Thu | | OUTBOX | | You had the I and c mixed up | sms |
| 2017-04-13 00:59:08, Thu | | OUTBOX | | I haven't heard anything | sms |
| 2017-04-13 01:00:39, Thu | | INBOX | | Stand by. You're gonna love this. | sms |
| 2017-04-13 01:05:17, Thu | (Pappa 1) | INBOX | | Ok. Email sent. This will get me a phone call from you ass. Lol | sms |
| 2017-04-13 01:11:36, Thu | | OUTBOX | | Haha yes I got it. I'm dealing with the kids right now so how about I call you on Friday? Would that work? Yes, that was something! | sms |
| 2017-04-13 01:12:15, Thu | | INBOX | | Sounds good | sms |
| 2017-04-13 01:12:27, Thu | | INBOX | | Hope you're happy | sms |
| 2017-04-13 01:14:42, Thu | | OUTBOX | | I am. But either way, I appreciate how you've put your heart into this. More than anyone else. I know what drives you. You're looking out for your brothers and sisters in uniform and this country. I know it's behind everything you do. | sms |
| 2017-04-13 01:16:07, Thu | | INBOX | | Absolutely | sms |
| 2017-07-07 02:00:02, Fri | | INBOX | | Just sent you an email. I didn't know the atached document was out there in the wind. | sms |
| 2017-07-07 13:24:52, Fri | | OUTBOX | | I wasn't able to view any content. What is it? You changed your email address? | sms |
| 2017-07-07 15:38:55, Fri | | INBOX | | Criminal complaint you submitted on 03 Dec 2012. I guess it got unsealed. I will resend. Email address is the same. | sms |
| 2017-07-07 16:24:53, Fri | | INBOX | | Resent it to you. Always have trouble with attachments, when I send emails from my phone. My apologies | sms |