# Exhibit J



| | | |
|---|---|---|
| From: | ███ (SSA-2) ███ (CD) (FBI) <███ (SSA-2) ███@fbi.sgov.gov> | |
| Sent: | Friday, March 3, 2017 9:13 AM | |
| To: | ███ (SSA-15) ███ (CD) (FBI) | |
| Cc: | ███ (SSA-1) ███ (WF) (FBI); ███ (SSA-2) ███ (CD) (FBI); ███ (SSA-5) ███ (WF) (FBI) | |
| Subject: | Fox News Article Update --- SECRET//NOFORN/ (A), (H) | |

```
Classification: SECRET//NOFORN/ (A), (H)
Classified By:  ███ (S)
Derived From: FBI NSIC dated 20130301
Declassify On: 20421231
================================================
```

(SSA-15)
Per (G) CHEN Yanping has filed a motion to have all the evidence seized at the 2012 search returned. The FBI-WF CDC and AUSA feel there is no real reason not to return it. We have copies of all the important information. Additionally, FBI and DoD lawyers are trying to get together to discuss what can be done regarding the MOU between DoD and UMT that allows them to receive military funding. The MOU goes through 2019, but they would like to use national security as a reason to terminate the MOU early. Additionally, I contacted the FBI National Press Office for their interactions regarding Fox News on this matter. I have not yet heard back from them.

In 2012 the FBI received a FOIA request for information regarding Chen and her business, the Yankee Clipper Group. The request was made by a reporter from the American Independent, Siddhartha Mahanta. The request on information regarding Chen was denied for privacy reasons. For Chen's business, no responsive records were located and this was communicated to the requestor. For Yankee Clipper Group, potentially responsive file were identified, but could not be located and thus could not process. Therefore, no records related to Chen or the case were released as part of this FOIA request.

<u>A summary of the article is below. In reviewing the article and comparing it to the case file, there appears to be FBI information contained in the story. (Note: As part of the case a binder containing most of the case documents was sent to DOD which likely contained all of the information below.):</u>

Fox News claims to have a 2012 FBI interview summary of Chen. In the interview, she denied she ever was a colonel in the PLA. She characterized the Chinese space program as a "civilian agency."
   Note: This appears to be from the joint FBI, NCIS, HIS/ICE interview conducted following execution of the search warrant in December 2012. In the 302, Chen used the phrase "civilian agency" to describe the space program. She also denied she was a colonel in the PLA during this interview.

The article states that: Before the 2012 raid, Chen's daughter Lele Wang told the FBI that "'Contractors' in the UMT Beijing Office have [administrator] privileges" to access the student database.
   Note: The FBI interviewed Wang in May 2012 and the 302 appears to use these exact words. In the 302, administrators is misspelled which may explain why the article corrected the spelling with brackets.

The article states the federal probe into Chen was a counter-intelligence case, known as a "200d".
   Note: The case on Chen is ███ (Chen File #), (F) ███.

Stephen Rhoads gave Fox News an exclusive interview. He says he worked with the FBI on the case. Rhoads recalled he was instructed by the FBI to tell Chen that he was going to testify before a Virginia grand jury. ███
   Notes: ███
              (A), (G)                              (G)

████████████████████████████████ (A), (G)
████████████████████

Emails obtained by Fox News show Rhoads and at least one FBI agent alerted the Defense Department to the PLA connections. An FBI agent in one email exchange wrote, "I let my management and the AUSAs [assistant U.S. attorneys] know about her renewal with DoD."
    Note: ████████████████████████████ (A), (G)
████████████████████████████████

## Summary:

Title: Fox News investigation: DoD-funded school at center of federal probes over suspected Chinese military ties
Authors: By Catherine Herridge, Pamela K. Browne, Cyd Upson
Published: February 24, 2017
http://www.foxnews.com/politics/2017/02/24/fox-news-investigation-dod-funded-school-at-center-federal-probes-over-suspected-chinese-military-ties.html

Content: The University of Management and Technology in Rosslyn, Va., was opened in 1998, with a campus in Beijing and "partnerships" with universities around the world. The FBI, the Justice Department, the Pentagon, Immigration and Customs Enforcement, and the Naval Criminal Investigative Service (NCIS) were interested in UMT since at least 2012 -- and perhaps as early as 2009. In December 2012, the FBI raided UMT and the northern Virginia home of university president Yanping Chen Frame and its academic dean, her husband J. Davidson Frame. It was a counter-intelligence case, known as a "200d".

Stephen Rhoads, a military veteran turned whistleblower who says he worked with the FBI on the case, gave Fox News an exclusive interview. Rhoads recalled he was instructed by the FBI to tell Chen that he was going to testify before a Virginia grand jury. Emails obtained by Fox News show Rhoads and at least one FBI agent alerted the Defense Department to the PLA connections. An FBI agent in one email exchange wrote, "I let my management and the AUSAs [assistant U.S. attorneys] know about her renewal with DoD."

Fox News reviewed Chen's immigration records where she consistently denied ties to the Chinese or any foreign military. When asked, "Have you ever been a member of, or in any way affiliated with, the communist party or any other totalitarian regime?" Chen checked "no." She would later become a naturalized U.S. citizen. [The article displayed a picture of Chen in a PLA military uniform] Dennis Blasko is quoted regarding the picture. Blasko worked as a military attache in China.

Fox News claims to have a 2012 FBI interview summary of Chen. In the interview, she denied she ever was a colonel in the PLA. She characterized the Chinese space program as a "civilian agency." Ray Fournier opined on her immigration status. He worked with the State Department's office of diplomatic security for more than 20 years and worked for the Joint Terrorism Task Force in San Diego. Before the 2012 raid, Chen's daughter Lele Wang told the FBI that "'Contractors' in the UMT Beijing Office have [administrator] privileges" to access the student database.

Sources told Fox News that Assistant U.S. Attorney for the Eastern District of Virginia James P. Gilllis got the case, but there was a disagreement with the FBI over how to proceed, based on the case law and the extent to which sources and methods would be revealed. Neither the FBI nor a spokesman for Gillis would comment to Fox News but separately, a spokesman for NCIS said they cannot comment on an "ongoing investigation." A FOIA request filed by Fox News confirmed an NCIS investigative file for UMT.

```
From: ▓▓▓ (SSA-15) ▓▓▓ (CD) (FBI)
Sent: Wednesday, March 01, 2017 1:47 PM
To: ▓▓▓ (SSA-2) ▓▓▓ (CD) (FBI)
Subject: FW: (G) Daily Updates - 2/27/2017 --- SECRET//NOFORN▓▓▓ (A), (H)

Classification: SECRET//NOFORN/▓▓▓ (A), (H)
Classified By: ▓▓▓ (S)
Derived From: FBI NSIC dated 20130301
Declassify On:  20421231
========================================================
```

(SSA-2)

DAD (S) asked for a summary of this new segment and WFO's actions.

Please come by to discuss guidance.

(SSA-15)

```
From: ▓▓▓ (SSA-15) ▓▓▓ (CD) (FBI)
Sent: Monday, February 27, 2017 9:59 AM
To: ▓▓▓ (S) ▓▓▓ (CD) (FBI); ▓▓▓ (SA-7) ▓▓▓ (CD) (FBI); ▓▓▓ (S) ▓▓▓ (CD) (FBI); ▓▓▓ (S)
    ▓▓▓ (CD) (FBI); ▓▓▓ (S) ▓▓▓ (CD) (CON); ▓▓▓ (SSA-2) ▓▓▓ (CD) (FBI); ▓▓▓ (S) ▓▓▓ (CD) (FBI); ▓▓▓ (S)
    ▓▓▓ (CD) (FBI)
Subject: FW: (G) Daily Updates - 2/27/2017 --- SECRET//NOFORN▓▓▓ (A), (H)

Classification: SECRET//NOFORN/▓▓▓ (A), (H)
Classified By: ▓▓▓ (S)
Derived From: FBI NSIC dated 20130301
Declassify On:  20421231
========================================================
```

FYSA

```
From: ▓▓▓ (SSA-15) ▓▓▓ (CD) (FBI)
Sent: Monday, February 27, 2017 9:58 AM
To: ▓▓▓ (SSA-5) ▓▓▓ (CD) (FBI); ▓▓▓ (S) ▓▓▓ (CD) (FBI); ▓▓▓ (S) ▓▓▓ (CD) (FBI); ▓▓▓ (S)
    ▓▓▓ (CD) (FBI); ▓▓▓ (S) ▓▓▓ (CD) (FBI); ▓▓▓ (S) ▓▓▓ (CD) (FBI); ▓▓▓ (S) ▓▓▓ (CD) (FBI)
Subject: (G) Daily Updates - 2/27/2017 --- SECRET//NOFORN/▓▓▓ (A), (H)

Classification: SECRET//NOFORN/▓▓▓ (A), (H)
Classified By: ▓▓▓ (S)
Derived From: FBI NSIC dated 20130301
Declassify On:  20421231
========================================================
```

**3A**

**Title:** Chen Yanping (Chen)
**Office:** WFO
**Case Number:** (Chen File #), (F)

**Recent Development:** (U)  On 2/24/2017, a Fox News exclusive investigative report stated, "In December 2012, the FBI raided the northern Virginia offices of UMT, the University of Management and Technology. The online school advertises as military friendly, helping vets complete new and advanced career. That same day, agents raided the home of UMT's academic dean, J. Davidson Frame, and his wife, UMT president Yanping Chen Frame." (G) Chen has repeatedly "denied being a colonel in the Chinese military." Former diplomatic security agent Ray Fournier said if Chen misrepresented those ties on her immigration petition documents, "then we have a false statement, and where that comes into play most assuredly is in the arena of passport fraud." Rhodes said he is concerned veterans' military information could be compromised because of Chen's role at UMT.  Attached is the news article.

<< File: 20170224.Fox_News_investigation_on_CHEN_Yanping.docx >>
**Case Background:** (U)  See below, from daily updates on 2/15/2017.



**From:** (SSA-15) (CD) (FBI)
**Sent:** Wednesday, February 15, 2017 9:50 AM
**To:** (SSA-5) (CD) (FBI); (S) (CD) (FBI); (S) (CD) (FBI); (S) (CD) (FBI); (S) (CD) (FBI); (S) (CD) (FBI); (S) (CD) (FBI); (S) (CD) (FBI);
**Subject:** (G) Daily Updates - 2/15/2017 --- SECRET//NOFORN/ (A), (H)

Classification: SECRET//NOFORN/ (A), (H)

Classified By: (S)
Derived From: FBI NSIC dated 20130301
Declassify On: 20271231
==================================================

**3A**

**Title:** Chen Yanping (Chen); (A), (G), (M)
**Office:** WFO
**Case Number:** (Chen File #), (F) ; (A), (F)

**Recent Development:** (S//NF)  On 02/10/2017, WFO's (G) learned that Fox News again contacted the FBI National Press office about the Chen case.  Fox attempted to interview Chen but was not permitted into his school (NFI).

(A), (G)

███████████████████████████████████████
████████████ (A), (G) ██████████████████
███████████████████████████████████████

(U//FOUO)  Background on Fox News' interest in ███ (A), (G) ██ Fox is planning to run a special at some future date, called "Sex, Lies, and Chinese Spies", ██████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████ (A), (G) ███████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████ (A), (G) ███████████████
███████████████████████████████████████

**Case Background:**

(S//NF/▓(A),(H)▓)  **Chen Yanping** (▓(Chen File #), (F)▓): Chen is a naturalized U.S. citizen from the PRC and a former Colonel in the PLA. ████████ (A), (G), (H) ████████ Chen failed to disclose her affiliation with the PLA on her immigration applications, made false statements to federal agents, and tampered with a Grand Jury witness.   Chen is the president of the University of Management and Technology (UMT), an online university located in Arlington, VA.  UMT caters primarily to U.S. military personnel ████████████████████████████████
████████████ (A), (G), (H) █████████████ On December 5, 2012, the FBI executed search and seizure warrants at the business and residence of Chen. ████
██████████████ (A), (G), (H) ███████████
█████████████████████ The USAO has declined to charge Chen with Conspiracy, to commit 1001 (18 USC 371), Fraud and misuse of visas, permits, and other documents (18 USC 1542 & 1546).  Photographs and documents seized from the December 2012 search warrants were forwarded to the Department of Defense for their affirmative use in approximately May 2015.

██████████████████████
██████████████████████
██████████████████████
█████ (A), (G), (H) ███
██████████████████████
██████████████████████
██████████████████████

(S/NF) ▓(A),(G),(M)▓ (▓(A),(F)▓): ████████████████████
████████████ (A), (G), (M) █████████████



(A), (G), (M)



(A), (G), (M)

```
==================  ==========                      ========
Classification: SECRET//NOFORN/

==================  ==========                      ========
Classification: SECRET//NOFORN/

==================  ==========                      ========
Classification: SECRET//NOFORN/
                               (A), (H)
==================  ==========                      ========
Classification: SECRET//NOFORN/

==================  ==========                      ========
Classification: SECRET//NOFORN/

==================  ==========                      ========
Classification: SECRET//NOFORN/
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER