# Exhibit K



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

1425 New York Avenue NW, Suite 7100
Washington, D.C. 20530

October 30, 2018

Matthew T. Jones, Esq.
Wilmer Hale
1875 Pennsylvania Avenue NW
Washington, D.C. 20006

Dear Mr. Jones:

    This is in response to your correspondence dated June 25, 2018, and September 14, 2018, on behalf of your client, Dr. Yanping Chen, in which you alleged an unlawful disclosure of information and documents from the Federal Bureau of Investigation (FBI) to Fox News, following a lengthy investigation of Dr. Chen in which the Department of Justice declined to file charges against Dr. Chen.

    We reviewed the allegations presented in your correspondence, and conducted a preliminary inquiry. Based on this preliminary inquiry, it was determined that multiple federal agencies legitimately had access to the information Fox News published prior to that publication. After careful consideration of this matter, which included the large number of persons with pre-publication access to the information published by Fox News, the limited resources our office has to investigate this matter, and our office's limited jurisdiction to investigate media leaks outside the Department of Justice, we have decided not to open an investigation of the allegations you raised.

    However, we believe that the issues you raised should be brought to the attention of the responsible component for their information. Therefore, with your permission, we can forward your letter to the FBI Inspection Division (INSD) for further action.

    FBI INSD is responsible for the oversight of FBI investigative operations and conducts administrative investigations related to alleged misconduct on the part of FBI employees, including allegations regarding the unauthorized disclosure of investigative information.

    Thank you for bringing this matter to our attention.

Sincerely,

M. Elise Chawaga
Deputy Assistant Inspector General
Investigations Division

Confidential - Subject to Protective Order   DOJ_00000041