# Exhibit L

DECLASSIFIED BY: NSICG (S)
ON 08-06-2021
~~SECRET//NOFORN~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                Date: 9/21/2018

To: Counterintelligence                            Attn: ▓(G)▓

From: Counterintelligence
      Counterespionage/ ▓(G)▓ /Room ▓(S)▓
      Contact: ▓(S)▓

Approved By: ▓(S)▓

Drafted By: ▓(S)▓

(U) Case ID #: ▓(S)▓ ▓(F)▓

(U) Title: ▓(S)▓ ▓(G)▓

(U) RESTRICTED DOCUMENT - DISSEMINATE TO PERSON(S) WITH ROLE

Synopsis: (U) Internal referrals to ▓(G)▓.

~~Classified By: ▓(S)▓
Derived From: FBI NSISCG 20090615
Declassify On: 20430921~~

(U) Administrative: ▓(S)▓ DO NOT UPLOAD. ENSURE IT IS DISSEMINATED ONLY WITH A NEED TO KNOW AND IS APPROPRIATELY STORED.

Enclosure(s): 3 online Fox News articles dated 2/24/2017; 4/28/2017; and 6/28/2017

(U) Details: (S//NF) This electronic communication serves to document a media leak referral to ▓(G)▓ from multiple sources, including the Department of Justice Office of Inspector General (OIG). The referral suggests a potential compromise of FBI investigative information obtained by Fox News pertaining to Yanping CHEN Frame, who is reported as the subject of an FBI investigation. The reporting notes various FBI investigative activities including physical searches of CHEN's residence and place of business. The reporting further provide some of the fruits of the FBI investigative activities, including photographs of CHEN, allegedly seized from the physical searches.

(U) (S//NF) ▓(G)▓ notes the investigation in question likely refers to the multi-year effort by FBI WF targeting CHEN and her affiliation with the University of Management and Technology (UMT) in Rosslyn, VA. ▓(G)▓ notes this effort was undertaken by FBI WF Squad ▓(G)▓ ▓(Chen File #), (F)▓ and was ▓(G)▓

~~SECRET//NOFORN~~

▬▬▬ (G)
▬▬▬ (G), (H)
▬▬▬ (G), (H) The physical searches referenced in the news reporting likely refer to investigation conducted in December 2012, when, the file notes, FBI WF conducted searches of UMT and CHEN's residence. ▬ (G) notes the searches appeared entirely overt.

(U) (S//NF) Additionally, the file indicates extensive FBI collaboration with several US Government (USG) entities, including various elements of the US Department of Defense, including the Naval Criminal Investigative Service (NCIS), the US Department of Homeland Security (DHS)/Homeland Security Investigations and Immigration and Customs Enforcement, the Department of Veteran's Affairs, and the Department of Justice/National Security Division and the US Attorney's Office for the Eastern District of Virginia (EDVA).

(U) (S//NF) As a result of the file review, ▬ (G) asserts the following:

(U) • (S//NF) ▬ (G) cannot verify any of the information contained in the news reporting is currently classified. In its investigation, FBI WF employed UNCLASSIFIED criminal search warrants. The results of the criminal search warrants remain similarly UNCLASSIFIED.

(U) • (S//NF) Ultimately, EDVA declined prosecution of CHEN. This resulted in an effort to sanction UMT via decertification, which FBI WF supported by declassifying significant portions of the investigation.

(U) • (S//NF) As a part of the overall neutralization of UMT by decertification, FBI WF produced a declassified binder of information on the investigation, which was widely shared with the multiple participating USG agencies which were provided access. While ▬ (G) has not reviewed the binder, the file suggests the contents revealed significant case details to the numerous USG agencies which were provided access. ▬ (G) ▬ believes the likelihood is high the binder contains photographs from the physical searches.

• (U//FOUO) An Internet search for news reporting on this investigation indicate the first published article was dated on or about 2/24/2017, over four years after the overt search activity and at least a year and a half after FBI WF produced a declassified binder containing details of the investigation.

(U) • (S//NF) ▬ (G) ▬
▬ (G) ▬

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      FBI007615

~~SECRET//NOFORN~~

FBI007616

███████████ (G) ███████████

(U) ~~(S~~//NF) Based on the above, ▓(G)▓ highlights the UNCLASSIFIED nature of the information published by the news media and the significantly large pool of individuals with knowledge of this investigation, spanning several large federal entities. Therefore, ▓(G)▓ declines to open a media leak or an espionage investigation at this time on this matter. ▓(G)▓ will execute a referral to the FBI INSD and is willing to revisit this matter should new information arise.

♦♦

~~SECRET//NOFORN~~

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER