IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>   Defendants. | Civil Action No. 1:18-cv-03074-CRC |

## **NOTICE OF WITHDRAWAL OF JESSICA LUTKENHAUS AS COUNSEL**

  Pursuant to D.C. Local Civil Rule 83.6(b), Jessica Lutkenhaus hereby withdraws her appearance as counsel for Plaintiff Dr. Yanping Chen in the above-captioned case. Matt Jones has previously entered an appearance and remains as counsel for Dr. Chen.

Dated: February 2, 2024

| | |
|---|---|
| */s/Yanping Chen*<br>Yanping Chen | */s/ Jessica Lutkenhaus*<br>Jessica Lutkenhaus (D.C. Bar No. 1046749)<br>Matt Jones (D.C. Bar No. 502943)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2100 Pennsylvania Ave NW<br>Washington, DC 20037<br>Telephone: (202) 663-6640<br>Fax: (202) 663-6363<br>jessica.lutkenhaus@wilmerhale.com<br>matt.jones@wilmerhale.com |