**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| YANPING CHEN, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:18-cv-03074-CRC** |
| | ) | |
| v. | ) | **Hon. Christopher R. Cooper** |
| | ) | **United States District Judge** |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| U.S. DEPARTMENT OF DEFENSE, U.S. | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

Non-Party witness Catherine V. Herridge hereby appeals to the United States Court of

Appeals for the District of Columbia Circuit from the Order of the United States District Court

for the District of Columbia entered on February 29, 2024 (ECF No. 193), adjudging her in civil

contempt, and from the Order of August 1, 2023 (ECF No. 140) (redacted version filed on

August 17, 2023, ECF No. 148), denying in part her motion to quash and compelling her to give

deposition testimony identifying her confidential source(s) in this matter, and from all orders

antecedent to such orders and thus incorporated therein.

Respectfully submitted.

/s/ *Patrick F. Philbin*
Patrick F. Philbin (D.C. Bar No. 453620)
Kyle West (D.C. Bar No. 24093346)
Chase Harrington (D.C. Bar No. 1619501)
TORRIDON LAW PLLC
1155 F Street, NW Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com

March 8, 2024                     *Attorneys for Catherine Herridge*

**CERTIFICATE OF SERVICE**

I, Patrick F. Philbin, hereby certify that, on March 8, 2024, the foregoing Notice of

Appeal to the United States Court of Appeals for the D.C. Circuit was electronically filed with

the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys

of record in this matter who are registered with the Court's CM/ECF system.

Respectfully submitted.

/s/ *Patrick F. Philbin*
Patrick F. Philbin (D.C. Bar No. 453620)
Kyle West (D.C. Bar No. 24093346)
Chase Harrington (D.C. Bar No. 1619501)
TORRIDON LAW PLLC
1155 F Street, NW Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com

March 8, 2024                         *Attorneys for Catherine Herridge*

2