**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT**

Non-Party witness Catherine V. Herridge hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of the United States District Court for the District of Columbia entered on February 29, 2024 (ECF No. 193), adjudging her in civil contempt, and from the Order of August 1, 2023 (ECF No. 140) (redacted version filed on August 17, 2023, ECF No. 148), denying in part her motion to quash and compelling her to give deposition testimony identifying her confidential source(s) in this matter, and from all orders antecedent to such orders and thus incorporated therein.

Respectfully submitted.

/s/ *Patrick F. Philbin*
Patrick F. Philbin (D.C. Bar No. 453620)
Kyle West (D.C. Bar No. 24093346)
Chase Harrington (D.C. Bar No. 1619501)
TORRIDON LAW PLLC
1155 F Street, NW Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com

March 8, 2024

*Attorneys for Catherine Herridge*

**CERTIFICATE OF SERVICE**

I, Patrick F. Philbin, hereby certify that, on March 8, 2024, the foregoing Notice of Appeal to the United States Court of Appeals for the D.C. Circuit was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

Respectfully submitted.

/s/ *Patrick F. Philbin*

Patrick F. Philbin (D.C. Bar No. 453620)
Kyle West (D.C. Bar No. 24093346)
Chase Harrington (D.C. Bar No. 1619501)
TORRIDON LAW PLLC
1155 F Street, NW Suite 750
Washington, DC 20004
(202) 249-6633
pphilbin@egcfirm.com

March 8, 2024

*Attorneys for Catherine Herridge*