PUBLIC VERSION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>   Defendants. | Civil Action No. 1:18-cv-03074-CRC |

**DECLARATION OF MATTHEW T. JONES IN SUPPORT OF
PLAINTIFF YANPING CHEN'S SECOND MOTION TO COMPEL**

I, Matthew T. Jones, hereby declare and state as follows:

1. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Plaintiff Dr. Yanping Chen in this matter. I am admitted to practice before this Court.

2. I submit this declaration in support of Plaintiff's second motion to compel. This declaration attaches certain documents (1) over which the Federal Bureau of Investigation asserts privilege, and (2) that are cited in Plaintiff's brief in support of her motion.

**Extracts of Deposition Transcripts**

3. Attached hereto as Exhibit 01 is a true and correct copy of excerpts of an October 22, 2021, deposition of an individual known to Dr. Chen as "SSA-8." Dr. Chen challenges the assertion of the law enforcement privilege with respect to questions found at:

1

**PUBLIC VERSION**

- a. 90:9-14
- b. 92:2-9
- c. 92:16-21
- d. 93:16-21
- e. 94:17-23
- f. 99:4-9
- g. 104:24-105:6
- h. 105:7-14
- i. 108:11-17
- j. 113:14-21
- k. 116:2-10
- l. 130:16-22
- m. 131:11-17
- n. 131:18-25
- o. 141:15-22
- p. 142:11-20
- q. 166:7-13
- r. 167:3-7
- s. 174:20-175:2
- t. 205:5-10
- u. 219:20-220:2
- v. 220:4-15
- w. 221:3-13

**PUBLIC VERSION**

  x. 221:15-25

  y. 229:9-15

  z. 232:19-233:2

  aa. 233:14-23

  bb. 249:23-250:7

  cc. 252:11-16

  dd. 254:8-16

  ee. 254:18-23

  ff. 254:25-255:6

  gg. 255:8-13

  hh. 258:7-14

  ii. 267:2-10

  jj. 267:23-268:7

  kk. 269:10-15

4. Attached hereto as Exhibit 02 is a true and correct copy of excerpts of an October 7, 2021, deposition of James Gillis. Dr. Chen challenges the assertion of the law enforcement privilege with respect to questions found at:

  a. 42:22-43:11

  b. 44:25-45:5

  c. 169:9-13

5. Attached hereto as Exhibit 03 is a true and correct copy of excerpts of a September 30, 2021, deposition of an individual known to Dr. Chen as "SSA-15." Dr. Chen challenges the assertion of the law enforcement privilege with respect to questions found at:

    a.   133:11-17

    b.   136:16-24

6.    Attached hereto as Exhibit 04 is a true and correct copy of excerpts of a September 17, 2021, deposition of ███████. Dr. Chen challenges the assertion of the law enforcement privilege with respect to questions found at:

    a.   58:23-25

7.    Attached hereto as Exhibit 05 is a true and correct copy of excerpts of a September 9, 2021, deposition of an individual known to Dr. Chen as "SSA-2."

    a.   94:20-93:8

    b.   162:10-14

## Redacted Documents

8.    Attached hereto as Exhibit 06 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001448 to FBI0001449.

9.    Attached hereto as Exhibit 07 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001568 to FBI0001570.

10.    Attached hereto as Exhibit 08 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001574 to FBI0001579.

11.    Attached hereto as Exhibit 09 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001677 to FBI0001710.

12.    Attached hereto as Exhibit 10 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001769.

13.    Attached hereto as Exhibit 11 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001918 to FBI0001921.

14. Attached hereto as Exhibit 12 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001923.

15. Attached hereto as Exhibit 13 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002062 to FBI0002063.

16. Attached hereto as Exhibit 14 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002153.

17. Attached hereto as Exhibit 15 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002164 to FBI0002165.

18. Attached hereto as Exhibit 16 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002179 to FBI0002181.

19. Attached hereto as Exhibit 17 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002210.

20. Attached hereto as Exhibit 18 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002211 to FBI0002216.

21. Attached hereto as Exhibit 19 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002554.

22. Attached hereto as Exhibit 20 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002555.

23. Attached hereto as Exhibit 21 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002949 to FBI0002950.

24. Attached hereto as Exhibit 22 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002959 to FBI0002967.

25. Attached hereto as Exhibit 23 is a true and correct copy of records produced by the FBI, Bates numbered FBI0003041.

26. Attached hereto as Exhibit 24 is a true and correct copy of records produced by the FBI, Bates numbered FBI0003069 to FBI0003072.

27. Attached hereto as Exhibit 25 is a true and correct copy of records produced by the FBI, Bates numbered FBI0003630 to FBI0003634.

28. Attached hereto as Exhibit 26 is a true and correct copy of records produced by the FBI, Bates numbered FBI0003988 to FBI0003992.

29. Attached hereto as Exhibit 27 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004075 to FBI0004080.

30. Attached hereto as Exhibit 28 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004089.

31. Attached hereto as Exhibit 29 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004283 to FBI0004284.

32. Attached hereto as Exhibit 30 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004285 to FBI0004293.

33. Attached hereto as Exhibit 31 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004294 to FBI0004304.

34. Attached hereto as Exhibit 32 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004305 to FBI0004310.

35. Attached hereto as Exhibit 33 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004317 to FBI0004324.

**PUBLIC VERSION**

36. Attached hereto as Exhibit 34 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004327 to FBI0004330.

37. Attached hereto as Exhibit 35 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004338.

38. Attached hereto as Exhibit 36 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004339 to FBI0004340.

39. Attached hereto as Exhibit 37 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004343 to FBI0004345.

40. Attached hereto as Exhibit 38 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004353.

41. Attached hereto as Exhibit 39 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004354 to FBI0004367.

42. Attached hereto as Exhibit 40 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004396 to FBI0004397.

43. Attached hereto as Exhibit 41 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004473 to FBI0004477.

44. Attached hereto as Exhibit 42 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004622 to FBI0004624.

45. Attached hereto as Exhibit 43 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004629 to FBI0004631.

46. Attached hereto as Exhibit 44 is a true and correct copy of records produced by the FBI, Bates numbered FBI0007644 to FBI0007649.

47.	Attached hereto as Exhibit 45 is a true and correct copy of records produced by the FBI, Bates numbered FBI0003599 to FBI0003608.

48.	Attached hereto as Exhibit 46 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004447.

49.	Attached hereto as Exhibit 47 is a true and correct copy of records produced by the FBI, Bates numbered FBI0003052 to FBI0003054.

50.	Attached hereto as Exhibit 48 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004582 to FBI0004584.

51.	Attached hereto as Exhibit 49 is a true and correct copy of records produced by the FBI, Bates numbered FBI0007650 to FBI0007651.

52.	Attached hereto as Exhibit 50 is a true and correct copy of records produced by the FBI, Bates numbered FBI0007635 to FBI0007643.

53.	Attached hereto as Exhibit 51 is a true and correct copy of records produced by the FBI, Bates numbered FBI0006978 to FBI0006980.

### **Redacted Instant and Text Messages**

54.	Attached hereto as Exhibit 52 is a true and correct copy of records produced by the FBI as a series of instant messages exchanged among law enforcement personnel, Bates numbered FBI0007618.

55.	Attached hereto as Exhibit 53 is a true and correct copy of records produced by the FBI as a series of instant messages exchanged among law enforcement personnel, Bates numbered FBI0007619.

56. Attached hereto as Exhibit 54 is a true and correct copy of records produced by the FBI as a series of instant messages exchanged among law enforcement personnel, Bates numbered FBI0007620 to FBI0007628.

57. Attached hereto as Exhibit 55 is a true and correct copy of records produced by the FBI as text messages between Special Agent Pappa and Mr. Rhoads (phone ▮▮▮▮▮▮▮▮), Bates numbered FBI0007632.

58. Attached hereto as Exhibit 56 is a true and correct copy of records produced by the FBI as text messages between Special Agent Timothy Pappa and Stephen Rhoads (phone ▮▮▮▮▮▮▮▮), Bates numbered FBI0007633 to FBI0007634.

59. Attached hereto as Exhibit 57 is a true and correct copy of records produced by the FBI as text messages between Special Agent Timothy Pappa and Stephen Rhoads (phone ▮▮▮▮▮▮▮▮), Bates numbered FBI0007657.

60. Attached hereto as Exhibit 58 is a true and correct copy of records produced by the FBI as text messages between Special Agent Timothy Pappa and Stephen Rhoads (phone ▮▮▮▮▮▮▮▮), Bates numbered FBI0007658.

61. Attached hereto as Exhibit 59 is a true and correct copy of records produced by the FBI as text messages between Special Agent Timothy Pappa and Stephen Rhoads (phone ▮▮▮▮▮▮▮▮), Bates numbered FBI0007659 to FBI0007660.

**Additional Exhibits**

62. Attached hereto as Exhibit 60 is a true and correct copy of a July 9, 2021, letter from Matt Jones to Garrett Coyle, Carol Federighi, and Laurel Lum.

63. Attached hereto as Exhibit 61 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001493 to FBI0001494.

64. Attached hereto as Exhibit 62 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001407 to FBI0001424.

65. Attached hereto as Exhibit 63 is a true and correct copy of records produced by the FBI, Bates numbered FBI0003057 to FBI0003058.

66. Attached hereto as Exhibit 64 is a true and correct copy of records produced by the FBI, Bates numbered FBI0001657 to FBI0001662.

67. Attached hereto as Exhibit 65 is a true and correct copy of records produced by the FBI, Bates numbered FBI0002678 to FBI0002680.

68. Attached hereto as Exhibit 66 is a true and correct copy of an August 31, 2021, letter from Carol Federighi, Garrett Coyle, and Laurel Lum to Matt Jones.

69. Attached hereto as Exhibit 67 is a true and correct copy of a September 20, 2021, letter from Matt Jones to Garrett Coyle, Carol Federighi, and Laurel Lum.

70. Attached hereto as Exhibit 68 is a true and correct copy of an October 8, 2021, letter from Carol Federighi, Garrett Coyle, and Laurel Lum to Matt Jones.

71. Attached hereto as Exhibit 69 is a true and correct copy of an October 26, 2021, letter from Matt Jones to Carol Federighi, Garrett Coyle, and Laurel Lum.

72. Attached hereto as Exhibit 70 is a true and correct copy of a November 3, 2021, letter from Carol Federighi, Garrett Coyle, and Laurel Lum to Matt Jones.

73. Attached hereto as Exhibit 71 is a true and correct copy of a November 5, 2021, letter from Matt Jones to Carol Federighi, Garrett Coyle, and Laurel Lum.

74. Attached hereto as Exhibit 72 is a true and correct copy of an April 22, 2015, email from Mr. Rhoads to ▮▮▮▮▮▮▮▮, Bates numbered DOD_00000174.

**PUBLIC VERSION**

75. Attached hereto as Exhibit 73 is a true and correct copy of records produced by the FBI, Bates numbered FBI0004585 to FBI0004588.

76. Attached hereto as Exhibit 74 is a true and correct copy of a log of privilege redaction codes reflecting the basis for redactions in documents produced by the FBI.

Dated: November 19, 2021                         */s/ Matthew T. Jones*
                                                 Matthew T. Jones