CONFIDENTIAL-FILED UNDER SEAL

# Exhibit 48