PUBLIC VERSION

# Exhibit 49

**[redacted] (SSA-1) (WF) (FBI)**

---

**From:** [redacted] (SSA-1) (WF) (FBI)
**Sent:** Wednesday, November 23, 2016 9:22 AM
**To:** [redacted] (S) (WF) (FBI)
**Subject:** FW: [redacted] (A), (G) - Fox News --- SE[redacted]RET//NOFORN

```
Classification: SE[redacted]RET//NOFORN

Classified By: [redacted] (S)
Derived From: FBI NSIC dated 20130301
Declassify On: 20411231
=========================================================
```

Hi [redacted] (S),

I just wanted to forward this to you since you are acting for [redacted] (SI-1). I sent it to [redacted] (SSA-9) and [redacted] (SSA-7), as well as [redacted] (G) and WFO public affairs. I don't think there is anything we can do, but I don't want anyone to be surprised.

[redacted] (SSA-1)

---

**From:** PAPPA, TIMOTHY S. (WF) (FBI)
**Sent:** Wednesday, November 23, 2016 8:01 AM
**To:** [redacted] (SSA-1) (WF) (FBI)
**Cc:** [redacted] (SA-5) (WF) (FBI); [redacted]
**Subject:** [redacted] (A), (G) - Fox News --- SE[redacted]RET//NOFORN

```
Classification: SE[redacted]ET//NOFORN

Classified By: [redacted] (S)
Derived From: FBI NSIC dated 20130301
Declassify On: 20411231
=========================================================
```

[redacted] (SSA-1)

Stephen Rhoads – [redacted] (A), (G) – texted me yesterday about Fox News planning to run a special in December called "Sex, Lies, and Chinese Spies" that will prominently feature the CHEN case as well as the [redacted] (A), (G)

[redacted] (SA-5) and [redacted] both recall – Rhoads called me as a heads up several months ago if not longer on Fox News running something on CHEN and [redacted] (A), (G) I verbally briefed [redacted] and put it in an email as well to [redacted] (SSA-14) for their awareness. I also discussed briefly with [redacted] (SSA-14) There's not much we can do about it, but I want FBI to be aware in case it does happen.

[redacted] (A), (G)

[redacted]

[redacted]

Rhoads also told me Fox News has an attorney that's trying to get the CHEN search affidavit unsealed at EDVA, even though they know that's not going to happen.

Rhoads was also interviewed for this and it's obvious he has been a key to facilitating this story, [redacted]

[redacted] So this is just a heads up so you're aware as soon as possible, in case this does happen.

SSA Tim S. Pappa
[redacted] Unit
[redacted]
[redacted] (desk)
[redacted] (mobile)

==============[redacted]===========================
Classification: SEC[redacted]ET//NOFORN

==============[redacted]===========================
Classification: SEC[redacted]ET//NOFORN