**PUBLIC VERSION**

# Exhibit 53

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

SE[redacted]RET

CLASSIFIED BY: NSICG [redacted] (S)
REASON: 1.4 (C)
DECLASSIFY ON: 12-31-2092
DATE: 07-15-2021

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Date UTC | From | To | Content Text | Extended Data | Table | Action | ContentType |
| 2 | 2017-02-07 21:02:06 | (SSA-1) [redacted] | [redacted] | we have a meeting with the Pentagon tomorrow | | Messages | Message | text/html |
| 3 | 2017-02-07 21:05:00 | [redacted] | (SSA-1) [redacted] | im back | | Messages | Message | text/rtf |
| 4 | 2017-02-07 21:05:04 | [redacted] | [redacted] | whats up | | Messages | Message | text/rtf |
| 5 | 2017-02-07 21:15:04 | (SSA-1) [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 6 | 2017-02-07 21:15:04 | [redacted] | [redacted] | | | Media | MediaEnd | media:IM |
| 7 | 2017-02-07 21:15:04 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 8 | 2017-02-07 21:51:54 | [redacted] | [redacted] | | | SessionDetails | Invite | |
| 9 | 2017-02-07 21:51:54 | (SSA-1) [redacted] | [redacted] | | <SessionDetails DiagnosticId="52094" User1MessageCount="7" User2MessageCount="7" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 10 | 2017-02-07 21:51:54 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 11 | 2017-02-07 21:51:54 | [redacted] | [redacted] | | | SessionDetails | Response | |
| (S) 12 | 2017-02-07 21:51:54 | [redacted] | [redacted] | | | Media | MediaStart | media:IM |
| 13 | 2017-02-07 21:51:54 | [redacted] | [redacted] | hey -sorry I was away from my desk, thanks for touching base with [redacted] | | Messages | Message | text/html |
| (S) 14 | 2017-02-07 21:52:12 | [redacted] | [redacted] | [redacted] (A), (G) | | Messages | Message | text/html |
| 15 | 2017-02-07 21:52:22 | [redacted] | (SSA-1 [redacted] | yeah, if i could make it, i would backbench, but I can't break an appt i have tomorrow that goes until 1010 | | Messages | Message | text/rtf |
| 16 | 2017-02-07 21:52:28 | [redacted] | [redacted] | [redacted] (A), (G) | | Messages | Message | text/rtf |
| 17 | 2017-02-07 21:53:01 | (SSA- [redacted] | [redacted] | no problem! Our main thing we are saying is that none of the FBI information can be released due to the Privacy Act | | Messages | Message | text/html |
| 18 | 2017-02-07 21:53:24 | [redacted] | [redacted] | also, [redacted] (I), (K) | | Messages | Message | text/html |
| 19 | 2017-02-07 21:53:51 | [redacted] | (SSA- [redacted] | ok good | | Messages | Message | text/rtf |
| 20 | 2017-02-07 21:54:14 | [redacted] | (SSA-1 [redacted] | i know it's not for that meeting, but it seems increasinly clear DoD people leaked some of that binder to the media | | Messages | Message | text/rtf |
| 21 | 2017-02-07 21:54:50 | (SSA-1) [redacted] | [redacted] | [redacted] mentioned that | | Messages | Message | text/html |
| 22 | 2017-02-07 21:54:59 | [redacted] | (SSA- [redacted] | [redacted] called me last week after he was emailed to his personal email account from a Fox news reporter | | Messages | Message | text/rtf |
| 23 | 2017-02-07 21:55:06 | [redacted] | [redacted] | and a former [redacted] was called about this too | | Messages | Message | text/rtf |
| 24 | 2017-02-07 21:55:26 | (SSA-1 [redacted] | [redacted] | The Fox reporter could have used her own know how to find personal email addressses, but I agree with you | | Messages | Message | text/html |
| 25 | 2017-02-07 21:55:29 | [redacted] | [redacted] | it seems fishy | | Messages | Message | text/html |
| 26 | 2017-02-07 21:55:31 | [redacted] | (SSA-1 [redacted] | for the [redacted], the only place her name existed was the 302 from the SW residence that was included in that binder. She was one of the interviewing agents | | Messages | Message | text/rtf |
| 27 | 2017-02-07 22:05:31 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 28 | 2017-02-07 22:05:31 | (SSA-1 [redacted] | [redacted] | | | Media | MediaEnd | media:IM |
| 29 | 2017-02-07 22:05:31 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 30 | | | | | | | | |
| 31 | 2017-04-10 18:16:50 | [redacted] | (SSA-1) [redacted] | (S... [redacted] Rhoads texted me, so just a heads up | | Messages | Message | text/html |
| 32 | 2017-04-10 18:16:50 | [redacted] | [redacted] | | <SessionDetails DiagnosticId="52094" User1MessageCount="3" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 33 | 2017-04-10 18:16:50 | [redacted] | (SSA- [redacted] | | | SessionDetails | Invite | |
| 34 | 2017-04-10 18:16:50 | [redacted] | [redacted] | | | Media | MediaStart | media:IM |
| 35 | 2017-04-10 18:16:50 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 36 | 2017-04-10 18:17:16 | [redacted] | [redacted] | he claimed Fox was going to run an update on the UMT story on 13 April, apparently something related to UMT is not officially under review by DoD | | Messages | Message | text/rtf |
| 37 | 2017-04-10 18:17:18 | [redacted] | [redacted] | That's all I got | | Messages | Message | text/rtf |
| 38 | 2017-04-10 18:27:18 | [redacted] | (SSA- [redacted] | | | SessionDetails | SessionEnd | |
| 39 | 2017-04-10 18:27:18 | [redacted] | [redacted] | | | Media | MediaEnd | media:IM |
| 40 | 2017-04-10 18:27:18 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 41 | | | | | | | | |