**PUBLIC VERSION**

# Exhibit 54

| Date UTC | From | To | Content Text | Extended Data | Table | Action | ContentType |
|---|---|---|---|---|---|---|---|
| 2017-02-24 19:52:38 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2017-02-24 19:52:38 | [redacted] | [redacted] | | <SessionDetails DiagnosticId="52094" User1MessageCount="7" User2MessageCount="7" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 2017-02-24 19:52:38 | [redacted] | [redacted] | | | Media | MediaStart | media:IM |
| 2017-02-24 19:52:38 | [redacted] | [redacted] | not sure if you were on any of the emails...the fox news story is supposed to air today | | Messages | Message | text/html |
| 2017-02-24 19:52:38 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2017-02-24 19:52:38 | [redacted] | [redacted] | | | SessionDetails | Invite | |
| 2017-02-24 19:52:51 | [redacted] | [redacted] | time unknown but will likely be online as well | | Messages | Message | text/rtf |
| 2017-02-24 19:52:52 | [redacted] | [redacted] | now im noton any emails about it | | Messages | Message | text/html |
| 2017-02-24 19:53:04 | [redacted] | [redacted] | just that i got the Gillis email this morning | | Messages | Message | text/html |
| 2017-02-24 19:53:36 | [redacted] | [redacted] | yeah, i think we're waiting to respond to him until Monday to see what happens with the news story (per [redacted] (SI-1) | | Messages | Message | text/rtf |
| 2017-02-24 19:54:07 | [redacted] | [redacted] | so Fox let FBI know? | | Messages | Message | text/html |
| 2017-02-24 19:54:11 | [redacted] | [redacted] | based on the wording of the email, it may actually paint us in a good light | | Messages | Message | text/rtf |
| 2017-02-24 19:54:26 | [redacted] | [redacted] | yeah, sounds like somebody from our press office talked to the reporter yesterday or today | | Messages | Message | text/rtf |
| 2017-02-24 19:54:36 | [redacted] | [redacted] | if it's on the brett baier show, that's 6pm | | Messages | Message | text/html |
| 2017-02-24 19:55:20 | [redacted] | [redacted] | the press office will pull a full recording whenever it airs | | Messages | Message | text/rtf |
| 2017-02-24 19:55:28 | [redacted] | [redacted] | ok | | Messages | Message | text/html |
| 2017-02-24 19:55:35 | [redacted] | [redacted] | can you forward the email to me? | | Messages | Message | text/html |

SEC[redacted]RET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2017-02-24 19:56:04 | [redacted] | [redacted] | done | | Messages | Message | text/rtf |
| 2017-02-24 19:58:34 | [redacted] | [redacted] | thanks | | Messages | Message | text/html |
| 2017-02-24 20:08:34 | [redacted] | [redacted] | | | Media | MediaEnd | media:IM |
| 2017-02-24 20:08:34 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| | | | | | | | |
| 2017-02-28 17:36:32 | [redacted] (S) | [redacted] | | | SessionDetails | Invite | |
| 2017-02-28 17:36:32 | [redacted] (S) | [redacted] | [redacted] (A), (G) | | Messages | Message | text/html |
| 2017-02-28 17:36:32 | [redacted] | [redacted] | [redacted] | <SessionDetails DiagnosticId="52094" User1MessageCount="6" User2MessageCount="7" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 2017-02-28 17:36:32 | [redacted] (S) | [redacted] | [redacted] | | SessionDetails | Response | |
| 2017-02-28 17:36:32 | [redacted] (S) | [redacted] | [redacted] | | Media | MediaStart | media:IM |
| 2017-02-28 17:36:32 | [redacted] (S) | [redacted] | [redacted] | | SessionDetails | Response | |
| 2017-02-28 17:36:44 | [redacted] | [redacted] (S) | [redacted] | | Messages | Message | text/rtf |
| 2017-02-28 17:37:04 | [redacted] | [redacted] (S) | [redacted] | | Messages | Message | text/rtf |
| 2017-02-28 17:37:05 | [redacted] (S) | [redacted] | [redacted] | | Messages | Message | text/html |
| 2017-02-28 17:37:33 | [redacted] | [redacted] (S) | [redacted] | | Messages | Message | text/rtf |
| 2017-02-28 17:37:44 | [redacted] (S) | [redacted] | [redacted] | | Messages | Message | text/html |

SEC[redacted]RET

SE[redacted]RET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2017-02-28 17:38:03 | [redacted] | [redacted] (S) [redacted] | [redacted] (A), (G) | | Messages | Message | text/rtf |
| 2017-02-28 17:38:12 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-28 17:38:45 | [redacted] (S) [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2017-02-28 17:38:49 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| (S) 2017-02-28 17:39:42 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2017-02-28 17:43:12 | [redacted] | [redacted] (S) [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-28 17:43:22 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-28 17:53:22 | [redacted] (S) [redacted] | [redacted] | [redacted] | | SessionDetails | SessionEnd | |
| 2017-04-10 17:56:16 | [redacted] | (SA-5 [redacted] | if [redacted] is out for a bit, you may want to mention to [redacted] (SSA-5) hat Rhoads texted me twice recently | | Messages | Message | text/html |
| 2017-04-10 17:56:16 | [redacted] | [redacted] | | <SessionDetails DiagnosticId="52094" User1MessageCount="3" User2MessageCount="1" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 2017-04-10 17:56:16 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2017-04-10 17:56:16 | [redacted] | [redacted] (SA-5) [redacted] | | | SessionDetails | Response | |
| 2017-04-10 17:56:29 | [redacted] | [redacted] | 1. Fox news is running an update story on 13 April | | Messages | Message | text/rtf |
| 2017-04-10 17:56:46 | [redacted] | [redacted] | 2. Friday DOD confirmed that UMT is officially under review right now (confirmed internally, I guess) | | Messages | Message | text/rtf |
| 2017-04-10 18:01:16 | (SA-5 [redacted] | [redacted] | You should send that to [redacted] (SSA-1) 'm trying to fly below the radar rightnow | | Messages | Message | text/html |

SE[redacted]RET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2017-04-10 18:11:16 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 2017-04-10 18:11:16 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 2017-04-10 18:11:16 | [redacted] | [redacted] | | | Media | MediaEnd | media:IM |
| 2017-04-10 18:16:30 | [redacted] | [redacted] | ok | | Messages | Message | text/html |
| 2017-04-10 18:16:30 | [redacted] | [redacted] (SA-5) [redacted] | | <SessionDetails DiagnosticId="52094" User1MessageCount="1" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 2017-04-10 18:16:30 | [redacted] | [redacted] | | | Media | MediaStart | media:IM |
| 2017-04-10 18:16:30 | [redacted] | [redacted] | | | SessionDetails | Invite | |
| 2017-04-10 18:16:31 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2017-04-10 18:16:31 | [redacted] | [redacted] | | | SessionDetails | Response | |
| | | | | | | | |
| 2017-04-10 18:16:50 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2017-04-10 18:16:50 | [redacted] | [redacted] | | | Media | MediaStart | media:IM |
| 2017-04-10 18:16:50 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2017-04-10 18:16:50 | [redacted] | [redacted] | (SSA-1) Rhoads texted me, so just a heads up | | Messages | Message | text/html |
| 2017-04-10 18:16:50 | [redacted] | [redacted] (SSA-1) [redacted] | | <SessionDetails DiagnosticId="52094" User1MessageCount="3" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 2017-04-10 18:16:50 | [redacted] | [redacted] | | | SessionDetails | Invite | |
| 2017-04-10 18:17:16 | [redacted] | [redacted] | he claimed Fox was going to run an update on the UMT story on 13 April, apparently something related to UMT is not officially under review by DoD | | Messages | Message | text/rtf |
| 2017-04-10 18:17:18 | [redacted] | [redacted] | That's all I got | | Messages | Message | text/rtf |

SE[redacted]RET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2015-06-05 20:35:46 | [redacted] | [redacted] | [redacted] (A), (G) | | Messages | Message | text/html |
| 2015-06-05 20:35:51 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2015-06-05 20:35:53 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2015-06-05 20:36:06 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| | | | | | | | |
| (S) 2015-07-06 20:39:32 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2015-07-06 20:40:14 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2015-07-06 20:40:57 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2015-07-06 20:41:01 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2015-07-06 20:41:04 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2015-07-06 20:41:07 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| | | | | | | | |
| 2015-08-03 15:19:17 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2015-08-03 15:19:17 | [redacted] | [redacted] | | | SessionDetails | Invite | |
| 2015-08-03 15:19:17 | [redacted] | [redacted] | | | Media | MediaStart | media:IM |
| 2015-08-03 15:19:17 | [redacted] | [redacted] | | <SessionDetails DiagnosticId="52094" User1MessageCount="2" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 2015-08-03 15:19:24 | [redacted] | [redacted] | had you heard anything on your end about that? | | Messages | Message | text/html |
| 2015-08-03 15:53:35 | [redacted] | [redacted] | they sent us the draft of the letter a few weeks ago and asked if we were OK with it | | Messages | Message | text/html |

SE[redacted]RET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2015-08-03 15:53:36 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2015-08-03 15:53:45 | [redacted] (SSA- [redacted] | [redacted] | wasn't aware they had actually sent it | | Messages | Message | text/html |
| 2015-08-03 15:54:07 | [redacted] | (SSA-8) [redacted] | well, if Rhoads is right.  who knows | | Messages | Message | text/html |
| | | | | | | | |
| 2016-04-04 17:44:23 | [redacted] | [redacted] | rhoads called me Friday.  ill call you [redacted] real quick | | Messages | Message | text/html |
| 2016-04-04 17:44:49 | [redacted] | [redacted] | | | Media | MediaStart | media:Audio |
| 2016-04-04 17:44:49 | [redacted] | [redacted] | | <SessionDetails MediaTypes="16"/> | SessionDetails | Invite | application/sdp |
| 2016-04-04 17:45:00 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2016-04-04 17:49:57 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 2016-04-04 17:49:57 | [redacted] | [redacted] | | | Media | MediaEnd | media:IM |
| 2016-04-04 17:49:57 | [redacted] | [redacted] | | | Media | MediaEnd | media:Audio |
| 2016-04-04 17:49:57 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 2016-04-04 17:49:57 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| | | | | | | | |
| 2016-05-09 13:31:46 | [redacted] | [redacted] | so i saw in the case file you had the meeting with VA. think they will do something or more empty promises? | | Messages | Message | text/html |
| 2016-05-09 13:31:46 | [redacted] | [redacted] | | | Media | MediaStart | media:IM |
| 2016-05-09 13:31:47 | [redacted] (SSA-8 [redacted] | [redacted] | | | SessionDetails | Response | |
| 2016-05-09 13:31:47 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2016-05-09 13:31:59 | [redacted] | (SSA- [redacted] | probably worse than Pentagon | | Messages | Message | text/html |

SE[redacted]RET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2016-05-09 13:32:03 | [redacted] | [redacted] | although VA has more power | | Messages | Message | text/html |
| 2016-05-09 13:32:21 | [redacted] | [redacted] | if they pulled GI Bill eligibility, the school loses Tuition Assistance eligibility too | | Messages | Message | text/html |
| 2016-05-09 13:32:34 | [redacted] | [redacted] (SSA-8) | but they feel compelled to follow only administrative options | | Messages | Message | text/html |
| 2016-05-09 13:32:48 | [redacted] | [redacted] | they are going to look at the binder, if they can get the copy from the Pentagon | | Messages | Message | text/html |
| 2016-05-09 13:33:01 | [redacted] | [redacted] | our only hope is Rhoads and publicity | | Messages | Message | text/html |
| 2016-05-09 13:33:33 | [redacted] | [redacted] | a hail mary, but sometimes those hit | | Messages | Message | text/html |
| 2016-05-09 13:33:45 | [redacted] (SSA-8 | [redacted] | well, i'm glad [redacted] (SSA-14) found time in his schedule to attend the meeting | | Messages | Message | text/html |
| 2016-05-09 13:34:12 | [redacted] | [redacted] | yeah really | | Messages | Message | text/html |
| 2016-05-09 13:34:32 | [redacted] | [redacted] | I defered to [redacted] (SSA-14) at the beginning, but then I pushed. I don't know where [redacted] passion is sometimes | | Messages | Message | text/html |
| 2016-05-09 13:34:55 | [redacted] | [redacted] (SSA-8) | something has to be left on the table, and I told them that these admin half efforts aren't going to cut it. There's going to be a tomato on someone's face | | Messages | Message | text/html |
| 2016-05-09 13:35:03 | [redacted] | [redacted] | it's going to be a little FBI, but a whole lot DOD | | Messages | Message | text/html |
| 2016-05-09 13:38:25 | [redacted] (SSA-8) | [redacted] | right. clearly HQ has squashed any FBI mitigation ability, so it's up to DOD to do something about it. and you would think they really would want to do something about it considering it's their personnel who are directly effected in a negative sense from a hostile foreign government | | Messages | Message | text/html |
| 2016-05-09 13:39:36 | [redacted]@[redacted] | [redacted] | unfortunately, they wont, so I don't know how it will all play out. It may only play out like this -- Frame and Chen retire, the school slowly dies out, and people move on. And justice is just out of our hands. | | Messages | Message | text/html |
| 2016-05-09 13:39:51 | [redacted]@[redacted] | [redacted] (SSA- | [redacted] (A), (G) | (S) | Messages | Message | text/html |
| 2016-05-09 13:49:51 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| 2016-05-09 13:49:51 | [redacted] (SSA-8) | [redacted] | | | Media | MediaEnd | media:IM |

SE[redacted]RET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2016-05-09 13:49:51 | (SSA-8) [redacted] | [redacted] | [redacted] | | SessionDetails | SessionEnd | |
| 2017-02-16 16:30:25 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/html |
| 2017-02-16 16:30:25 | [redacted] | [redacted] | [redacted] | | SessionDetails | Response | |
| 2017-02-16 16:30:25 | [redacted] | [redacted] | [redacted] | | SessionDetails | Response | |
| 2017-02-16 16:30:25 | [redacted] | [redacted] | [redacted] | <SessionDetails DiagnosticId="52094" User1MessageCount="6" User2MessageCount="3" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 2017-02-16 16:30:25 | [redacted] | [redacted] | [redacted] | | SessionDetails | Invite | |
| (S) 2017-02-16 16:30:25 | [redacted] | [redacted] | [redacted] | | Media | MediaStart | media:IM |
| 2017-02-16 16:30:50 | [redacted] | [redacted] | [redacted] (A), (G) | | Messages | Message | text/rtf |
| 2017-02-16 16:30:52 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-16 16:31:23 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-16 16:31:27 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-16 16:31:35 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-16 16:31:38 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-16 16:32:06 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2017-02-16 16:35:36 | [redacted] | [redacted] | [redacted] | | Messages | Message | text/rtf |
| 2015-04-24 13:37:41 | [redacted] | (SSA-4 [redacted] | (SSA-4) [redacted] I talked with AUSA Jim Gillis (CHEN Yanping) on the phone yesterday, and something interesting I wanted to share | | Messages | Message | text/html |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2015-04-24 13:37:41 | [redacted] | [redacted] | | | SessionDetails | Response | |
| 2015-04-24 13:37:41 | [redacted] | [redacted] | | <SessionDetails DiagnosticId="52094" User1MessageCount="1" MediaTypes="1"/> | SessionDetails | Invite | application/sdp |
| 2015-04-24 13:37:41 | [redacted] | [redacted] (SSA. [redacted] | | | SessionDetails | Invite | |
| 2015-04-24 13:47:41 | [redacted] | [redacted] | | | Media | MediaEnd | media:IM |
| 2015-04-24 13:47:41 | [redacted] | [redacted] | | | SessionDetails | SessionEnd | |
| | | | | | | | |