**PUBLIC VERSION**

# Exhibit 55

| Date UTC | BB User | Type of Message | To (Formatted) | From (Formatted) | Body |
|---|---|---|---|---|---|
| 2014-01-06 21:50:13, Mon | Pappa, Timothy S. | Outgoing | [redacted] | | Stephen -- thanks for your voicemail. Hope you and your fam had a nice holiday too. [redacted] (G), (I) |
| 2014-01-06 21:50:53, Mon | Pappa, Timothy S. | Outgoing | | | [redacted] (G), (I) |
| 2014-01-06 21:51:16, Mon | Pappa, Timothy S. | Outgoing | | | [redacted] (G), (I) Is that correct? |
| 2014-01-06 21:51:54, Mon | Pappa, Timothy S. | Incoming | | | Lol |
| 2014-01-06 21:53:35, Mon | Pappa, Timothy S. | Outgoing | | | The AUSA told them to come to the meeting prepared to discuss a felony plea and if they aren't ready for that then they shouldn't bother meeting |
| 2014-01-06 21:53:39, Mon | Pappa, Timothy S. | Outgoing | | | We'll see... |
| 2014-01-06 21:53:51, Mon | Pappa, Timothy S. | Incoming | | | Absolutely! |
| 2013-01-12 00:19:57, Sat | Pappa, Timothy S. | Incoming | | | His full name and title is [redacted]. He should be addressed as Sir or [redacted] on the conference call. Have a good weekend. |
| 2013-01-12 00:21:13, Sat | Pappa, Timothy S. | Outgoing | | | Ok thank you |
| 2013-01-12 00:21:50, Sat | Pappa, Timothy S. | Incoming | | | Welcome |
| 2013-01-14 16:36:04, Mon | Pappa, Timothy S. | Incoming | | | Please give me a call. He will quietly put me on orders for 179 days. Just wants to verify with you that i will be of use. |
| 2013-01-14 16:38:56, Mon | Pappa, Timothy S. | Outgoing | | | I can shortly..in interview |
| 2013-01-14 16:41:12, Mon | Pappa, Timothy S. | Incoming | | | I will be back with [redacted] at noon. Thanks |
| 2013-01-14 17:16:17, Mon | Pappa, Timothy S. | Incoming | | | [redacted] |
| 2014-02-08 18:32:43, Sat | Pappa, Timothy S. | Incoming | | | (1/3) Been a productive two weeks. People in the Army are getting engaged. Think at this point I have done all I can do on my end. You will soon see DoD action. |
| 2014-02-08 18:33:35, Sat | Pappa, Timothy S. | Incoming | | | (2/3) Only person that has your name is [redacted] All inquiries will come through official channels. [redacted] is the last person I will need verified too by |
| 2014-02-08 18:33:36, Sat | Pappa, Timothy S. | Incoming | | | (3/3) you. I promise. I'll be watching the news for progress. My prayers are with you. Go for the jug! |
| 2014-02-08 18:47:40, Sat | Pappa, Timothy S. | Outgoing | | | Ill call the [redacted] a little later today. Does he have an email address I can send to as well? That's another way to verify my affiliation |
| 2014-02-08 19:09:04, Sat | Pappa, Timothy S. | Incoming | | | [redacted] |
| 2014-02-08 19:19:03, Sat | Pappa, Timothy S. | Incoming | | | (1/4) Sorry to bother you on a weekend. I was on annual training orders the last two weeks running documents around. Co-workers bitched to [redacted] about me be |
| 2014-02-08 19:19:09, Sat | Pappa, Timothy S. | Incoming | | | (3/4) essing you can't have much contact with me at this point, but we should meet one last time, so you know what I have done.? Again, sorry for the hassle T |
| 2014-02-08 19:19:09, Sat | Pappa, Timothy S. | Incoming | | | (2/4) ing out of the office. [redacted] is a cop in Charlotte, N.C. I would like to brief you on what I have done the last two weeks as soon as you are able. I'm gu |
| 2014-02-08 19:19:10, Sat | Pappa, Timothy S. | Incoming | | | (4/4) im. |
| 2014-02-09 00:25:27, Sun | Pappa, Timothy S. | Outgoing | | | I sent this email to the [redacted]. I will call him in the next few days. Yes, we should talk this week. What's your email address again? |
| 2014-02-09 00:27:48, Sun | Pappa, Timothy S. | Incoming | | | [redacted] |
| 2014-02-09 00:28:08, Sun | Pappa, Timothy S. | Incoming | | | Thank you. |
| 2014-02-21 21:45:35, Fri | Pappa, Timothy S. | Incoming | | | Bring business cards. You never have any on you. |
| 2014-02-21 21:48:53, Fri | Pappa, Timothy S. | Outgoing | | | I've given out something like 300 out of my 500 |
| 2014-02-22 14:24:14, Sat | Pappa, Timothy S. | Incoming | | | Lol |
| 2014-02-22 14:25:46, Sat | Pappa, Timothy S. | Incoming | | | I go through at least a thousand a year, and you are much more important than I am. |
| 2014-02-22 15:32:22, Sat | Pappa, Timothy S. | Outgoing | | | I don't think that's true |
| 2014-02-22 15:32:40, Sat | Pappa, Timothy S. | Outgoing | | | But either way, it only takes a few chinese io's, and they all know |
| 2014-02-22 15:57:10, Sat | Pappa, Timothy S. | Incoming | | | (1/2) Lol. True. Just got off the phone with [redacted]. He's arriving tomorrow. Your audiance will be the two highest ranking intel officers in USARC. They wi |
| 2014-02-22 15:57:20, Sat | Pappa, Timothy S. | Incoming | | | (2/2) ll digest what you tell them on Monday and brief the CG on Tuesday. Should see action by USARC later in the week. |
| 2014-02-22 15:59:48, Sat | Pappa, Timothy S. | Incoming | | | Any POC for VA, TA you could could provide would help things move faster on our end. |
| 2014-02-22 16:36:30, Sat | Pappa, Timothy S. | Outgoing | | | Ill get that together |
| 2014-02-22 16:50:07, Sat | Pappa, Timothy S. | Outgoing | | | Is this us army reserve command? How would they impact the active duty side? |
| 2014-02-22 19:39:37, Sat | Pappa, Timothy S. | Incoming | | | (1/3) USAR [redacted] (3 star) will brief [redacted] (4 star) Army Chief of Staff, and then Chairman of the Joint Cheifs of Staff and Sec Def. Your info wi |
| 2014-02-22 19:39:44, Sat | Pappa, Timothy S. | Incoming | | | (3/3) and act on it appropriately |
| 2014-02-22 19:39:44, Sat | Pappa, Timothy S. | Incoming | | | (2/3) ll be ran up the chain very rapidly. I have initiated an official 15-6 investigation on the Army side. They are obligated by regulation to report the info |
| 2014-02-22 19:42:37, Sat | Pappa, Timothy S. | Incoming | | | My briefing will clear up and answer most of your concerns as far as the Army's course of action nexy week. I think you will be veru pleased. |
| 2014-02-22 19:45:00, Sat | Pappa, Timothy S. | Incoming | | | Bout to roll through Berkley Springs. Lol. Heading to Pittsburgh to meet with [redacted] |
| 2014-02-22 20:05:40, Sat | Pappa, Timothy S. | Outgoing | | | I'm excited about Monday. This will be cool. |
| 2014-02-22 20:08:44, Sat | Pappa, Timothy S. | Outgoing | | | |
| 2014-02-22 20:47:17, Sat | Pappa, Timothy S. | Incoming | | | Lol. |