**PUBLIC VERSION**

# Exhibit 59

| Date UTC | Type of Message | From (Raw) | To (Raw) | Body | Type |
|---|---|---|---|---|---|
| 2017-02-15 14:01:20, Wed | INBOX | | | [redacted] (G) | mms |
| 2016-03-04 21:52:50, Fri | OUTBOX | | | [redacted] (G) | sms |
| 2016-03-04 22:12:16, Fri | INBOX | | | OK, great. [redacted]. Rough day brother | sms |
| 2016-03-04 22:13:11, Fri | OUTBOX | | | I'm sorry Stephen. I'll pray for you and your family. | sms |
| 2016-03-04 22:14:24, Fri | INBOX | | | I really appreciate that. I am very happy that you got to meet her brother. Thanks again | sms |
| 2015-05-11 18:08:50, Mon | INBOX | [redacted] | | Did you get in touch with [redacted]?\ [redacted] | sms |
| 2015-05-11 19:08:53, Mon | OUTBOX | | [redacted] | Not yet. Will this week | sms |
| 2015-05-11 19:11:19, Mon | INBOX | [redacted] | | Cool | sms |
| 2015-06-05 12:19:37, Fri | INBOX | [redacted] | | I leave for [redacted] this morning. I can move things around if you need me too | sms |
| 2015-06-05 12:23:36, Fri | OUTBOX | | [redacted] | No that's ok. [redacted] (G); (I) (G); (I) (G); (I) Will u be back by end of june? | sms |
| 2015-06-05 13:13:07, Fri | INBOX | [redacted] | | 19th | sms |
| 2015-06-15 11:52:29, Mon | OUTBOX | | [redacted] | [redacted] (G) (I) | sms |
| 2015-06-15 11:54:27, Mon | OUTBOX | | [redacted] | [redacted] (I) | sms |
| 2015-06-15 14:03:01, Mon | INBOX | [redacted] | | Wow. I'm speachless | sms |
| 2015-06-15 14:03:03, Mon | INBOX | [redacted] | | [redacted] | sms |
| 2015-06-15 14:04:28, Mon | OUTBOX | | [redacted] | [redacted] (I) | sms |
| 2015-06-15 14:04:30, Mon | OUTBOX | | [redacted] | [redacted] | sms |
| 2015-06-15 14:05:21, Mon | OUTBOX | | [redacted] | [redacted] | sms |
| 2015-06-15 14:05:36, Mon | OUTBOX | | [redacted] | [redacted] | sms |
| 2015-06-15 14:18:47, Mon | INBOX | [redacted] | | Yep | sms |
| 2015-06-18 22:28:00, Thu | OUTBOX | | [redacted] | I emailed your army account a link to a wall street journal that came out yesterday on fmr Cia and nsa director Hayden on how China could use opm pii data to target and recruit us persons with security clearances. Could very timely with umt.. | sms |

| | | | | | |
|---|---|---|---|---|---|
| 2015-06-18 22:48:55, Thu | INBOX | [redacted] | | Thanks.... in progress. | sms |
| 2015-06-18 22:48:55, Thu | INBOX | [redacted] | | Thanks.... in progress. | sms |
| 2015-06-18 22:48:55, Thu | INBOX | [redacted] | | Thanks.... in progress. | sms |
| 2015-07-01 19:05:10, Wed | OUTBOX | | [redacted] | [redacted] (G) | sms |
| 2015-07-01 19:56:07, Wed | INBOX | [redacted] | | Nope | sms |
| 2015-07-02 19:46:28, Thu | INBOX | [redacted] | | Are thing dying on the vine again? | sms |
| 2015-07-06 14:40:52, Mon | INBOX | [redacted] | | [redacted] (G) Anybody I can call? Have they sent the letter? WTF, lol. | sms |