**PUBLIC VERSION**

# Exhibit 66

# U.S. Department of Justice

**Civil Division**
**Federal Programs Branch**

*Garrett Coyle*
*Trial Attorney*

*1100 L Street NW*
*Washington, DC 20005*
*Phone: (202) 616-8016*
*Fax: (202) 616-8470*
*Email: garrett.coyle@usdoj.gov*

August 31, 2021

**By Email**

Matthew T. Jones
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Matt.Jones@wilmerhale.com

**Re: *Chen v. FBI*, D.D.C. No. 18-cv-3074**

Dear Matt:

This letter is in response to your July 9, 2021 letter about documents produced by the FBI with redactions for information protected by the law enforcement privilege.

Your letter identifies three instances in which information was redacted for law enforcement privilege in one version of a document but not redacted in another version of the same document. *See* FBI0001634; FBI0001493; FBI0001407. These redactions were inadvertent mistakes. The FBI is not asserting law enforcement privilege over this information. Since you already have the information in the other unredacted versions of these documents, we do not see a need to reproduce these versions without the redactions, but please let us know if you disagree.

Your letter also asks about the redactions in four other documents. *See* FBI0003057; FBI0002959; FBI0001657; FBI0002678. The FBI has carefully re-reviewed these documents and is reproducing them with certain redactions removed. The FBI has confirmed that the remaining redactions cannot be lifted or even described in more detail without risking harm to an investigation or investigative interest of the FBI. The FBI thus cannot provide a more detailed privilege log for these documents beyond the information already provided.

Several of the redactions identified in your letter are for information protected not only by the law enforcement privilege, but also by other applicable privileges. For example, the (A) redaction code in these documents denotes

classified information. In addition, the (M) redaction code in these documents denotes information unrelated to the investigation at issue in this case, which has no relevance to this case. *See In re Sealed Case*, 856 F.2d 268, 272 (D.C. Cir. 1988).

Finally, your letter suggests that the FBI should re-examine all of the redactions in the documents it has produced to date. However, these documents underwent a multi-level review process before production to ensure that information was redacted only where warranted. Absent any indication of a broader systemic issue, it is not proportional to the needs of the case for the FBI to re-review the more than 4,000 pages it previously produced. If there are particular redactions in particular documents that you have questions about, please let us know.

Sincerely,



Carol Federighi
Senior Trial Counsel
Garrett Coyle
Laurel H. Lum
Trial Attorneys