**PUBLIC VERSION**

# Exhibit 70

# U.S. Department of Justice

Civil Division
Federal Programs Branch

*Garrett Coyle*
*Trial Attorney*

*1100 L Street NW*
*Washington, DC 20005*
*Phone: (202) 616-8016*
*Fax: (202) 616-8470*
*Email: garrett.coyle@usdoj.gov*

November 3, 2021

**By Email**

Matthew T. Jones (Matt.Jones@wilmerhale.com)
Jessica Lutkenhaus (Jessica.Lutkenhaus@wilmerhale.com)
Robin C. Burrell (Robin.Burrell@wilmerhale.com)
Patrick Carome (Patrick.Carome@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP

**Re: *Chen v. FBI*, D.D.C. No. 18-cv-3074**

Dear Matt:

This letter is in response to your October 26, 2021 letter about law enforcement privilege redactions in documents produced by the FBI.

Your letter acknowledges that, beyond the three one-off mistakes that the FBI has corrected, you are not aware of information that has been improperly redacted in FBI documents. Your letter nevertheless asks the government to conduct a wholesale re-review of every redaction in the 7,500+ pages of documents produced by the FBI to date. However, as explained in our prior letters, these documents underwent a multi-level review process before production to ensure that information was redacted only where warranted. Your request for a universal re-review remains disproportional to the needs of the case.

Nevertheless, our October 8, 2021 letter offered to re-review the law enforcement privilege redactions in a subset of 15 documents or 75 pages, whichever is less, selected by plaintiff. Our letter conditioned this offer on plaintiff's agreement that, if the FBI determines in its discretion to remove any redactions from these documents, that fact would not be used to challenge additional redactions or argue that the FBI should re-review additional documents. This is the same condition that plaintiff agreed to for the government's re-review of certain redactions in DOD documents.

Your letter refuses to agree to this condition and asks the government to re-review over double the number of documents and pages we had offered. The

condition was intended to avoid the need for Court involvement in privilege disputes, and the government's offer remains open subject to this condition. However, if plaintiff already anticipates challenging other law enforcement privilege redactions with the Court — and using any discretionary redaction removals from the government's re-review to further support that challenge — it appears that the parties are at an impasse on this issue.

Finally, your letter also asks whether the FBI has redacted any version of the two photos in Exhibit B of your letter in FBI0007480. The FBI has re-reviewed the document and can confirm that redactions have not been applied to any version of these two photos.

Sincerely,

Carol Federighi
Senior Trial Counsel
Garrett Coyle
Laurel H. Lum
Trial Attorneys