**PUBLIC VERSION**

# Exhibit 72

**From:** Rhoads, Stephen J CIV (US)
**Sent:** Wednesday, April 22, 2015 8:48 AM
**To:** [redacted] (US)
**Subject:** Case has gone public (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Sir,
Phase 1 has gone public. COL Chen's story hits next week. I don't think you were briefed in depth on the Ms. Goa situation in the article below. The two are related. Thanks for all of your support.

Mr. Rhoads

http://video.foxnews.com/v/4186627891001/fbi-china-paid-state-dept-contractor-to-spy-on-us/#sp=show-clips&v=4186627891001

Classification: UNCLASSIFIED
Caveats: NONE



Confidential - Subject to Protective Order