**PUBLIC VERSION**

# Exhibit 74

**DELETION CODES**

A. INFORMATION WHICH IS PROPERLY CLASSIFIED PURSUANT TO EXECUTIVE ORDER, THE DISCLOSURE OF WHICH COULD REASONABLY BE EXPECTED TO CAUSE DAMAGE TO THE NATIONAL SECURITY OR THE CONDUCT OF THE GOVERNMENT'S INTERNATIONAL RELATIONS.

D. INFORMATION PROTECTED UNDER THE GRAND JURY SECRECY PROVISION -- RULE 6(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

F. ADMINISTRATIVELY DESIGNATED FBI FILE NUMBERS, WHICH REPRESENT INDIVIDUALS OR MATTERS WHICH ARE NOT THE SUBJECT OF THIS FILE.

G. THE LAW ENFORCEMENT PRIVILEGE - THE DISCLOSURE OF THIS INFORMATION COULD CAUSE HARM TO, IMPEDE, IMPAIR, OR HINDER AN INVESTIGATION AND/OR AN INVESTIGATIVE INTEREST OF THE FBI.

H. THE LAW ENFORCEMENT PRIVILEGE - THE DISCLOSURE OF THIS INFORMATION WOULD IMPEDE OR IMPAIR THE EFFECTIVENESS OF AN INVESTIGATIVE TECHNIQUE, METHOD OR PROCEDURE OF THE FBI.

I. INFORMATION, THE DISCLOSURE OF WHICH WOULD DIVULGE OPINIONS, RECOMMENDATIONS, AND ADVICE GENERATED IN THE DECISION-MAKING PROCESS OF THE GOVERNMENT.

J-1. INFORMATION, THE DISCLOUSRE OF WHICH IS PROHIBITED BY FEDERAL STATUTE TITLE 50 U.S.C. § 3605.

K. INFORMATION PROTECTED UNDER THE ATTORNEY-CLIENT PRIVILEGE.

L. INFORMATION OR MATERIAL PROTECTED UNDER THE ATTORNEY WORK PRODUCT PRIVILEGE.

M. INFORMATION WHICH IS NOT RESPONSIVE.

N. INFORMATION ORIGINATING WITH ANOTHER GOVERNMENT AGENCY WHICH MUST BE REFERRED TO THAT AGENCY FOR REVIEW. THE USE OF THIS CODE DOES NOT WAIVE ANY APPLICABLE PRIVILEGE WHICH MAY BE APPLIED BY THE ORIGINATING AGENCY.

O-1. THESE MARKINGS ARE NOT REDACTIONS MADE BY THE OFFICE OF THE GENERAL COUNSEL (OGC). THE MARKINGS WERE ON THE DOCUMENT(S) WHEN RECEIVED BY OGC FOR PROCESSING..

P-1. INFORMATION, THE DISCLOSURE OF WHICH WOULD BE AN UNWARRANTED INVASION OF PERSONAL PRIVACY.

S. PERSONAL IDENTIFYING INFORMATION RELATED TO LAW ENFORCEMENT PERSONNEL AND THEIR FAMILY MEMBERS, THE DISCLOSURE OF WHICH IS ROUTINELY GUARDED FOR SECURITY REASONS.