UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Yanping Chen**,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense,** and **U.S. Department of Homeland Security**,<br><br>　　　　　　　　　Defendants. | No. 18-cv-3074<br><br>Hon. Christopher R. Cooper<br>United States District Judge |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), undersigned counsel for Defendants, Laurel H. Lum, files this notice of withdrawal of appearance. No trial date has been set in this matter and Defendants will continue to be represented by previously appearing counsel of record from the Department of Justice.

Dated: May 28, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Laurel H. Lum*
LAUREL H. LUM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20005
Tel: (202) 305-8177

                                           E-mail:  laurel.h.lum@usdoj.gov
                                           *Counsel for Defendants*