UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Yanping Chen**, | |
| Plaintiff, | |
| v. | No. 18-cv-3074 |
| **Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Defense, and U.S. Department of Homeland Security**, | Hon. Christopher R. Cooper<br>United States District Judge |
| Defendants. | |

## NOTICE OF WITHDRAWAL

Please take notice that, pursuant to LCvR 83.6, Leslie Cooper Vigen hereby withdraws her appearance as counsel for Defendants in the above-captioned matter. Ms. Vigen's employment with the U.S. Department of Justice is ending on July 26, 2024. Defendants will continue to be represented in this matter by others attorneys from the Department who have noticed appearances.

Dated: July 26, 2024

/s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar # 1019782)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-0727
Fax: (202) 616-8470
Email: Leslie.Vigen@usdoj.gov

*Counsel for Defendants*