**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANPING CHEN,

*Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION, *et al.*,

*Defendants*.

Civil Action No. 18-cv-3074 (CRC)

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Schopf:

Joshua N. Schopf
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

Dated: December 5, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Joshua N. Schopf*

JOSHUA N. SCHOPF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 514-6304
Email: Joshua.n.schopf@usdoj.gov

*Counsel for Defendants*