# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5050**                                    **September Term, 2025**

**1:18-cv-03074-CRC**

**Filed On: July 7, 2026** [2182066]

Yanping Chen,

      Appellee

   v.

Federal Bureau of Investigation, et al.,

      Appellees

Catherine Herridge,

      Appellant

### <u>M A N D A T E</u>

In accordance with the judgment of September 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk

Link to the judgment filed September 30, 2025