IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANPING CHEN,

**Plaintiff,**

v.

**FEDERAL BUREAU OF INVESTIGATION,
U.S. DEPARTMENT OF JUSTICE, U.S.
DEPARTMENT OF DEFENSE, and U.S.
DEPARTMENT OF HOMELAND SECURITY,**

**Defendants.**

**Civil Action No. 1:18-cv-03074**

**PLAINTIFF YANPING CHEN'S MOTION TO ENFORCE AND MODIFY THIS
COURT'S CONTEMPT ORDER (DKT. 193)**

Pursuant to this Court's inherent powers and Federal Rule of Civil Procedure 37, Plaintiff Yanping Chen, through undersigned counsel, hereby moves the Court to enforce its February 29, 2024 Memorandum Opinion and Order ("Contempt Order") [Dkt. 193] holding non-party Catherine Herridge in contempt for refusing to comply with the Court's prior August 1, 2023 Memorandum Opinion and Order [Dkt. 148] requiring her to divulge the identity of the source(s) who leaked Privacy Act-protected materials to Herridge.

This Court stayed the Contempt Order's sanction when issuing it, but only until disposition of a timely appeal. Herridge's appeal has now been exhausted, with the D.C. Circuit unanimously affirming this Court and denying Herridge's petitions for rehearing and *en banc* review. The D.C. Circuit subsequently declined to stay issuance of its mandate, and the Supreme Court likewise refused to stay it. The mandate issued July 7, 2026, returning the case to this Court and ending the stay of the Contempt Order. The Contempt Order should thus be in full force and effect.

1

Following issuance of the mandate, Herridge has affirmed, through counsel and via a sworn declaration, that she will continue to defy this Court and refuse to disclose her source(s) to Chen. Accordingly, the Contempt Order should be enforced and Herridge required to pay the fines ordered by the Court. Additionally, since the Contempt Order as currently constituted is clearly not going to achieve its goal of coercing Herridge's compliance, the Court should modify the Contempt Order to increase the amount of the daily fine and prohibit Herridge from paying it with the assistance of any third parties, as set forth in the accompanying memorandum of law.

Pursuant to Local Rule 7(m), undersigned counsel has conferred with counsel for Herridge, who has advised that Herridge will oppose this motion.

Dated:  July 20, 2026

Respectfully submitted,

　/s/ Andrew C. Phillips　
Andrew C. Phillips (DC Bar No. 998353)
Archith Ramkumar (DC Bar No. 198479)*
*DDC Admission Pending
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St. NW, Suite 550
Washington, DC 20036
Email: andy.phillips@mwpp.com
Email: archith.ramkumar@mwpp.com

Counsel for Plaintiff Yanping Chen

2