# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

YANPING CHEN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No.: 1:18-cv-3074-CRC

**DECLARATION OF CATHERINE HERRIDGE**

I, CATHERINE HERRIDGE, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am aware that, under the terms of this Court's Memorandum Opinion and Order dated February 29, 2024, ECF No. 193 ("Order"), the contempt fines set by this Court were stayed "until completion of proceedings on a timely appeal."

2. Out of an abundance of caution, I have interpreted this language in the Order as indicating that the stay extends only through the completion of appellate proceedings in the D.C. Circuit. Thus, I have understood the Order to mean that, after the D.C. Circuit issues its mandate and the case returns to this Court, the $800/day fines would begin to accrue if I continued to refuse to identify the source(s) at issue.

3. I am aware that the mandate has issued from the D.C. Circuit and the case has returned to this Court.

4. Following the issuance of the mandate, Plaintiff's Counsel contacted my counsel to re-schedule the deposition that was subject of the Order.

5. I am providing this declaration pursuant to an agreement with Counsel for Plaintiff in order to avoid the unnecessary expense of the deposition.

6. I have complete respect for the Court and its authority in this matter, but until my forthcoming petition to the Supreme Court for a writ of certiorari has been ruled upon, I must continue to decline to identify the source(s) of the documents and images allegedly provided to me in violation of the Privacy Act, or the intent of such source(s). I am not willing to make my request for review by the Supreme Court moot by disclosing my source(s) before the Supreme Court has ruled upon my petition for certiorari.

7. I understand that, under the terms of the Court's Order as set out above, this refusal will now result in the accrual of $800/day in contempt fines.

8. I make this declaration without prejudice to my right to seek relief from the Court in the form of a clarification or modification of the Court's Order that would extend the stay of the contempt fines until the Supreme Court has ruled on my forthcoming petition for certiorari.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 17, 2026

Catherine Herridge