**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YANPING CHEN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, and U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>**Defendants.** | **Civil Action No. 1:18-cv-03074-CRC** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE AND MODIFY THIS COURT'S CONTEMPT ORDER (DKT. 193)**

Having considered Plaintiff's motion to enforce and modify this Court's Contempt Order (Dkt. 193), it is hereby **ORDERED** that the motion is granted. This Court: (1) confirms enforcement of its Contempt Order and its imposition of its $800 per day fine beginning on July 8; (2) increases the fine Ms. Herridge must pay to $1,500 per day, and orders Ms. Herridge to pay an increased amount of $5,000 per day if another seven days elapses without Ms. Herridge agreeing to comply with this Court's Contempt Order; and (3) requires Ms. Herridge to personally pay the fines imposed by this Court without accepting any outside assistance or funding.

DATE:________________________

________________________________
Christopher R. Cooper
UNITED STATES DISTRICT JUDGE