**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANPING CHEN,

        *Plaintiff,*

  v.

FEDERAL BUREAU OF INVESTIGATION,
U.S. DEPARTMENT OF JUSTICE, U.S.
DEPARTMENT OF DEFENSE, U.S.
DEPARTMENT OF HOMELAND SECURITY,

        *Defendants*.

**Case No. 1:18-cv-03074-CRC**

**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF NON-PARTY CATHERINE HERRIDGE'S OPPOSITION TO MOTION TO ENFORCE AND MODIFY THIS COURT'S CONTEMPT ORDER**

Amicus curiae the Reporters Committee for Freedom of the Press respectfully requests leave to file the attached brief in support of non-party Catherine Herridge's Opposition to Plaintiff's Motion to Enforce and Modify This Court's Contempt Order (ECF No. 204-3). LCvR 7(o)(1); *see also* Fed. R. App. P. 29(a)(4).

Plaintiff, Defendants, and non-party Catherine Herridge consent to this Motion seeking leave to file the proposed amicus brief.

In support of this Motion, Reporters Committee states as follows.

1.      Reporters Committee is an unincorporated nonprofit association of reporters and editors founded by leading journalists and media lawyers in 1970. Today, its attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists.

1

2.      "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005).  Here, the filing of the proposed amicus brief is "desirable" and "relevant" because proposed amicus can speak to the consequences of the requested relief (enforcement of the contempt order and escalated contempt sanctions) for journalists and the press beyond the facts of this specific case—a perspective that is not represented among the parties.  LCvR 7(o)(2).

3.      The Reporters Committee has a powerful interest in ensuring that journalists can continue to credibly assure sources that their identities will remain confidential and is well situated to address the possible ramifications of this case for newsgathering more broadly.  For instance, in earlier filings in this case, Reporters Committee has opposed the imposition of any contempt sanctions on Herridge until she finishes pursuing all avenues of review.  *See* ECF No. 177-1 at 4–8 (arguing that the immediate imposition of contempt sanctions during pendency of Herridge's appeal would threaten the newsgathering and reporting process); Br. of Amicus Curiae Reps. Comm. for Freedom of the Press, *Herridge v. Chen*, No. 25A1448 (U.S. June 30, 2026) (supporting Herridge's application for emergency stay of the D.C. Circuit's mandate).

4.      This Motion is filed in a timely manner such that it does not unduly delay the Court's ability to rule on any pending matter.  This Motion is filed two business days after the docketing of the sealed version of non-party Herridge's opposition to the Motion to Enforce, and before Plaintiff's deadline to file her reply.

Dated: August 5, 2026                                    Respectfully submitted,


                                                        */s/ Bruce D. Brown*
                                                        Bruce D. Brown (D.C. Bar No. 457317)


2

3

*Counsel of Record*
Lisa Zycherman (D.C. Bar No. 495277)
Gabe Rottman (D.C. Bar No. 992728)
Marietta Catsambas (D.C. Bar No. 1617526)
REPORTERS COMMITTEE FOR
    FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
 bruce.brown@rcfp.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I electronically filed the foregoing Unopposed Motion of the Reporters Committee for Freedom of the Press for Leave to File Amicus Curiae Brief with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 5, 2026

Respectfully submitted,

/s/ *Bruce D. Brown*
Bruce D. Brown
  *Counsel of Record*
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
bruce.brown@rcfp.org