**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>*Plaintiff*,<br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | **Case No. 1:18-cv-03074-CRC** |

**[PROPOSED] ORDER GRANTING MOTION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

Upon this Court's review and full consideration of the Motion of the Reporters Committee for Freedom of the Press to File Amicus Curie Brief, it is hereby

ORDERED that the Motion is GRANTED, and

ORDERED that the attached brief of the Reporters Committee for Freedom of the Press as amicus curiae is hereby deemed filed in the above-captioned case.

Dated: ______________

________________________________
Hon. Christopher R. Cooper
United States District Judge