# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF DEFENSE, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No.: 1:18-cv-3074-CRC |

## DECLARATION OF CATHERINE V. HERRIDGE

I, CATHERINE V. HERRIDGE, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I was most recently formally employed as a Senior Investigative Correspondent at CBS News, a position I held from 2019 until February 2024, when my position was eliminated by the network citing a company-wide reduction in its workforce.

2. I was held in contempt of court 16 days later on February 29, 2024.

3. Since I left CBS, I have worked as an independent journalist, self-employed through an LLC that I created, Atlas Media, LLC.

4. Atlas Media, LLC has been my only source of employment since February 2024.

5. For calendar year 2025, I received approximately $279,000 in income as salary from Atlas Media, LLC.

6. My only other source of income in 2025 was from investments. In 2025, my investments generated approximately $60,000 in ordinary and capital gains dividends. I also had $72,000 in realized capital gains from a one-time sale of assets to cover extraordinary expenses—

specifically, to cover college tuition costs for my older son and to financially support an extended family member.

7. I am currently the sole salary earner for my family. My husband retired from the civil service in 2025. Our oldest son is a senior in college. His younger brother is a liver transplant patient who relies on me financially and for his medical insurance. I am also providing more than $40,000 per year to support an extended family member.

8. Although I would prefer that my finances not be made public, I am not seeking to maintain this declaration under seal because I believe that documents submitted to influence a court's decision should not be hidden from public view. Public access to court filings is necessary for the public to fully understand the Court's decisions.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 3, 2026

V. Herridge

Catherine V. Herridge