# EXHIBIT C

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5049** **September Term, 2007**

**03cv01793**

**Filed On: March 11, 2008** **[1104546]**

Steven J. Hatfill, M.D.,
Appellee

v.

Michael B. Mukasey, Attorney General, et al.,
Appellees

Toni Locy,
Appellant

**BEFORE**: Ginsburg, Rogers, and Kavanaugh, Circuit Judges

**O R D E R**

Upon consideration of the motion for stay pending appeal, and the opposition thereto, and the media organization's motion for leave to file a response to the motion for a stay pending appeal, it is

**ORDERED** that the motion for leave to file the response be granted. The Clerk is directed to file the lodged response. It is

**FURTHER ORDERED** that the motion for a stay pending appeal be granted. Appellant has satisfied the stringent standards required for a stay pending appeal. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); D.C. Circuit Handbook of Practice and Internal Procedures 33-34 (2007).

**Per Curiam**