**PUBLIC VERSION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 1:18-cv-03074-CRC |

**[PROPOSED] ORDER GRANTING NON-PARTY CATHERINE V. HERRIDGE'S MOTION TO CLARIFY OR TO EXTEND STAY**

The Court has considered non-party Catherine Herridge's Motion to Clarify or Extend Stay. It is hereby **ORDERED** that the motion is granted. The Court's order of February 29, 2024 ("Order") is hereby amended to clarify that the contempt sanctions therein are stayed until the Supreme Court rules on Ms. Herridge's forthcoming petition for certiorari, or the expiration of the deadline for her to file such a petition, whichever is sooner. It is further **ORDERED** that the Clerk is directed to accept electronic funds transfers for future contempt payments made by Ms. Herridge, if feasible. It is further **ORDERED** that Ms. Herridge may pay any future contempt fines in batches of three to four days at a time, without violating the Order.

DATED: August _____, 2026

_________________________________
Christopher R. Cooper
UNITED STATES DISTRICT JUDGE