**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANPING CHEN,

*Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

*Defendants*,

and

FREEDOM OF THE PRESS FOUNDATION,

*Proposed Intervenor*.

Civil Action No. 18-03074 (CRC)

**MOTION TO INTERVENE AND FOR UNSEALING**

Pursuant to Federal Rule of Civil Procedure 24(b) and Local Civil Rule 7(j), Freedom of the Press Foundation respectfully requests that the Court permit it to intervene in this matter for the purpose of requesting that the Court unseal certain documents.

Pursuant to Local Civil Rule 7(m), counsel for Freedom of the Press Foundation requested position on this motion from Plaintiff, Defendants, and non-party Catherine Herridge. Plaintiff stated that she "does not oppose you moving to intervene" but "opposes the substantive relief requested." Defendants stated that, "[w]hile we do not oppose the unsealing, we do oppose intervention in support of the unsealing or for any other purposes." Non-party Catherine Herridge does not oppose the requested relief.

August 25, 2026

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. CHRISTOPHER BARTOLOMUCCI
D.C. Bar No. 453423
BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Counsel for Proposed Intervenor-Interested Party Freedom of the Press Foundation*