**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br>*Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br>*Defendants*,<br>and<br>FREEDOM OF THE PRESS FOUNDATION,<br>*Proposed Intervenor*. | Civil Action No. 18-03074 (CRC) |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE AND FOR UNSEALING**

Upon consideration of Freedom of the Press Foundation's motion to intervene and for unsealing, and the entire record herein, it is hereby:

ORDERED that the Freedom of the Press Foundation's motion to intervene and for unsealing is GRANTED; and it is

FURTHER ORDERED that the Freedom of the Press Foundation shall be granted leave to intervene for the limited purpose of requesting unsealing; and it is

FURTHER ORDERED that the DOD FILES are hereby UNSEALED.

**SO ORDERED.**

______________________________
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE