**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

YANPING CHEN,

*Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

*Defendants*,

and

FREEDOM OF THE PRESS FOUNDATION,

*Proposed Intervenor*.

Civil Action No. 18-03074 (CRC)

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Brian Field as counsel for Proposed Intervenor Freedom of the Press Foundation.

August 25, 2026

Respectfully submitted,

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
Email: bfield@schaerr-jaffe.com