IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YANPING CHEN,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Civil Action No. 1:18-cv-03074

**PLAINTIFF YANPING CHEN'S RESPONSE TO FREEDOM OF THE PRESS FOUNDATION'S MOTION TO INTERVENE AND FOR UNSEALING**

Plaintiff Yanping Chen hereby submits the following Response to the Freedom of the Press Foundation's ("FOPF") August 25, 2026 Motion to Intervene and for Unsealing [Dkt. 210] ("Motion") and Memorandum in Support thereof [Dkt. 210-1] ("Mem."):

1. FOPF's Motion asks the Court to order the unsealing of two Department of Defense documents that were produced in discovery in this case and designated Confidential. (Mem. at 2-3.) The documents themselves, and references to their substantive content, have been included in numerous filings in this Court by non-party Catherine Herridge—most recently in Herridge's August 3, 2026 Opposition to Plaintiff's Motion to Enforce and Modify Contempt Order and Memorandum in Support of Cross-Motion to Clarify or Extend Stay [Dkt. 204-3]—and during appellate proceedings in the Circuit Court and the Supreme Court.

2. Because of their designation, the documents and references to them have been filed under seal pursuant to the Stipulated Protective Order [Dkt. 27].

3. Herridge and Chen have previously briefed in this Court the question of whether those two documents merit under seal treatment. (*See* Non-Party Catherine Herridge's Motion to Unseal Documents (Nov. 27, 2023) [Dkt. 165-2] and Mem. in Support [Dkt. 165-3]; Pl.'s Mem. in Opp'n to Non-Party Catherine Herridge's Mot. to Unseal Documents (Dec. 11, 2023) [Dkt. 167-3]; Herridge's Reply in Support of Mot. to Unseal Documents (Jan. 3, 2024) [Dkt. 175-2].) While Herridge's motion to unseal them was pending, she appealed this Court's order holding her in contempt and subsequently moved to unseal both DOD documents in the D.C. Circuit. This Court then denied the motion to unseal pending before it without prejudice to avoid a conflict with the court of appeals. (Minute Order (July 17, 2024)).

4. The issue was then fully briefed by Herridge and Chen in the Circuit Court, but the Circuit Court did not rule on the motion to unseal before it, instead referring the motion back to this Court for resolution when it rejected Herridge's appeal. (Mandate [Dkt. 202].)[1] Herridge's August 7, 2026 letter to the Court [Dkt. 209] provided copies of the Circuit Court briefing on Herridge's motion to unseal.

5. On August 13, 2026, Chen, Herridge, and the Government Defendants submitted a Joint Advisory to the Court [Dkt. 208], in which all agreed that this Court's resolution of that referred motion to unseal would definitively resolve the issue of whether the DOD documents merit under seal treatment.

[1] FOPF also sought to intervene to seek unsealing of those documents in the Circuit Court. The Circuit Court denied the motion to intervene as moot when it issued its decision rejecting Herridge's appeal, without prejudice to FOPF seeking to renew its effort before this Court.

6. FOPF's Motion and Memorandum seeking to unseal those same DOD documents echo the arguments advanced by Herridge, and opposed by Chen, in the Circuit Court briefing on Herridge's motion to unseal; namely, the question of whether the DOD documents merit under seal treatment under the factors laid out in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980).

7. Chen does not oppose FOPF's request to intervene, but she does oppose the substantive relief requested—the unsealing of the DOD documents—for the same reasons advanced in Chen's opposition to Herridge's motion to unseal that has been referred to this Court.

8. Because these issues have been fully briefed by Chen and Herridge, in the interest of efficiency and to avoid burdening the Court with unnecessary and duplicative briefing, Chen responds to and opposes FOPF's Motion by incorporating, and referring the Court to, the arguments advanced in Chen's July 5, 2024 Response in Opposition to Appellant's Motion to Unseal [Dkt. 206-5 (under seal version), 209-2 (public version)].

Dated: September 1, 2026

Respectfully submitted,

*/s/ Andrew C. Phillips*

Andrew C. Phillips (DC Bar No. 998353)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
Email: andy.phillips@mwpp.com

*Counsel for Plaintiff Yanping Chen*

## CERTIFICATE OF SERVICE

I, Andrew C. Phillips, hereby certify that, on September 1, 2026, the foregoing was filed via ECF and served electronically on counsel of record below:

**Counsel for Defendants:**

Joshua N. Schopf
Joshua.n.schopf@usdoj.gov

**Counsel for Freedom of the Press Foundation:**

Brian J. Field
Schaerr | Jaffe LLP
bfield@schaerr-jaffe.com

**Counsel for Catherine V. Herridge:**

Patrick F. Philbin
pphilbin@torridonlaw.com
Kyle West
kwest@torridonlaw.com
Chase Harrington
charrington@torridonlaw.com

*/s/ Andrew C. Phillips*
Andrew C. Phillips