**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YANPING CHEN,<br>*Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br>*Defendants*,<br>and<br>FREEDOM OF THE PRESS FOUNDATION,<br>*Proposed Intervenor*. | Civil Action No. 18-03074 (CRC) |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**
**IN SUPPORT OF INTERVENTION AND UNSEALING**

Movant Freedom of the Press Foundation respectfully requests that the Court permit it to file a reply in support of its motion to intervene and for unsealing. *See* ECF No. 210. The Press Foundation filed its motion on August 25, 2026. *See id.* That same day, the Court ordered Plaintiff to file any response by September 1, 2026. *See* Min. Order (Aug. 25, 2026). That order did not include a date for the Press Foundation to file a reply. *See id.* Under Local Civil Rule 7(d), the Press Foundation's reply would be due by September 8, 2026. That said, understanding that the Court set an expedited schedule for Plaintiff's opposition, the Press Foundation requests that the Court allow it until September 4, 2026, to file a reply. Plaintiff does not oppose the requested relief, which will ensure the Court has a thorough record on which to decide the Press Foundation's motion.

September 1, 2026

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. CHRISTOPHER BARTOLOMUCCI
D.C. Bar No. 453423
BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com

*Counsel for Proposed Intervenor-Interested Party Freedom of the Press Foundation*