**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 10/5/2026 at 1:47 PM and filed on 10/5/2026

| | |
|---|---|
| **Case Name:** | CHEN v. FEDERAL BUREAU OF INVESTIGATION et al |
| **Case Number:** | 1:18-cv-03074-CRC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER clarifying unsealing pursuant to the [216] Order of September 14, 2026. The second page of [180-2] shall be unsealed as well as all of [180-3]. Signed by Judge Christopher R. Cooper on 10/5/26. (lccrc3)**