UNDER SECRETARY OF DEFENSE
4000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-4000

PERSONNEL AND
READINESS

JAN 23 2018

Ms. Yanping Chen
President, The University of Management and Technology
1901 North Fort Myer Drive, Suite 700
Arlington, VA 22209-1609

Dear Ms. Chen:

Based on the enclosed findings and determinations, this letter serves as your notice that the Department of Defense (DoD) will take the following two actions:

1. Pursuant to paragraph 6.f. of the DoD Voluntary Education Partnership Memorandum of Understanding (MOU) between DoD and the University of Management and Technology (UMT), effective 30 days from receipt of this notice, the MOU is cancelled.

2. Pursuant to Enclosure 3, paragraph 1.r.(2) of DoD Instruction 1322.25, "Voluntary Education Programs," March 15, 2011, as amended (also published at 32 C.F.R. Part 68) UMT is suspended from participating in the Tuition Assistance Program and the MOU between DoD and UMT is terminated on national security grounds. While DoD's policy provides for the immediate suspension and termination under these circumstances, as a matter of discretion, DoD will stay the suspension and termination on national security grounds for 30 days from receipt of this notice, so that it is consistent with the timing of the cancellation of the MOU pursuant to paragraph 6.f. of the MOU. However, effective immediately, your institution's MOU will remain in a probationary status with the DoD for the next 30 days. While in this status and with a view to minimizing harm to students, no further tuition assistance is authorized for new or transfer students.

Courses for which tuition assistance has already been paid are unaffected by this cancellation.

You have fourteen days from the date of receipt of this letter to submit any appeal you may have to this office. The Deputy Secretary of Defense is the decision authority regarding any appeal. A decision made by the Deputy Secretary of Defense will be deemed to be the final administrative action by DoD on the matter. If an appeal is not submitted within fourteen days from the date of this letter, UMT's right to appeal the matter will be waived.

Sincerely,

Robert L. Wilkie

Enclosure:
As stated

Sent via Certified Mail/Return Receipt