**DEPUTY SECRETARY OF DEFENSE**
**1010 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1010**

MAR 2 0 2018

Ms. Jamie S. Gorelick
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

Dear Ms. Gorelick:

This to notify you that I have denied the appeal submitted on February 9, 2018, on behalf of the University of Management and Technology (UMT) in response to the January 23, 2018, decision of the Under Secretary of Defense for Personnel and Readiness (USD(P&R)). The effect of my decision is that the Findings and Determinations of the USD(P&R) of January 23, 2018, are adopted as final concerning UMT's termination and suspension on national security grounds. Additionally, both actions taken by the USD(P&R) on January 23, 2018, are now fully in effect. Thus, as of the date of this letter, the Voluntary Education Memorandum of Understanding between the Department of Defense and UMT is terminated, and UMT is hereby suspended from further participation in the Tuition Assistance Program. This represents the final agency action on this matter.

Patrick M. Shanahan