**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| YANPING CHEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:18-cv-03074-CRC**<br><br>**Hon. Christopher R. Cooper**<br>**United States District Judge** |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE D.C. CIRCUIT**

Pursuant to 28 U.S.C. § 1291 and the collateral order doctrine, Non-Party Catherine V. Herridge hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order of September 14, 2026, ECF No. 216 ("Order"), denying in part her Motion to Unseal. An order is subject to appeal under the collateral order doctrine when the order "conclusively determine[s] the disputed question," (2) "resolve[s] an important issue completely separate from the merits of the action," and (3) is "effectively unreviewable on appeal from a final judgment." *Richardson-Merrell, Inc. v. Koller*, 472 U.S. 424, 431 (1985) (quoting *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 468 (1978)). The Court's Order satisfies all three criteria. *See, e.g.*, *In re Reps. Comm. for Freedom of the Press*, 773 F.2d 1325, 1330 (D.C. Cir. 1985) (Scalia, J.) (finding order denying motion to unseal appealable under collateral order doctrine); *Bradley on behalf of AJW v. Ackal*, 954 F.3d 216, 223–24 (5th Cir. 2020) (same).

October 14, 2026

Respectfully submitted,

/s/ *Kyle T. West*
Kyle T. West
Patrick F. Philbin
Chase T. Harrington
TORRIDON LAW PLLC
801 Seventeenth Street, N.W.
Suite 1100
Washington, DC 20006
(202) 249-6900
kwest@torridonlaw.com

*Counsel for Catherine V. Herridge*

**CERTIFICATE OF SERVICE**

I, Kyle T. West, hereby certify that on October 14, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

October 14, 2026

Respectfully submitted,

/s/ *Kyle T. West*

Kyle T. West
Patrick F. Philbin
Chase T. Harrington
TORRIDON LAW PLLC
801 Seventeenth Street, N.W.
Suite 1100
Washington, DC 20006
(202) 249-6900
kwest@torridonlaw.com

*Counsel for Catherine V. Herridge*